E-filing

FILED
07 DEC 11 PM 3:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH,

Plaintiff,

vs.

DR. JAHANGIR SADEGHI,

Defendant.

CV 07 6252 JF (PR)

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Randall Scott Cash, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: n/a  Net: n/a

Employer: n/a

APP. TO PROC. IN FORMA PAUPERIS                 - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  August 1985  $1710.00/1293.50
5  McNab Printing  7921 D. Enterprise Drive
6  Newark, Ca 94560  (516) 790-1663
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or           Yes ___ No ✓
10      self employment
11  b.  Income from stocks, bonds,        Yes ___ No ✓
12      or royalties?
13  c.  Rent payments?                    Yes ___ No ✓
14  d.  Pensions, annuities, or           Yes ___ No ✓
15      life insurance payments?
16  e.  Federal or State welfare payments, Yes ___ No ✓
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  n/a
22  _____
23  3.  Are you married?                  Yes ___ No ✓
24  Spouse's Full Name: n/a
25  Spouse's Place of Employment: n/a
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ n/a          Net $ n/a
28  4.  a.  List amount you contribute to your spouse's support: $ n/a

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

n/a

5. Do you own or are you buying a home?    Yes ___ No ✓
Estimated Market Value: $ n/a    Amount of Mortgage: $ n/a

6. Do you own an automobile?    Yes ___ No ✓
Make n/a    Year n/a    Model n/a
Is it financed? Yes n/a No n/a    If so, Total due: $ n/a
Monthly Payment: $ n/a

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: n/a

Present balance(s): $ n/a
Do you own any cash? Yes ✓ No ___ Amount: $ 8.50
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓
n/a

8. What are your monthly expenses?
Rent: $ n/a    Utilities: n/a
Food: $ n/a    Clothing: n/a
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

n/a

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

n/a

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10/29/07
DATE

*Randall Scott Cash*
SIGNATURE OF APPLICANT

1
2
3                                    Case Number: _____
4
5
6
7
8                      **CERTIFICATE OF FUNDS**
9                                  **IN**
10                      **PRISONER'S ACCOUNT**
11

12   I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of Randell Scott Cash H53400 for the last six months
     [prisoner name]
14 San Quentin State Prison where (s)he is confined.
     [name of institution]
15   I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ 38.33 and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ 89.66 .
18
19 Dated: 11-30-07                        _Tony Ward, CSP-SQ_
20                                        [Authorized officer of the institution]
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                              REPORT DATE: 11/30/07
                                                     PAGE NO:            1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SAN QUENTIN PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAY  01, 2007 THRU NOV. 30, 2007

ACCOUNT NUMBER  : H53400                  BED/CELL NUMBER: A 5 00000000043U
ACCOUNT NAME    : CASH, RANDALL SCOTT           ACCOUNT TYPE: I
PRIVILEGE GROUP : U
                           TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

05/01/2007    BEGINNING BALANCE                                                      66.50
05/14  D340   EFT DEPOSIT      3867/J-PAY                 100.00                    166.50
05/16  W514   VISION CARE C    3901EYEGLS                              108.50         58.00
06/01  D300   CASH DEPOSIT     4110MAILRM                  25.00                      83.00
06/07  FC01   DRAW-FAC 1       4157/M1ST                                16.50         66.50
06/07  FR01   CANTEEN RETUR    604172                                   33.50-       100.00
06/20  D300   CASH DEPOSIT     4396/R&R                    50.00                     150.00
07/02  D340   EFT DEPOSIT      0001/J-PAY                 100.00                     250.00
07/03  W514   VISION CARE C    0022EYEGLS                               26.80        223.20
07/07  FR01   CANTEEN RETUR    700055                                    0.15-       223.35
07/09  FC01   DRAW-FAC 1       0060/M1ST                                90.00        133.35
07/16  FR01   CANTEEN RETUR    700170                                   90.00-       223.35
07/16  FC01   DRAW-FAC 1       0178/MAIN1                               90.00        133.35
08/06* FC01   DRAW-FAC 1       0522/M1ST                                90.00         43.35
08/06  FR01   CANTEEN RETUR    700538                                   90.00-       133.35
09/10  D340   EFT DEPOSIT      0914/J-PAY                  55.00                     188.35
09/10  FR01   CANTEEN RETUR    700945                                   90.00-       278.35
09/11  FC01   DRAW-FAC 1       0967/M1ST                                90.00        188.35
10/09  FC01   DRAW-FAC 1       MAIN1                                    90.00         98.35
11/07  FC01   DRAW-FAC 1       1843M1ST                                 90.00          8.35

                              TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL        TOTAL         CURRENT      HOLDS       TRANSACTIONS
BALANCE       DEPOSITS     WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED

 66.50         330.00        388.15        8.35        0.00          0.00

                                                              CURRENT
                                                              AVAILABLE
                                                              BALANCE

                                                                 8.35
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 11-30-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] CSP-SQ
TRUST OFFICE