RANDALL SCOTT CASH H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA 94974

IN PRO PER

FILED
07 DEC 11 PH 3:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. _____  (JF) (PR)

IN RE
RANDALL SCOTT CASH
PLAINTIFF

VS.

JAHANGIR SADEGHI
DEFENDANT

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PETITIONER TO THE ABOVE-REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND THAT I AM INDIGENT AND UNABLE TO PAY FOR COUNSEL. MY TOTAL ASSETS ARE $0 AND MY INCOME IS $0 PER MONTH.

I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED. IN ADDITION, WHEN A COURT ISSUES AN ORDER TO SHOW CAUSE, COUNSEL MUST BE APPOINTED FOR AN INDIGENT PETITIONER WHO REQUESTS COUNSEL. CALIFORNIA RULES OF COURT, RULE 4.551(c)(2).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON November 20, 2007

Randall Scott Cash