RANDALL SCOTT CASH H53400
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94974

IN PRO PER

**FILED**

DEC 31 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. CV 07 6252 JF (PR)

REQUEST FOR SHORTENING OF TIME - A LEAVE OF FIFTEEN DAYS

IN RE
RANDALL SCOTT CASH
       PLAINTIFF
       VS
DR. JAHANGIR SADEGHI
       DEFENDANT

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PLAINTIFF TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND HEREBY REQUEST FROM THE COURT A SHORTENING OF TIME IN A LEAVE OF FIFTEEN DAYS.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON December 26, 2007

*Randall Scott Cash*



Randall Scott Cook
H53400 - 5A43u
San Quentin Prison
San Quentin, Ca
94974

CV 07 6252 JF (PR)

mailed on 12-26-07

Confidential Mail

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET
Room 2112
SAN JOSE, CALIFORNIA
95113-3095