UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDALL S. CASH,

        Plaintiff,

  v.

JAHANGIR SADEGHI et al,

        Defendant.

Case Number: CV07-06252 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randall Scott Cash H53400
San Quentin Prison
San Quentin, CA 94974

Dated: January 23, 2008

Richard W. Wieking, Clerk
By: S Puli, Deputy Clerk