IN PRO PER

FILED

2008 JAN 30 P 2:03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE
RANDALL SCOTT CASH
PLAINTIFF
VS
JAHANGIR SADEGHI
DEFENDANT

No. CV 07 6252 JF (PR)

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INABILITY TO REPRESENT MYSELF AND PREPARE MY CASE DUE TO PHYSICAL IMPAIRMENT

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PLAINTIFF TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON.

I FURTHER DECLARE THAT I AM LEGALLY BLIND, VISUALLY IMPAIRED TO THE POINT I CAN NOT READ REFERENCE MATERIALS, LAW BOOKS, CASE LAW ETC. IT IS NEAR IMPOSSIBLE FOR ME TO WRITE IN A LEGIBLE MANNER. THIS VERY DECLARATION CAN ATTEST TO THAT.

EVEN WEARING PRESCRIPTION GLASSES AND MAGNIFYING GLASSES DOES NOT MAKE A DIFFERENCE IN ENABLING ME TO RESEARCH MY CASE.

THIS IMPAIRMENT IS THE VERY CAUSE OF THIS ACTION I AM TAKING AND AND I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON January 25, 2008

_Randall Scott Cash_

Randall Scott Cash
H53400-5A43U
San Quentin Prison
San Quentin, Ca
    94974
re: CV076252JF (PR)

NORTH BAY CA 949
28 JAN 2008 PM 2 L

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET
Room 2112
SAN JOSE, CALIFORNIA
           95113-3095

Confidential
Mail

mailed on 1/27/08