RANDALL SCOTT CASH H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA. 94974

IN PRO PER

NC

**FILED**

2008 JAN -0 P 3:03

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. CV 07 6252 JF (PR)

IN RE
RANDALL SCOTT CASH
   PLAINTIFF
      VS
DR. JAHANGIR SADEGHI
   DEFENDANT

REQUEST TO AUGMENT ADDITIONAL EXHIBIT(S) TO THE RECORD

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PLAINTIFF TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND HEREBY REQUEST PERMISSION FROM THE COURT TO AUGMENT ADDITIONAL EXHIBIT(S) TO THE RECORD TO COMPLETE MY PRESENTATION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON December 26, 2007

Randall Scott Cash

EXHIBIT H page 1 of 2
No. CV 07 6252 JF (PR)
Case 5:07-cv-06252-JF    Document 8    Filed 01/30/2008    Page 2 of 5

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH CARE SERVICES
### PROVIDER REQUEST FOR SPECIALTY CARE SERVICES

| PATIENT NAME (LAST, FIRST, MI): Cash, Randall | CDCR NUMBER: H53400 | INSTITUTION: SQ |
|---|---|---|
| DATE OF BIRTH: 12-23-59  EPRD DATE: life | GENDER: M | HOUSING LOCATION: A |

**REQUESTED SERVICE:** ☒ Ophthal (checked)

Other options (unchecked): Cardio, Cardiovasc Surg, CID, CT Scan, Derma, Echo, EMG/NCV, ENT Consult, ENT Proc, GI Cons, GI Proc, Liver Biopsy, Lump & Bump, MRI, Oncology, Optometry, Other Vasc, Plastic Surg, Podiatry Surg, Pulmonary, PT, Ultrasound, Telemed, Gen Surg Consult, Gen Surg Proc, Neuro Consult, Neuro Surg, Ortho Consult, Ortho Proc, Other Radiology, Podiatry Surg, Urology Proc, Urology Consult, Other

**PROPOSED SPECIALTY PROVIDER:** UCSF (not with Sadeghi)   COPY

**CLINICAL PRIORITY DESIGNATION AND TIMEFRAME:**
☐ 1 (7 Days)  ☒ 2 (30 Days)  ☐ 3 (90 Days)  ☐ 4 (Other) indicate timeframe: ___
(Justify) PLO following case

**PRIMARY CARE PROVIDER NAME/DATE:** Dan Wu  10-29-7

**Pertinent clinical information and reason for consultation:**

requests second opinion, dissatisfied with ophthalmologist who comes here
s/p surgeries cataracts ou, retina detachment od last year

Specialty Care Coordinator Name/Signature/Date: [signature]
☒ Authorized/Date: 10/30  Date Forwarded to Specialty Care OT: 10/30
☒ Referred to Physician Manager or Care Management Committee  Date: ___

Physician Manager Name/Signature/Date:
☐ Approved and Referred to Specialty Care Coordinator /Date ___
☐ Referred to Care Management Committee/Date ___

Care Management Committee Chair:
☐ Approved/Date: ___  ☐ Denied/Date: ___  ☐ PCP Notified ___
☐ Deferred Until ___  By: ___

---

**TO BE COMPLETED BY CONSULTANT:** Please send final report to Specialty Care Coordinator via fax at (415) 454-5097. For questions, please contact the Specialty Care Coordinator at (415) 454-1460 Ext. 5589.

**Findings and Diagnosis:**
47 yo ♂ c h/o childhood blindness, dislocated lenses, s/p phaco/AC IOL OU in 2006 & RD in 2006. Now with diplopia & "ghost images," appear to be monocular (R eye).

**Recommendations to Primary Care Provider:**
Cause of monocular diplopia unclear. Inferior iridectomy unlikely to make pt symptomatic. Well placed lens & u/l retina. — would refer to optometry for refraction — if q improvement in diplopia, consider referral to [strabismus] pediatric ophthalmologist for eval of exophoria

**Instructions Provided to Patient:** see above

**Print Name of Consultant / Signature/Date:** Stewart 11/28/07
**Telephone Number:** (415) 353-2597
**Facsimile Number:**

**Print Name of TTA RN or Designee / Signature / Date / Time:** ARN 11/28/07 1905
**Print Name of Specialty Care Onsite RN / Signature / Date / Time:**

COMPLAINT

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :   November 8, 2007

To      :   Charles Antonen
            Deputy Attorney General
            State of California Department of Justice

Subject:    **PRISON LAW OFFICE REQUESTS FOR REVIEW OF *PLATA* INMATE CONCERNS RELATING TO INMATE RANDALL CASH, H-53400**

Pursuant to the Stipulation For Injunctive Relief agreed to in re *Plata v. Schwarzenegger*, the Health Care Manager at San Quentin State Prison (SQ) has provided the following information in response to the questions asked by Alison Hardy of the Prison Law Office.

1. Has Mr. Cash's consultation with a second ophthalmologist been ordered? If so, has it been scheduled? Please explain.
   *Mr. Cash is scheduled to see another ophthalmologist at UCSF*

Thank you for your assistance in this matter. Please contact me at (916) 323-1743, if you have any questions.

*Margie Shea*
Margie Shea
Staff Services Manager I
Clinical Operations Support Section
Division of Correctional Health Care Services

cc:  Thomas Gilevich, Senior Staff Counsel, Division of Legal Affairs (By Electronic Mail)
     Alison Hardy, Prison Law Office (By Electronic Mail)
     Renee Kanan, M.D., Chief Medical Officer, SQ
BK   Medical Appeals Analyst, SQ

COMPLAINT

STATE AND CONSUMER SERVICES AGENCY                                              ARNOLD SCHWARZENEGGER, Governor



**MEDICAL BOARD OF CALIFORNIA**

CENTRAL COMPLAINT UNIT
1426 HOWE AVE, SUITE 54
SACRAMENTO CA 95825-3236
TELEPHONE: (916) 263-2424
FAX: (916) 263-2435



www.mbc.ca.gov
1-800-633-2322

October 18, 2007


RANDALL CASH
SAN QUENTIN STATE PRISON
SAN QUENTIN STATE PRISON
H53400   5A43U
SAN QUENTIN, CA 94974


Regarding: DOCTOR JAHANGIR SADEGHI

Control Number: 12 2007187266

Dear RANDALL CASH:

This is to acknowledge your recent correspondence regarding the above-named physician. An Enforcement Analyst will be assigned to review your complaint to determine whether additional information may be necessary to evaluate your concerns as well as confirm that the nature of your complaint falls within our jurisdiction. Please review the enclosed brochure for information about our complaint process.

If you have additional information regarding your complaint, please send it immediately. Refer to the control number shown above in your correspondence or contacts with us. You will be advised of the status of your complaint at various stages of the complaint process.

We appreciate your patience and would like to thank you for bringing your concerns to our attention.


CENTRAL COMPLAINT UNIT
MEDICAL BOARD OF CALIFORNIA




COMPLAINT

STATE AND CONSUMER SERVICES AGENCY                                    ARNOLD SCHWARZENEGGER, Governor



**MEDICAL BOARD OF CALIFORNIA**

CENTRAL COMPLAINT UNIT
1426 HOWE AVE, SUITE 54
SACRAMENTO CA 95825-3236
TELEPHONE: (916) 263-2424
FAX: (916) 263-2435



www.mbc.ca.gov

January 17, 2008


RANDALL CASH
SAN QUENTIN STATE PRISON
SAN QUENTIN STATE PRISON
H53400   5A43U
SAN QUENTIN, CA 94974

Regarding: JAHANGIR SADEGHI, M.D.

Dear RANDALL CASH:

This letter is to update you regarding the status of your complaint you filed with our office against Doctor JAHANGIR SADEGHI.

We received all records and documentation required for thorough review of your complaint. These documents were forwarded to our medical consultant for review and evaluation. Please see the enclosed brochure for information on the medical consultant review process.

You will be notified in writing of the results of the medical consultant's review.

Thank you for your cooperation and patience.

Sincerely,

NATALIE LOWE
Consumer Services Analyst


Control Number: 12 2007187266


COMPLAINT