IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

RANDALL SCOTT CASH
PLAINTIFF
VS
DR. JAHANGIR SADEGHI MD.
DEFENDANT

No. CV 07 6252 JF (PR)

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INABILITY TO REPRESENT MYSELF AND PREPARE MY CASE DUE TO PHYSICAL IMPAIRMENT

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PLAINTIFF TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON.

I FURTHER DECLARE THAT I AM LEGALLY BLIND, VISUALLY IMPAIRED TO THE POINT I CAN NOT READ REFERENCE MATERIALS, LAW BOOKS, CASE LAW ETC. IT IS NEAR IMPOSSIBLE FOR ME TO WRITE IN A LEGIBLE MANNER. THIS VERY DECLARATION CAN ATTEST TO THAT.

EVEN WEARING PRESCRIPTION GLASSES AND MAGNIFYING GLASSES DOES NOT MAKE A DIFFERENCE IN ENABLING ME TO RESEARCH MY CASE.

THIS IMPAIRMENT IS THE VERY CAUSE OF THIS ACTION I AM TAKING AND I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON March 22, 2008

Randall Scott Cash
x Randall Scott Cash  3/22/08



SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
(AVISO AL DEMANDADO):
DR. JAHANGIR SADEGHI
SPECIALTY CLINIC/OPHTHALMOLOGY
SAN QUENTIN PRISON
SAN QUENTIN, CA 94964

**YOU ARE BEING SUED BY PLAINTIFF:**
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
RANDALL SCOTT CASH
PO BOX H53400
SAN QUENTIN PRISON
SAN QUENTIN CA. 94974

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
  *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la co.)
OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CA. 95113-3095

CASE NUMBER:
(Número del Caso):
CV 07 6252 JF (PR)

The name, address, and telephone number of plaintiff's attorney, a plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
RANDALL SCOTT CASH
PO BOX H53400
SAN QUENTIN PRISON
SAN QUENTIN CA 94974

DATE: MARCH 22, 2008
(Fecha)

Clerk, by _____, Deputy
(Secretario)      (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

(note: The doctor works at San Quentin
Prison on Thursdays only. RSC)

IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Filed MAR 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

IN RE
RANDALL SCOTT CASH
    PLAINTIFF
VS.
DR. JAHANGIR SADEGHI M.D.
    DEFENDANT

No. CV 07 6252 JF (PR)

PROOF OF MAILING

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PLAINTIFF TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON

I FURTHER DECLARE, THAT ON MONDAY, MARCH 24, 2008 I PLACED IN THE MAIL, FIRST CLASS A SUMMONS TO BE SERVED ON THE DEFENDANT IN THE ABOVE REFERENCED MATTER.

ALSO ENCLOSED IN THIS MAILING IS A MOTION REQUESTING THE COURT TO APPOINT COUNSEL IN THIS SAME REFERENCED MATTER.

I DECLARE UNDER PENALTY OF PERJURY AS PRO PER PLAINTIFF IN THIS MATTER THAT A TRUE COPY OF THE FOREGOING WAS MAILED FIRST CLASS POSTAGE PREPAID IN A SEALED ENVELOPE ADDRESSED AS SHOWN BELOW, AND THAT THE MAILING OF THE FOREGOING AND EXECUTION OF THIS DECLARATION OCCURRED AT: SAN QUENTIN STATE PRISON SAN QUENTIN CALIFORNIA 94974 ON MARCH 24, 2008

×  *Randall Scott Cash*

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET  ROOM 2112
SAN JOSE, CA. 95113-3095

RANDALL SCOTT CASH
H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA.
94974

CV 07 6252 JF (PR)

0900 8003431156

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

Confidential Legal Mail

MAILED ON 3-24-08