1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:    (415) 703-5382
    Facsimile:     (415) 703-5480
6   Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendant Jahangir Sadeghi, M.D.

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  **RANDALL SCOTT CASH,**                    Case No. C 07-6252-JF (PR)

12                              Plaintiff,     **DECLARATION OF JENNIFER
                                               C. ADDAMS IN SUPPORT OF
13              v.                             MOTION FOR SUMMARY
                                               JUDGMENT**
14  **DR. JAHANGIR SADEGHI,**
                                               Hearing Date:
15                              Defendant.     No Hearing By Order Of The Court
                                               The Honorable Jeremy Fogel
16

17      I, Jennifer C. Addams, declare:

18      1.    I am a Deputy Attorney General for the State of California and attorney of record for

19  defendant Jahangir Sadeghi, M.D.  If called upon to testify, I could and would competently

20  testify as to the facts within this declaration, based on my personal knowledge.

21      2.    On December 11, 2007, plaintiff Randall Scott Cash, filed a Complaint Under the Civil

22  Rights Act.  A true and correct copy of this Complaint is attached hereto, and incorporated

23  herein, as Exhibit A.

24      3.    On November 23, 2007, plaintiff executed a "Declaration of Typographical Error in

25  Original Supporting Document."  A true and correct copy of this Declaration is attached hereto,

26  and incorporated herein, as Exhibit B.

27  ///

28  ///

Dec. of Jennifer C. Addams in Support of Motion for Summary Judgment   *CASH, Randall Scott v. Dr. Jahangir Sadeghi*
C 07-6252-JF(PR)

1

1     4.     On November 24, 2007, plaintiff executed a "Declaration of Sequence of Events -

2 When Damage Occurred Versus Later Injury."  A true and correct copy of this Declaration is

3 attached hereto, and incorporated herein, as Exhibit C.

4     I declare under penalty of perjury under the laws of the State of California that the

5 foregoing is true and accurate.

6     Executed this 6th day of August, 2008, at San Francisco, California.

7

8     /s/ Jennifer C. Addams

                      _____

9     Jennifer C. Addams

10

11

12

13

14

15     20126332.wpd

16     SF2008401885

17

18

19

20

21

22

23

24

25

26

27

28

Dec. of Jennifer C. Addams in Support of Motion for Summary Judgment   *CASH, Randall Scott v. Dr. Jahangir Sadeghi*
C 07-6252-JF(PR)