# EXHIBIT B

## to

## DECLARATION OF JENNIFER C. ADDAMS

## IN SUPPORT OF

## MOTION FOR SUMMARY JUDGMENT

*Cash v. Sadeghi*
United States District Court
Northern District of California
Case No. C 07-6252-JF (PR)

RANDALL SCOTT CASH H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA. 94974

IN PROPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | No. |
| RANDALL SCOTT CASH | DECLARATION OF TYPOGRAPHICAL ERROR IN ORIGINAL SUPPORTING DOCUMENT |
| PLAINTIFF | |
| VS. | |
| JAHANGIR SADEGHI | |
| DEFENDANT | |

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PETITIONER TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND DO HEREBY DECLARE THE FOLLOWING:

IN SUPPORTING DOCUMENT EXHIBIT A - PAGE 2 OF 2 A. FINDINGS - IN THE TEXT IT IS STATED "DR. SADEGHI DROPPED A GUIDE RING INTO APPELLANTS' EYE" THIS SHOULD BE REVISED HERE AND ELSEWHERE IN THIS EXHIBIT A, WHERE A GUIDE RING IS REFERRED TO, TO BE DEBRIS, AS A PIECE OF CORTEX. AS IN EXHIBIT E, PAGE 1 OF 2, DESCRIPTION OF PROCEDURE PARAGRAPH 2, LINE 3 - STATES "A PIECE OF CORTEX FELL DOWN INTO THE VITREOUS."

THIS ERROR STEMS FROM A VERBAL CONVERSATION ON AUGUST 31, 2006 BETWEEN APPELLANT AND DR. SADEGHI WHEN THE WORD DEBRIS WAS MISTAKEN AS GUIDE RING. SO, AS STATED ABOVE, THE PIECE OF CORTEX THAT FELL DOWN INTO THE VITREOUS WAS DEBRIS, NOT A GUIDE RING.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON November 23, 2007

Randall Scott Cash