# EXHIBIT C

## to

## DECLARATION OF JENNIFER C. ADDAMS

## IN SUPPORT OF

## MOTION FOR SUMMARY JUDGMENT

*Cash v. Sadeghi*
United States District Court
Northern District of California
Case No. C 07-6252-JF (PR)

RANDALL SCOTT CASH H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA. 94974

IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No.

IN RE
RANDALL SCOTT CASH
  PLAINTIFF

VS.

JAHANGIR SADEGHI
  DEFENDANT

DECLARATION OF SEQUENCE OF EVENTS - WHEN DAMAGE OCCURRED VERSUS LATER INJURY

I. RANDALL SCOTT CASH, DECLARE THAT I AM A PETITIONER TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND DO HEREBY DECLARE THE FOLLOWING:

IN SUPPORTING DOCUMENTS - (EXHIBIT A II) IN THE DIRECTORS' LEVEL APPEAL DECISION - ROMAN NUMERAL II SECOND LEVEL DECISION THERE IS A STATEMENT - "ON AUGUST 31, 2006 DR. SADEGHI PERFORMED ADDITIONAL SURGERY BECAUSE THE APPELLANTS' IRIS WAS PROLAPSED THROUGH THE CORNEAL INCISION, HIS PUPIL WAS IRREGULAR AND HE HAD HEMORRHAGE ON THE LID OF HIS RIGHT EYE. ACCORDING TO DR. SADEGHI THE APPELLANT CLAIMED TO HAVE INJURED HIS LEFT EYE HORSEPLAYING SOMETIME BEFORE AUGUST 31, 2006. ALSO SO STATED IN EXHIBIT D.

THIS INJURY OCCURRED BETWEEN THE AUGUST 9, 2006 SURGERY ON LEFT EYE AND REPAIR SURGERY ON AUGUST 31, 2006 AGAIN ON LEFT EYE THIS COMPLAINT DEALS WITH DAMAGE TO RIGHT EYE THAT STEMS FROM ORIGINAL SURGERY ON RIGHT EYE ON MAY 3, 2006 UNRELATED TO LEFT EYE INJURY STATED ABOVE. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON November 24, 2007        Randall Scott Cash