# EXHIBIT  A

## to

# DECLARATION OF JAHANGIR SADEGHI, M.D.,

# IN SUPPORT OF

# MOTION FOR SUMMARY JUDGMENT

*Cash v. Sadeghi*
United States District Court
Northern District of California
Case No. C 07-6252-JF (PR)

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT OPERATIONS**
**CALIFORNIA STATE PRISON – SAN QUENTIN**
San Quentin CA 94964



## DECLARATION OF LITIGATION COORDINATOR

I, E. H. Messick, declare as follows:

I am the Litigation Coordinator employed by the California Department of Corrections and Rehabilitation at San Quentin State Prison, San Quentin, California. In this capacity, I am authorized to access records maintained on inmates committed to the custody of the California Department of Corrections and Rehabilitation and housed at this institution.

A unit health record, or UHR, is maintained on each inmate housed in the Department of Corrections and Rehabilitation. The file is maintained by the Health Care Records Office at each institution housing the inmate, and transferred with the inmate to any other institution.

The documents and entries in documents pertaining to an inmate are prepared at or near the time of their occurrence by persons with knowledge of the circumstances or events.

The documents attached hereto are true and correct copies of documents from the UHR of inmate **Randall Cash, H-53400,** maintained in the regular course of business by the Department of Corrections and Rehabilitation at this institution.

I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct based on my personal knowledge except for those statements based on information and belief, and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed on July 21, 2008, at San Quentin, California.

E. H. Messick
Litigation Coordinator

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 10/2/06 | | | – Dyazide ⊤ Q. AM × 60 days |
| | | | – Prednisolone 1% Opth gtt ⊤ gtt Q.I.D in each eye × 1 month. |
| | | | – FU in 1wk with MD. |
| | | | *J. Mustafa* |
| | | | Noted Deplan 1103-6 1306 CTP / copy to OT |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| | | |

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

A 53400

CASH, RANDALL

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 93416        DEPARTMENT OF CORRECTIONS

00002

DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

ALLERGIES *Penicillin*
*PCN PCN*

INSTRUCTIONS. A Primary Care Provider (PCP) shall complete this form for any Medical Problem lasting more than six (6) months that is thought to be a potential chronic disease process. Also include any on-going treatments, (i.e. ESRD/dialysis), or major surgery (i.e. CABG). A Psychiatrist shall complete this form for any DSMIV-Axis I diagnosis. The Provider will enter the Problem identified; Problem DX, name and signature; and Date resolved and initials when problem is resolved. This form is to remain at the top of the Physician Order section. *(To be brought forward at each visit.)*

| Date Identified | Problem | Signature | Date Resolved | Initials |
|---|---|---|---|---|
| | (B) cataract | | | |
| 5/3/06 | (R) eye intraocular lens implant | | | |
| | hypertension | | | |
| 12/4/? | DJD lumbar | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

INSTITUTION:

CDC NUMBER, NAME (LAST, FIRST.MI) AND DATE OF BIRTH

Cash, Randall
H53400
12-23-59

| DATE | TIME | PROB# | |
|------|------|-------|---|
| 12/4/2007 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | | | last wu c̄ UCSF for eye/ophths |
| | | | 2nd opinion on possible repair after lens |
| di ppt in | | | replacement last year |
| chart | | | radiating pain just LBP |
| | | | |
| | | | **O:** (physical assessment) T: 98.3 P: 73 R: 18 B/P: 134/88 Wt: 185 |
| Nausea c̄ | | | |
| cymbalta | | | NAD |
| and pain | | | |
| relief | | | |
| | | | |
| | | | |
| | | | ⌀ Hx o̅ GI bleed |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | ① DJD – lumbar   Cont TYLO #3 add NSAID |
| | | | get ® hip xray as per rec/UCSF |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) |
| | | | (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| life → RC | | | ② HTN: bl control n norvasc. |
| awaiting xfer? | | | ③ Eye issues:  recent UCSF 2nd opinion |
| | | | ⌀ in chart ? received yet. ⌀ further |
| | | | **E:** (education provided) surgery per pt.  do rec optometry |

| INSTITUTION | California State Prison San Quentin | ROOM/WING | A 5 00000000043U |

| DATE | TIME | |
|------|------|---|
| 12-14-06 | | EYE CLINIC F/U 1WK- SSmilloy MD |
| 12-21-06 | | EYE CLINIC RTC 2wks - Shilloy MD |

INSTITUTION S.Q.

PHYSICIAN

ROOM NO.

CDC NUMBER, NAME (LAST, FIRST, MI)

Cool, R.
H 53400

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00005

**List Chronic Diseases:**

| (1) HTN | Sciatica | (2) |
|---|---|---|

**HISTORY:** (Attach a progress note form, if needed, to provide a more complete history.)

**Current medications** (*if no pharmacy profile attached*) and adherence since last visit: _____

Tramadol - 100 mg BID

Tmp-HCTZ 37/25

_____ RN SIGNATURE

**Complaints/Problems:** (Discuss in space provided)

CV / Hypertension: Chest Pain: ☐ Yes ☒ No    SOB: ☐ Yes ☒ No    Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____

Asthma: # attacks since last visit? _____    Seizure Disorder: # seizures since last visit: _____

   # short acting beta agonist canisters in last month: _____    Discussion: _____

   # visits to ETA for asthma since last visit: _____

   # times awakening with asthma symptoms per week: _____

Additional History: Referred to Neuro for Back Surgery

S/P Eye Surgery "Stones Shillin Place" - since 9/11/06

**CCP compliance** (*e.g. diet, exercise, medications*):

**EXAM: HEENT/Neck:**

**Heart:**

**Lungs:**

**Abdomen:**    L Eye c Stures

**Extremities/Pulses:**

**Rectal:**

**Neurological:**    MRI ⊕ DJD/Disk Protrusion
[4]-2-3-4-[5]-1

**Other (specify):**

Comments on BP or Glucose Monitoring:
152/88, 133/84, 128/92

**ASSESSMENT:** Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. Sciatica | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. HTN - High 2/3 Readings Re√i↑MD | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**

**Medications:** ↑ Tramadol to 250 QID    Add Flexeril 10 QID

**Diagnostics:**

**Labs:**

**Monitoring:** ☒ BP / Frequency: _____ X day / week / month    ☐ Glucose / Frequency: _____ X day / week / month    ☐ Peak flow ☐ Other: _____

**Education provided:** ☒ Nutrition  ☒ Exercise  ☒ Smoking  ☐ Test Results  ☐ Medication Management
☐ Other (specify): _____

**Referral:** ☒ Specialist (indicate type): Ophthal    ☐ Other Chronic Care Program

**Interval to next visit:** ☒ 90 Days    ☒ 30 Days    ☐ Other _____ Days    ☐ Discharge from CCP (specify):

PROVIDER SIGNATURE: (illegible) (NP)
INSTITUTION: S2

DATE: 12/06

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Cash, Randall

# 53400

### CHRONIC CARE
### FOLLOW-UP VISIT

(03)

DEPARTMENT OF CORRECTIONS

*llbe*

829756

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:  MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

| NAME   RANDALL S. CASH | CDC NUMBER   H 53400 | HOUSING   1 B 40 L |
|---|---|---|
| PATIENT SIGNATURE   *Randall S. Cash* | | DATE   11/29/06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  NEED TO SEE EYE DOCTOR ASAP. I saw Dr. Sahdigin in the Specialty Clinic on 10-12-06 for Retina Surgery follow-up. He want to see me again on 10-26-06 to remove stitches from my left cornea that have been in my eye since surgery on 9-11-06. Was not ducated or been in 10-26 or since then. Stitches still in my eye. There is infection and vision is more blurred daily.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | *[illegible]* / 8/11/06 | Received by: *Reela C* |
|---|---|---|
| Date / Time Reviewed by RN: | 12/4/06 / 07/15 | Reviewed by: *mmclaughlin  RN* |

S:                                                  Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:   T:        P:        R:        BP:                 WEIGHT:

note sent to TTA via envelope stating he well get a ducat when his appt becomes available.
                                        *mmclaughlin  RN*

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

00007

| DATE | TIME | TREATMENT AND MISCELLANEOUS / OBSERVATIONS (CONTINUED) |
|------|------|--------------------------------------------------------|
| 9/22/06 | 0900 | S/O Special accomodation chrono written for |
| | | 30 day disability (visual) secondary to retinal |
| | | detachment. |
| | | A: Potential for injury 2/T decreased visual accuity |
| | | P: Disability vest (near) applied |
| | | E: IM verb understanding of POC F/u c PCP |
| | | _____ A. Vidrial CVN |

**NURSING CARE RECORD**

(SUPPLEMENTAL SHEET)

CDC 7212-A (Rev 7/95)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI)

Cash Randall
H53400

DOB: 12/23/59

00008

| DATE | TIME | |
|------|------|---|
| 9/21/06 | | EYE CLINIC No show — SGuillory MD |
| SEP 28 2006 | | EYE CLINIC 7/4 ophthalmology 2 wks — SGuillory MD |
| 10-12-06 | | EYE CLINIC F/U 2 Wks — SGuillory MD |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| STD | | | Cash, Randall |
| | | | N53400 |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 9/19/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | 0800 | | Brolen and lens: E/11 days for (L)MTA |
| | | | Pt had (R) eye retinal reattachment surgery |
| | | | on 9/11/06 + FU on 9/12/06. No notes from eye docto |
| | | | avaleble on the chart but pt mentions that eye doct |
| | | | in FU said he was doing OK. Pt requesting Ultram for LBP |
| | | | **O:** (physical assessment) T: 98 P: 86 R: 16 B/P: 134/ Wt: 200 |
| | | | MTA rules present. |
| | | | (R) eye mildly erythemous Conjunctiva, |
| | | | pupil is dilated + irregular |
| | | | Ø discharge, Ø tenderness or swelling of |
| | | | eyelids. |
| | | | Heart: RRR, NL S1+S2, ∅ MRG, Back: Non tender |
| | | | Lungs: CTA (B) |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | (1) HTN    (3) S/P (R) eye surgery |
| | | | (2) LBP |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) |
| | | | (RN –action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | – Optometry apt was made by my MTA for |
| | | | 9/21/06, pt informed. MRI of low back |
| | | | results are not available on the chart. |
| | | | **E:** (education provided) Will have pt FU c̄ MD in 2 wks |
| | | | + order Ultram 50 mg c̄ BID DOT x 30 days |

| INSTITUTION   ~~Not Specified~~ SV | | | ROOM / WING   B 1 000000000L |
|---|---|---|---|
| OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES | | | CDC NUMBER, NAME, (LAST, FIRST, MI) |
| | | | H53400 |
| | | | CASH, RANDALL |
| | | | 12/23/1959 |
| CDC 7254 (8/89) | | | |
| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS | |

| DATE | TIME | PROB# | CMCW UCSF consultation |
|------|------|-------|------------------------|
| 9/12/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | 0944 | | Bodner MD lino' F/u eye surgery consultation |
| | | | s/p retinal reattachment surgery R eye 9/11/06 |
| | | | pain well controled, on Tramadol |
| | | | also here for Flu lab results |
| | | | |
| | | | **O:** (physical assessment) T: 98 P: 82 R: 26 B/P: 127/64 Wt: 200 |
| 9/8/06 | | | R eye patched |
| 4A ⊖ | | | |
| 148 148/252 | 0.4 | | |
| 148 142 | 148/128 | | |
| 145 86 17/111 | 120 | | |
| 4.2 22 0.9 | | | |
| | | Hep A, B, C ⊖ | |
| | | HIV ⊖ | |
| | | RPR ⊖ | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | 1) s/p R retinal reattachment – doing well |
| | | | |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.)  (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | 1) Flu c surgeon tomorrow, then c Dr. Sadegh: Thurs 9/14 |
| | | | appt scheduled |
| | | | cont eyedrops as Rx: prednisolone 1% ↑gtt QID |
| | | | Scopolamine ↑gtt BID |
| | | | polytrim ↑gtt QID |
| | | | **E:** (education provided) Betaxolol ↑gtt BID |
| | | | Rx: cont (will refill) Methazolamide ↑ TID / keep head down |
| | | | Ultram prn pain |

INSTITUTION   Not Specified          ROOM / WING   B 1 00000000040L

F/u talk to ensure
that has had flu +
is taking meds.

OUTPATIENT/INTERDISCIPLINARY
PROGRESS NOTES

2) Slight ↑WBC re tv rev
in future when not
↑ stress / pain ; if abnl
✓ smear

CDC NUMBER, NAME, (LAST, FIRST, MI)
H53400
CASH, RANDALL
12/23/1959

/S. Shant MD

CDC 7254 (8/89)

STATE OF CALIFORNIA                      DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 11·06 | 1500 | Pt returned from St marys Medical Cnt |
| | | Where he had Gen Anesthesia for (R) eye |
| | | Retina reattachment |
| | | VS 129/89 P86 T 99.9 |
| | | Dr Kx ~~error~~ Scott PA OK'd his going back to his |
| | | cell ✗ Johnson RN |
| | | I spoke c̄ Tanya Church who said |
| | | his appt is already arranged for |
| | | Wed 9·13·06 |
| | | ✗ Johnson RN |

**PHYSICIAN'S PROGRESS NOTES**

ITUTION    PHYSICIAN    ROOM NO.    CDC NUMBER, NAME (LAST, FIRST, MI)

Cash Randall

H53400

DOB 12·23·59

7 (7/90)
LIFORNIA    DEPARTMENT OF CORRECTIONS

00012

| DATE | TIME | |
|------|------|---|
| 1/12/00 | 1835 | Pt had cataract surgery on the left eye on my 3rd Pt had cataract and lens placement on the right eye on August 5th. Pt was included in an alteration with another inmate the end of August where he sustained a minor head injury. Recovery surgery was performed about 2 weeks ago. Pt c/o 10/10 pain OS is red pt has 20/100 Vision hard cat drainage noted in the corner of the eye. Pt OD also irritated with purulent drainage Pt unable to see anything out of OD Pt was seen appt Saturday for radical retreatment Pt was informed that there would be some pain Pt takes insulin N & R BID Pt has hx of HTN, Sciatica Pt is allergic to PCN V/S BP 135/82 P 73 O₂ 96 resp 18 Temp 98.9 |
| | 1930 | Dr Roe called about Pts Surgery - he said that some drainage is to be expected. Pt has appt Tomorrow early Am K Johnson RN Pt Given 2 Meds ___ RN |

Cash Rudel

H. 53700

12/23/99

INSTITUTION    PHYSICIAN    ROOM/NO.    CDC NUMBER, NAME (LAST, FIRST, MI)

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 9/8/06 | 1045 | S: OTMR from Dr appt c̄ Opth. for Ⓛ eye. V.S. - 142/94 - 98³ - 84 - 18 · |
| | | O: Ⓛ eye redness - s/p cataract removal x 2 wks |
| | | A: Alt in sensory perception AEB retinal detachment Ⓡ eye |
| | | P: Recommendations from Opth. - RTC |
| | | E: No lifting or bending. |
| | | |
| 9/11/06 | 10:00 AM | Brief Op Note |
| | | |
| | | Pre-Op Diagnosis: Retinal Detachment Right. Lattice Degeneration Both Eyes |
| | | Post op Diagnosis: '' |
| | | Procedure: Vitrectomy. Endolaser. Air-Fluid Exchange Right Eye |
| | | Laser Retinopexy Left Eye |
| | | Anesthesia: General |
| | | Complications: None. |
| | | Est. Blood Loss: < 1 cc |
| | | |
| | | Post-Op Instructions: Keep patch on overnight. |
| | | Please keep face down at all times for 1 week. |
| | | Refrain strenuous activity or exercise for 1 week |
| | | Follow Up tomorrow 185 Berry Street L664 S. Ste. 130. Call (415) 972-4600 for appointment |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| SQ | R.E | 1B40 | CASH, RANDALL<br>H 53400<br><br>12/23/59 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00014

| DATE | TIME | TREATMENT AND MISCELLANEOUS / OBSERVATIONS (CONTINUED) |
|------|------|--------------------------------------------------------|
| 9.1.06 | 1420 | VS T 98⁹ 149/92 P 101 |
| | | Pt returned from NCA p̄ having same day |
| | | L eye surgery for lens implant. |
| | | PA Scott w/N med. Clean px |
| | | ⨁John Doe |

**NURSING CARE RECORD**

(SUPPLEMENTAL SHEET)

CDC 7212-A (Rev 7/95)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI)

Cash Randall

H534000

1 B 3

DOB 12.23.06

00015

| DATE | TIME | |
|------|------|---|
| 3/31/06 | | EYE CLINIC  7243, Request for Services, RTC 1wk. — *Schilling MD* |
| 7/9/06 | | EYE CLINIC |

INSTITUTION  30

PHYSICIAN

ROOM NO.

CDC NUMBER, NAME (LAST, FIRST, MI)

Cash, R
H53400

**PHYSICIAN'S PROGRESS NOTES**

C 7230 (7/90)

DEPARTMENT OF CORRECTIONS

| DATE | TIME | | |
|------|------|---|---|
| 8/17/06 | | EYE CLINIC | F/U Ophthalmology Clinic 1 WK. |
| | | | S. Guillory MD |
| 8/24/06 | | EYE CLINIC | Return to Ophthalmology Clinic 1 WK. |
| | | | S. Guillory MD |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| SQ | | | Cash, Randall H53400 |

### PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

00017

| DATE | TIME | PROB# | |
|---|---|---|---|
| 8/22/2006 | | | **S:** (history includes details pertinent to the patient's medical complaint) |
| | 0200 | | Brown MD lens: F/u HTN Dont care |
| | | | 46y.o. WM comes for HTN F/u, otherwise he |
| | | | has no complaints. |
| | FH: DM, HTN | | PMH: HTN, cataract (implanted lens), sciatica (trauma), |
| | | | **O:** (physical assessment) T: 98 P: 84 R: 16 B/P: 122/72 Wt: 200 |
| | | | Cor: RSR, ø M/G/R. |
| | | | Lungs: clear |
| | | | Abdomen: soft, benign, mildly obese |
| | | | Extr: ø c/c/e |
| | | | Neuro: RV sciatica (2nd to accident,) |
| | | | **A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.) |
| | | | 1/ HTN = well controlled with dyazide |
| | | | 2/ cataract: stable ō implanted lens |
| | | | 3/ sciatica = well controlled ō tramadol |
| | | | **P:** (MTA – referral to a higher licensure for prioritization and evaluation.) (RN -action to be taken by the RN so that the patient receives appropriate medical care.) |
| | | | - continue dyazide |
| | | | - Chol, and lipid panel |
| | | | - F/u in 3 months dr cell |
| | | | **E:** (education provided) |
| | | | - Exercise, no smoking |
| INSTITUTION | Not Specified | | - look up ROOM/WING B 1 00000000040L |

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

H53400
CASH, RANDALL
12/23/1959

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 8/10/06 | | EYE CLINIC |

| | | |
|------|------|---|
| 8/14/06 | | Chart Review for Rx Expiration |
| | | Ophtho Rx |
| | | HTN — Dyazide |
| | | BP 6/8 = 122/74 |
| | | s/p Intraoccular Lens. |
| | | Latanoprist |
| | | already reordered by |
| | | Dr Sadehi |
| | | ✱ Note Dyazide ordered |
| | | 3/29/06 → X 6 mo. |
| | | ~~with reorder + have for RC for~~ |
| | | for 1 mo CCC |
| | | J. Clark |

**PHYSICIAN'S PROGRESS NOTES**

INSTITUTION  SQ

PHYSICIAN

ROOM NO.

CDC NUMBER, NAME (LAST, FIRST, MD)

Cash, Randall
H53400

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00019

| DATE | TIME | |
|------|------|---|
| 7-20-06 | | EYE CLINIC  Eye exam for glasses |
| | | P problem on on ① eye. RTC P procedure |
| | | on ① eye — AKinlay mom |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| | | | Cash, Randall  H53400 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 6-8-06 | 0745 | Bridger MD seni: Flu    @ Midson    Chris Cos |

Have to Flu has not been seen by ophthalm
to flu since last visit (due to contract issues c̄
Dr Sadeghi). Pt reports day ale. x̄ wow in
bright light contains has (Pt) eyes discomft. ø vise Als
Pt also repts wersen of close. brace pain
has numbness & tingly down Rt bd thigh
anterior lat'ly ø weakness ø bowel a/bladder problems

BP=122/74   PR=82   Afebrile   T=97.5   wtc 2e1

(Pt) Pupil magin bunky react ø redness

A/p ① S/p Pt cataract surg c̄ intraocular lens
implant
— cont Xalatan
— awt ophthy Fu
— cataract medical hold pendg
surg for left eye cataract
repair
② NTC bowel fu pendg ophthy fu
(should be seen btw today
[signature]

| INSTITUTION SQ | PHYSICIAN W. Daniel | ROOM NO. 1B40 | CDC NUMBER NAME LAST, FIRST, MI |
|----------------|---------------------|----------------|--------------------------------|
| | | | H53400 CASH,RANDALL 12/23/59 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | | |
|------|------|--|--|
| JUN 0 8 2006 | | EYE CLINIC | 90 day medical hold. RTC 3wks. _SGuilbery MD_ |
| 7/6/06 | | EYE CLINIC | RTC 1wk — SGuilbery MD |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MD) |
|-------------|-----------|----------|-------------------------------------|
| SQ | Daniel | 1B400 | Cash, Randall H53400 |

### PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

№ 462143

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:  MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Randall S. Cash

CDC NUMBER: H 53400

HOUSING: 1 B 40 U

PATIENT SIGNATURE: Randall S. Cash

DATE: 5-24-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I was supposed to see Dr. Sadeghin for Eye Surgery follow up on 5-18 per Dr. Sadeghin on 5-11. I had ocular implant on 5-3-06 and need to see Dr. Sadeghin ASAP as there is possible infection in the eye I had surgery on. I was supposed to see him every week post-surgery. Please get me in to see Dr. Sadeghin as soon as possible   Thanks

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | | |
|---|---|---|
| Date / Time Received: | 5/25/06 | Received by: |
| Date / Time Reviewed by RN: | | Reviewed by: |
| S: 5/25/06 155P Pain Scale:  1  2  3  4  5  6  7  8  9  10 | | |

MD 5/31/06

O:  T:  P:  R:  BP:  WEIGHT:

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED 5/30/06 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

00023

| DATE | TIME | |
|---|---|---|
| 4/27/06 | | Badger/carson sick call — see pre-op H&P |
| 5-3-06 | 0800 | Badger MD Res: Chemo Care CL — Inmate not seen — went to Outside Hospital for Surgery on 5-3-06 [signature] MD Silos |
| MAY 04 2006 | | EYE CLINIC RTC 1WK — [signature] MD |
| MAY 1 2006 | | EYE CLINIC RTC 1WK — [signature] MD |
| 5-17-06 | 0820 | Badger MD Res: f/u [signature] MD Silos |

Here for f/u S/p Rt intraocular lens implt. 5/3/06. Pt states doing well, has been followed by Dr Sadeghi. Has received all eye gtts as orded. no eye pain. vision significally improved in Rt eye p̄ treatmt. Pt should be seen in otw this week by opthmlgy.

BP = 136/79  PR = 84  RR = 16  T = 97.8  wt = 189

PERRLA  sclera  sml ecchym on conreal edge ⊖ erythm ⊖ injectn

A/p 1) S/p contact surg Rt eye doing well on eye gtts
2) HTN — controlled — see cvp notes [signature]

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MD) |
|---|---|---|---|
| [signature] | [signature] | 1340 | Cash, Randall H53400 |

### PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 1·26·06 | | EYE CLINIC *Request for services. RTC to Procedure.* |
| | | *90 day medical hold. — Skullog M*

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| SQ | | | *Cash, S.* H 53400 |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00025

| DATE | TIME | PROB# | |
|------|------|-------|---|
| 12/29/2005 | | | **S:** (history includes details pertinent to the patient's medical complaint) |

EB-M8 Line – c/o vision Δ x 5 mos - 3 mos worsening

Seen by eye clinic & receive new glasses 9/04.

Optt did not report macular or retinal problems per

chart, but pt states he was instructed he had retinal

damage & to report visual Δs. Cloudy vision ® eye.

**O:** (physical assessment)   T:      P:      R:      B/P: 131/82   Wt: 215

6 min fals c chart     thick glasses

Fundoscopic exam - only red reflex visualize Bilaterally

Peripheral vision poor both eyes

Unable to identify object c ® eye - c glasses a

c

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

Vision Δ's

**P:**   (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN -action to be taken by the RN so that the patient receives appropriate medical care.)

Refer to Ophthalmologist - urgent

**E:** (education provided)

| INSTITUTION | CSP, San Quentin | | ROOM / WING | EY1 00000000006S |
|-------------|------------------|---|-------------|------------------|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

H53400
CASH, RANDALL
12/23/1959

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 2-23-05 | 15 | (S) "I have a blown retina. I can't see anything but a grey cloud." have had it for 2 week"/ |
| | | (O) Eye appears normal |
| | | (A) TC to TTA MD, I/m discussed |
| | | (P) Will send to TTA 12-24-05 AM  CN_____ |

INSTITUTION SQ    PHYSICIAN    ROOM NO.    CDC NUMBER, NAME (LAST, FIRST, MI)

H 53400
Cash R

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**HEALTH CARE SERVICES REQUEST**
CDC 7362 (New 10/94)

№ 881553

*You may be charged $5.00 for each health care visit*

| NAME: | Last | First | MI | CDC NUMBER: |
|---|---|---|---|---|
| | CASH | RANDALL | S | H53400 |

| YARD/BUILDING/BUNK: | ESTIMATED PAROLE DATE: | JOB CODE NUMBER: |
|---|---|---|
| CONDEMNED 1   5EB 80s | N/A | N/A   CONDEMNED GRADE A |

| WORK/OTHER ASSIGNMENT: | WORK HOURS | DAYS OFF: |
|---|---|---|
| N/A | FROM: N/A   TO: N/A | N/A |

**Check the box or boxes below to tell us why you want to see health care staff. In the lined area below, write down anything else you want health care staff to know.**

- [ ] Stomach Ache
- [ ] Headache
- [ ] Indigestion
- [ ] Vomiting
- [ ] Diarrhea
- [ ] Dizziness

- [ ] Seizure
- [ ] Coughing
- [ ] Fever/Chills
- [ ] Chest Pain
- [ ] Urinary Problems
- [ ] Medication Refill
  What medicine?

- [ ] Feeling Depressed
- [ ] Hearing Voices
- [ ] Can't Sleep
- [ ] Want to Hurt Myself/Others
- [ ] Rash? Where_____
- [ ] Pain? Where_____

- [ ] Diabetic
- [ ] Asthma
- [ ] TB Care
- [ ] OB/GYN
- [ ] Toothache
- [ ] Other Dental Problems

**How long have you been feeling this way?**   [ ] 1-2 days   [ ] 3-4 days   [ ] 5+ days

Other problems not listed above: Eye Doctor - need new glasses-ASAP
I am legally blind and my glasses are broken

_Randall S Cash_
Signature of Inmate Patient

Date of Signature   8-09-04

Take this form to the clinic window or any other location designated for health care.
You will be notified of the date and time of your appointment.
A copy of this form will be sent to you after your appointment.
If you do not complete all of the above information, your appointment may be delayed.

**COPAYMENT INFORMATION - TO BE FILLED OUT BY DEPARTMENTAL STAFF**
1. [ ] Visit was for an emergency.
2. [ ] Visit was for diagnosis or treatment of a communicable disease condition.(See Title 17, Chapt. 4, Subchapt. 1, Sect 2500 CCR)
3. [ ] Visit was for   mental health services.
4. [ ] Visit was a follow up requested by the clinician.
5. [ ] Visit was for state mandated evaluation or treatment (e.g., Annual TB tests).
6. [ ] Visit was for reception screening and evaluation only.
7. [ ] Visit is NOT exempt from copayment. Send PINK copy to Inmate Trust Office.

| Signature of Treating Clinician | Printed Name | Date of Signature |
|---|---|---|

ORIGINAL-Health Services File
YELLOW-Pharmacy

**DISTRIBUTION:**

PINK-Inmate Trust
GOLDENROD-Inmate/Patient

00028

| DATE | TIME | |
|------|------|---|
| 4-12-99 | | Sick Call EB |
| | | P + states that water goes down |
| | | & sticks in throat. CXR r |
| | | C-spine were conc. |
| | | O: oral exam wnl. |
| | | A: dysphagia |
| | | P: barium swallow. |
| | | [signature] |
| 8/11/04 | | leg OD Etc & Broken Glasses |
| | | leg Done |
| 8/12/04 | | URC REQUEST/AUTH FOR |
| | | [illegible] APPROVED DENIED DEFERRED [signature] |
| SEP 0 1 2004 | | EYE CLINIC Direct to frames clinic St Guillory MD |

| INSTITUTION | PHYSICIAN | | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|---|----------|-----------------------------------|
| | | | | Cash R. |
| | | | | H53402 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | PROBLEM # | |
|------|------|-----------|---|
| | | | |
| | | | |
| 13 Dec 93 | | | Seen on 90 Day Review - alert and well ordered but declined to provide consent for details  J. Cooper |
| DEC 20 1993 | | Eye Clinic | Eye exam by Dr. Palm — Skilloy M.D. |
| 5-11-95 | | | E/S s/c  NO SHOW— Arrived V. Late WNA |
| 11-6-98 | | | I/M C/o SOB c̄ trouble ? Swollen glands dim clear |
| | | | 98.1  O₂ Sat  146/86 — 106  RPASCON |
| | | | Ⓢ Heart  Healy/ clear |
| | | | c̄ ABBS  Bleb  76 8 RR ⊕ |
| | | | Abd s/s  Eyes  Skin |
| | | | Ⓐ Bronchitis |
| | | | ℞ Respirex c (2000) (40)  i BID + 3 puffs × 8 |
| | | | Flupen 400 →  q 6° MU PO  (signature) |
| | | | |
| | | | |
| | | | |

INSTITUTION: _corcoran_    ROOM / WING: 3  EB  91

CDC NUMBER, NAME (LAST, FIRST, MI)

H 53400
CASH,
Randall

## OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES

CDC 7254 (8/89)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00030

46 yo here for pre-op eval for Cataract Surgery. Pt had ® eye done 5/3/06 now scheduled for left eye. Pt repts has been compliant c̄ BP meds. BP mildly ↑ today, has been well contr in past. Pt feels may be 2° claril.

∅ CP ∅ SOB ∅ palpitation.
has chron low back pain → Rt hip & lower has been getting worse in past few years.

**PMH**
Hypertension
Chronic low back pain

**PSH**
® eye cataract surgery

**Allergies**
NKDA

**Medication**
duretic ? po q̄d
Amitriptyline 25 g po q̄HS
Latanoprost 0.005% Rt eye q̄pm

BP 141/92 P 82 RR 16 T 98⁶ wt 200
ban alert cooperative NAD
PERRL ® irreg (∅ op D's) Lt Reactv to light
neck supple ∅ thyro ∅ adenopathy ∅ thyromeg ∅ bruit
lgs clear to auscultation ∅ wheeze ∅ rales
hrt RRR ∅ ...
abd SNT ND ∅ HSM
ext ∅ CCE warm intact to touch Lt extremities 5/5
Rt 4/5 ...

Ass/P 1) Cataract Lt eye
  - low risk for medical complications
2) Hypertension - mildly ↑ today ? 2° back pain
  cont to cont diuretic
3) chron low back pain prob radiculopathy
  - ✓ meds ts pain
4) trial Ultram pr pain
5) ✓ CBC, Chem panel PT/PT pre-op.
6) ret p procedure

**HOSPITAL / HEALTH CARE:** Neumiller   **ROOM #:** 1B-40L
**INSTITUTION:** CSP-SQ
**SIGNATURE:**
**CDC NUMBER, NAME (LAST, FIRST, MI):** H53400 Cash, Randall

REPORT PREPARED BY (PRINT OR TYPE NAME AND TITLE)   DATE

HISTORY AND PHYSICAL EXAMINATION

00031

**DATE OF ADMISSION:** 4/26/06

**PATIENT DESCRIPTION:** 4640 here for eval / pre op H&P for cataract surgery nearby states on dyspnea, dx ↑ BP, takes medication

Ø CP Ø SOB Ø palpitations, Ø peripheral edema

Pt to have Cataract surgery

**HISTORY OF PRESENT ILLNESS**

**PAST HISTORY**
- Diseases
- Psychiatric
- Venereal
- Hospitalizations
- Operations
- Accidents
- Gynecology
- Obstetrics
- Marital
- Residence
- Occupation

PmH
- Hypertension

PSH ø

Allergies
PCN - throat constriction

medications
dyazide & potassium

Habits:
heavy EtOH x 10yrs Quit 20 yrs ago
1 ppd x 20 years Stopped 1998
Ødrug use inpast metro/cocaine

**FAMILY HISTORY**

FH: Mother: HTN, DM, Stroke
Dad: ? resp problems
Sister: ARDS 2° spider bite
MGM: breast CA

**SOCIAL HISTORY**

**SYSTEMS**
- Head
- ENT, Mouth
- Neck
- Cardio-respiratory
- Gastro-intestinal
- Genitourinary
- Neuro-muscular
- Blood
- Habits
- Weight

**PHYSICAL EXAMINATION**
- General
- Skin
- Head
- Eyes
- ENT
- Mouth
- Neck
- Chest
- Heart
- Lungs
- Abdomen
- Genitourinary
- Rectal
- Back
- Extremities
- Blood Vessels
- Lymph Glands
- Neurological
- Diagnosis

PE: BP = 128/83   PR = 78   RR = 16   T = 96   wt = 200

Mental status pretty going with GC benign neck supple

lungs CTA Ø crackles pulses Ørhonchi

heart RRR Ø gallop

Abd soft ND / NT BS Ø Øorgans Øbruit

Ext Ø cce

Neuro CN II-XII intact strength SS sensory intact to touch DTR's 2+

EKG - normal SR, Øacute ST Δ's, minimal J point depression - not STS.

A/P: 1) HTN - well controlled
2) ⓇL cataract - low risk for surgery

**HOSPITAL / HEALTH CARE INSTITUTION:** NEUMILLER SQ
**ROOM #:** 1B-40L
**CDC NUMBER, NAME (LAST, FIRST, MI):** H53400  CASH, RANDALL

**SIGNATURE:** 

**REPORT PREPARED BY (PRINT OR TYPE NAME AND TITLE):**
**DATE:** 5-2-06

HISTORY AND PHYSICAL EXAMINATION
CDC 7206 (2-90)

HISTORY of present illness: 46 yo c recently ↑ BP's @FH of htn, tension. Pt has been trying to modify lifestyle c b Natl, exc, & weight loss

Current symptoms, frequency and severity (e.g. chest pain, shortness of breath, palpitations, ankle swelling): ∅ CP ∅ SOB ∅palpitation ∅ankle swelling ∅ PND ∅orthopnea.

Current medications (Describe adherence over last month):

Drug allergies: PCN — throat constriction

Past medical history (e.g. hospitalizations, hypertension, hyperlipidemia): ☐ Non-Contributory
Ⓑ cataracts, Ⓡ hip sciatica

Lifestyle factors (e.g. alcohol, tobacco, drug use): ☐ Non-Contributory
Heavy EtOH x 10 years. ∅ x 20 years. 1ppd x 20 years stopped 1998, ⊕drug cocaine, sheen meth

Family history (e.g. hypertension, stroke, diabetes, heart or kidney disease): ☐ Non-Contributory
Mom: HTN, DM, Stroke ↓60    Dad? "resp problems"   Sister: AROS 29 Spider bitt

EXAMINATION | VITAL SIGNS   Weight: 210   Temp: 99.5   Pulse: 81   Resp: 16   BP: 156 | 94

HEENT/Neck (fundoscopy, bruits, JVD, thyromegaly): Perrla soni neck supple ∅JVD ∅ bruit ∅ thyro(?)   Other (specify):

Heart (murmur, rhythm): RRR ∅ R

Lungs (rales, wheezing, rhonchi): CTA ∅ crackles, rales ∅ Rhonchi

Abdomen (organomegaly, bruit, masses): soft ND/NT BS ⊕ atm

Extremities (cyanosis, clubbing, edema, pulses): ∅LVE

ASSESSMENT: Diagnoses

| | DEGREE OF CONTROL: | G | F | P | NA |
|---|---|---|---|---|---|
| 1. Hypertension not improved c diet/exc | | ☐ | ☑ | ☐ | ☐ |
| 2. Cataract — pending surgery as recommended by Dr Sophie | | ☐ | ☐ | ☐ | ☐ |
| 3. | | ☐ | ☐ | ☐ | ☐ |

PLAN: Start diovan
Medications: cont lifestyle modify
— extend medical Hold

BP check: 2 X Week / (Month) / Quarter (circle)   ☐ Other (specify):

Diagnostics: ☑ EKG   ☐ CXR

Labs: ☐ Fasting chem panel   ☐ CBC with differential   ☑ Lipid profile   ☐ Urinalysis

Education provided: ☑ Nutrition   ☑ Exercise   ☑ Smoking   ☑ Medication Management   ☐ Other (specify):

Referral: ☐ Specialist (indicate type):   ☐ Other Chronic Care Program

Interval to next visit: ☐ 90 Days   ☑ 30 Days   ☐ Other ___ Days   ☑ Enroll in CVCCP

PROVIDER SIGNATURE   DATE 3/29/06

INSTITUTION   SQ

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Cash, Randall
H S 3400
12/23/59.

CARDIOVASCULAR CHRONIC CARE
INTAKE EVALUATION

CDC 7394 (03/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CALIFORNIA                                      DEPARTMENT CORRECTIONS AND REHABILITATION

## HEALTH CARE SERVICES
## PROVIDER REQUEST FOR SPECIALTY CARE SERVICES

| PATIENT NAME (LAST, FIRST, MI) Cash, Randall | CDCR NUMBER HS3400 | INSTITUTION SQ |
|---|---|---|
| DATE OF BIRTH 12-23-59 | EPRD DATE life | GENDER M | HOUSING LOCATION A |

**REQUESTED SERVICE:**

☐ Cardio ☐ Cardiovasc Surg ☐ CID ☐ CT Scan
☐ Derma ☐ Echo ☐ EMG/NCV ☐ ENT Consult
☐ ENT Proc ☐ GI Cons ☐ GI Proc ☐ Liver Biopsy
☐ Lump & Bump ☐ MRI ☐ Oncology ☐ Optometry
☑ Opthal ☐ Other Vasc ☐ Plastic Surg ☐ Podiatry Surg
☐ Pulmonary ☐ PT ☐ Ultrasound ☐ Telemed
☐ Gen Surg Consult ☐ Gen Surg Proc ☐ Neuro Consult
☐ Neuro Surg ☐ Ortho Consult ☐ Ortho Proc
☐ Other Radiology ☐ Podiatry Surg ☐ Urology Proc
☐ Urology Consult ☐ Other ☐ Other

PROPOSED SPECIALTY PROVIDER:

UCSF -

(not with Sadeghi)

**CLINICAL PRIORITY DESIGNATION AND TIMEFRAME**
☐ 1 (7 Days) ☑ 2 (30 Days) ☐ 3 (90 Days)
☐ 4 (Other) Indicate timeframe: _____
(Justify) PLO following case

PRIMARY CARE PROVIDER NAME/DATE (PRINT OR STAMP)
Daryl Wu
Wu   10-29-7

Pertinent clinical information and reason for consultation:
Include pertinent past treatments and responses, physical exam, laboratory and other imaging results, and relevant medications, etc.

requests second opinion, dissatisfied with ophthalmologist who comes here
s/p surgeries cataracts ou, retina detachment od last year

| Specialty Care Coordinator Name/Signature/Date | ☑ Authorized/Date: 11/5 | Date Forwarded to Specialty Care OT: 11/5 |
|---|---|---|
| | ☑ Referred to Physician Manager or Care Management Committee Date: | |
| Physician Manager Name/Signature/Date (Print or Stamp) | ☐ Approved and Referred to Specialty Care Coordinator /Date _____ | |
| | ☐ Referred to Care Management Committee/Date _____ | |
| Care Management Committee Chair | ☐ Approved/Date: _____  ☐ Denied/Date: _____  ☐ PCP Notified _____ | |
| | ☐ Deferred Until _____  By: _____ | |

---

**TO BE COMPLETED BY CONSULTANT:** Please send final report to Specialty Care Coordinator via fax at (415) 454-5097.
For questions, please contact the Specialty Care Coordinator at (415) 454-1460 Ext. 5589.

Findings and Diagnosis:
47 yo ♂ c̄ h/o childhood blindness, dislocated lenses, s/p phaco/Acr oc ou
in 2006 & RD in 2006. Now with diplopia & "ghost images," appear to
be monocular (R eye).

Recommendations to Primary Care Provider:
Cause of monocular diplopia unclear. Inferior iridectomy
unlikely to make pts symptomatic. Well placed lens & ok retina.
— would refer to optometry for refraction — if ♀ improvement in
diplopia, consider
referral to [strabismus] pediatric ophthalmologist
because of exophoria.

Instructions Provided to Patient:
See above

| Print Name of Consultant / Signature/Date Stewart   11/28/07 | Telephone Number: (415) 353-2597 | Facsimile Number: |
|---|---|---|

| Print Name of TTA RN or Designee / Signature / Date / Time   RN 11/28/07 2905 | Print Name of Specialty Care Onsite RN / Signature / Date / Time |
|---|---|

DISTRIBUTION:
Original - File in UHR; Yellow - Consultant; Pink - Specialty Care Coordinator; Golden Rod - Specialty Care Scheduler
CDCR 7243 (Rev. 4/11/07 San Quentin Pilot)

00034

STATE OF CALIFORNIA                                                                  DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICE
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Cash, Randall | CDC NUMBER H53400 | INSTITUTION SQ |
|---|---|---|

| DATE OF BIRTH 12-12-59 | EPRD DATE | GENDER M |
|---|---|---|

| PRINCIPLE DIAGNOSIS | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Post op Surgery | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation      Outpatient/Inpatient      Initial/**Follow-up**

Requested Treatment/Service is:    **EMERGENT**        **URGENT**        **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: Dr. McDonald _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): _____
_____
_____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME Arthur Fu MD | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |
| DATE OF CONSULTATION 09-25-06 | PRINTED NAME OF CONSULTANT Arthur Fu | |

FINDINGS:    #6 Retinal Detachment s/p Repair
500% intraocular gas — Retina attached
(w/h (+) floaters, no RD.

RECOMMENDATIONS: Visual impaires VEST, Taper off medication

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: Return 8-10 weeks

| CONSULTANT SIGNATURE | DATE 09-25-06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE P Roberts RN | DATE 9/25/06 | CASH, R. |
| PCP SIGNATURE | DATE | H53400 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK      - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                    | Date 9/21/06

Consultant's Report

9/21/06  Mehow - L. Guillory M.M.

Signature of Consultant                                          | Date 9/21/06

Name of Patient                                                  | Number
Cash, Randall                                                    | H38400
Hospital

CONSULTANT'S RECORD

| Control # | Tray # | Account # | Arrival Date |
|---|---|---|---|
| ◯ 424600 | | 11421 51214 | |

**CHECK APPROPRIATE LENS STYLE AND CIRCLE SEGMENT WIDTH**

| SINGLE VISION | BIFOCALS | TRIFOCALS |
|---|---|---|
| ☐ | ☐ Flat Top  (28)  35 | ☐ Progressive | ☐ Flat Top  7 X 28  8 X 35 |

|  | SPHERE | CYLINDER | AXIS | DIST | PD NEAR | PRISM | | BASE |
|---|---|---|---|---|---|---|---|---|
| DIST R | -1.00 | -.25 | 150 | 66 | 63 | In___ Out___ | Up___ Down___ |
| DIST L | -1.25 | -2.25 | 60 | | | In___ Out___ | Up___ Down___ |

| NEAR | ADD | SEG HEIGHT |
|---|---|---|
| R | +3.25 | 15 |
| L | +2.25 | 15 |

*"Contact PIA Customer Service*
*for information on any special order requests"*
*Phone (707) 454-3445, or Fax (707) 454-3214*

| CR-39 (PLASTIC) | GLASS | POLYCARBONATE | HIGH INDEX | LENS COATING |
|---|---|---|---|---|
| CLEAR ☐ | | | | |
| TRANSITIONS ☒ | PG | *Change of the lens* | | CH COAT ☐ |
| | OTI | | OTHER ☐ | ANTI-REFLECT ☐ COAT |

| EYE SIZE | BRIDGE SIZE | TEMPLES | FRAME STYLE | FRAME COLOR | FRAME ENCLOSED |
|---|---|---|---|---|---|
| | | | | | ☒ YES  ☐ NO |

**SPECIAL INSTRUCTIONS:** *enclosed lenses~*

PO 88649307

**PURCHASE ORDER NUMBER**
88649307

| FOR DEPARTMENT OF CORRECTIONS ONLY |
|---|
| CDC # A53400 |

*PLEASE NOTE: State Law requires that this prescription be signed by a professionally trained and registered person. (Ophthalmologist, Optometrist or Registered Dispenser).*

| PROFESSIONAL SIGNATURE | DATE | PHONE |
|---|---|---|
| | 4/20/07 | |

**SHIP TO (No PO Box):**

SAN QUENTIN STATE PRISON
MEDICAL PROPERTY
ATTN MTA GUILLORY
SAN QUENTIN, CA 94955
415-454-1460

*Cash x PSC*
*received 6/20/07*

**PIA**
California
Prison Industry
Authority

**(707) 454-3445**
**FAX (707) 454-3214**

424600

REVISED 7/04                    LABORATORY COPY

00037

| Control # | Tray # | Account # | Arrival Date |
|---|---|---|---|
| 415371 | | | 4/24/ |

**CHECK APPROPRIATE LENS STYLE AND CIRCLE SEGMENT WIDTH**

| SINGLE VISION | BIFOCALS | | TRIFOCALS |
|---|---|---|---|
| ☐ | ☐ Flat Top 28 / 35 | ☐ Progressive | ☐ Flat Top 7 X 28 / 8 X 35 |

| | SPHERE | CYLINDER | AXIS | DIST | NEAR | PRISM | BASE |
|---|---|---|---|---|---|---|---|
| DIST R | -1.00 | -1.25 | 15 | 66 | 63 | In___ Out___ | Up___ Down___ |
| DIST L | -1.25 | -2.25 | 60 | | | In___ Out___ | Up___ Down___ |
| NEAR R | +2.25 | 15 | | | | | |
| NEAR L | +2.25 | 15 | | | | | |

*"Contact PIA Customer Service for information on any special order requests"*
Phone (707) 454-3445, or Fax (707) 454-3214

| CR39 (PLASTIC) | GLASS | POLYCARBONATE | HIGH INDEX | LENS COLOR | | LENS COATING |
|---|---|---|---|---|---|---|
| CLEAR ☐ | CLEAR ☐ | CLEAR ☐ | CLEAR ☐ | PINK ☐1☐2☐3 | | UV 400 ☐ |
| TRANSITIONS ☐ | PGX ☐ | TRANSITIONS ☐ | OTHER ☐ | GREY ☐1☐2☐3 | | SCRATCH COAT ☐ |
| | OTHER ☐ | OTHER ☐ | | GREEN ☐1☐2☐3 | | ANTI-REFLECT COAT ☐ |
| | | | | OTHER ☐ | | |

| EYE SIZE | BRIDGE SIZE | TEMPLES | FRAME STYLE | FRAME COLOR | FRAME SUPPLIED |
|---|---|---|---|---|---|
| | | | | | YES / NO |

SPECIAL INSTRUCTIONS:

APPROVED APR 2 7 2005

| PURCHASE ORDER NUMBER | CDC # | FOR DEPARTMENT OF CORRECTIONS ONLY |
|---|---|---|

**PLEASE NOTE:** State Law requires that this prescription be signed by a professionally trained and registered person. (Ophthalmologist, Optometrist or Registered Dispenser)

PROFESSIONAL SIGNATURE

SHIP TO (No PO Box):
SAN QUENTIN STATE PRISON
MEDICAL PROPERTY
ATTN MTA GUILLORY
SAN QUENTIN CA 94974
415-454-1460

A42

**PIA**
California
Prison Industry
Authority
(707) 454-3445
FAX (707) 454-3214

415371

LABORATORY COPY

00038

Name: _Cash, Randall_ Age: _____ Number: _H-53400_ Cell: _113-40L_  Date: _01/18,_ .c

What is your MAIN reason for coming in today? _____

Date of last eye exam: _____

Do you have trouble seeing clearly, (circle one), Far away?  Up close?  (Both?)

What prescription medicine are you currently taking? _METHADONE 10 mg BID    BLOOD PRESSURE TRIDMTGG_

Please list any SIGNIFICANT eye or health history: _BEEN LEGALLY BLIND ALL my LIFE_

Please list any SIGNIFICANT family eye or health history: _____

| Rx | | SPHERE | CYLINDER | AXIS | PRISM | ADD | DVA | NVA |
|----|---|--------|----------|------|-------|-----|-----|-----|
| N | R | -0.75 | -1.75 | 155 | | +2.50 | 20/ | |
| E |   |       |       |      | |       |     | |
| W | L | -1.25 | -2.75 | 45  | | +2.50 | 20/ | |
| O | R | | | | | | 20/ | |
| L |   | | | | | | | |
| D | L | | | | | | 20/ | |

/s    R 20/
      L 20/

CT:    XP  SP  RT  LT
XT    ST  ALT  INT

| NPA | NPC 4 6 8 10 cm | VER | FULL | PD | |
|-----|-----------------|-----|------|-----|---|
| S | 20/ | R | | | P |
| U |    | E | | | H |
| B |    | T | | | O |
| J | 20/ | | | | R    XP  SP |

Rel. Accom. thru MVA +         NRA WNL +         PRA WNL-      +150 flips=       SAF
EOMS:   WNL                                     PERRL
   Adn/SLE          n/t      pinq./pterig
                    Gr       conj inj
                    Gr       cort/N.S./PSC  △ 's
                    Gr       arc sen

T/A

FUND    DISC MARGINS                    VAG

MAC: CL
PERIP: CL

_new prescription_
_dist -1.00     cyl -1.25.25    AXIS 150_
_-1.25      -2.75      60_
_Add .25     .25_
_x .8   x .8    DR Sadecham 3/5/07_

Tx and recommendations: Low  Mod  Hi  Myopia  Astigmatism  Hyperopia  Presbyopia  Emmetropia
   Rx. for Dist.  Near  Concentrated  Tasks              Healthy eyes
   Eye exercises for SAF  Hi  XP  SP
   Visual conditions explained- everything else WNL
   Return:  2 wks.  1 mo.  3 mo.  6 mo.  1 yr.  2 yrs.
   Refer to:

Signed: _Sadecham_

STATE OF CALIFORNIA                                            DEPARTMENT OF CORRECTIONS

1B40

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME CASH | CDC NUMBER H53400 | INSTITUTION SQSP |
|---|---|---|

| DATE OF BIRTH 12/23/59 | EPRD DATE | GENDER |
|---|---|---|

| PRINCIPLE DIAGNOSIS | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) OPTOMETRY Opthalmology | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:*   Diagnostic   Procedure   Consultation        Outpatient/Inpatient        Initial/Follow-up

Requested Treatment/Service is    **EMERGENT**    **URGENT**        **ROUTINE**

*For the purpose of retrospective review, if emergent or urgent, please justify:* Pupils not Accomodating normally

Proposed Provider: _____    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation, the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* Hx LENS Implants, Cataract Surgery, Detached Retina

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME NP LEE | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE | Utilization management tracking #: |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE Sudejhim | DATE 2-1-07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | CASH |
| PCP SIGNATURE | DATE | H53400 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

NAME: LAST _1484_  FIRST _Dis_  MI _H-53400_

PLEASE TYPE OR WRITE LEGIBLY
THIS Rx IS FABRICATED TO MEET THE REQUIREMENTS OF
AMERICAN NATIONAL STANDARD Z.80.1-1972
AMERICAN STANDARD Z.87.1-2003
PLEASE FILL IN ALL SHADED AREAS IF APPLICABLE

Dept. Contact Phone

Contact Person

| Control# | Tray # | Account # | Arrival Date |
|---|---|---|---|
| 415371 | | | |

## CHECK APPROPRIATE LENS STYLE AND CIRCLE SEGMENT WIDTH

| SINGLE VISION | BIFOCALS | | TRIFOCALS |
|---|---|---|---|
| ☐ | ☑ Flat Top  (28)  35 | ☐ Progressive | ☐ Flat Top  7 X 28  8 X 35 |

| | SPHERE | CYLINDER | AXIS | DIST | PD NEAR | PRISM | BASE |
|---|---|---|---|---|---|---|---|
| DIST R | -1.00 | -1.25 | 150 | 66 | 63 | In___ Out___ | Up___ Down___ |
| DIST L | -1.25 | -2.25 | 60 | | | In___ Out___ | Up___ Down___ |
| NEAR R | ADD +2.25 | SEG HEIGHT 15 | | | | | |
| NEAR L | +2.25 | 15 | | | | | |

*"Contact PIA Customer Service*
*for information on any special order requests"*
Phone (707) 454-3445, or Fax (707) 454-3214

| CR-39 (PLASTIC) | GLASS | POLYCARBONATE | HIGH INDEX | LENS COLOR | LENS COATING |
|---|---|---|---|---|---|
| CLEAR ☐ | CLEAR ☐ | CLEAR ☐ | CLEAR ☐ | PINK ☐1 ☐2 ☐3 | UV 400 ☐ |
| TRANSITIONS ☐ | PGX ☐ | TRANSITIONS ☐ | OTHER ☐ | GREY ☐1 ☐2 ☐3 | SCRATCH COAT ☐ |
| | OTHER ☐ | OTHER ☐ | | GREEN ☐1 ☐2 ☐3 | ANTI-REFLECT ☐ COAT |
| | | | | OTHER ☐ | |

| EYE SIZE | BRIDGE SIZE | TEMPLES | FRAME STYLE | FRAME COLOR | FRAME ENCLOSED |
|---|---|---|---|---|---|
| | | | | | ☑ YES  ☐ NO |

SPECIAL INSTRUCTIONS:  _transition new Px for new lenses, frame enclosed, eyeglasses included  log#07-14_

| PURCHASE ORDER NUMBER | FOR DEPARTMENT OF CORRECTIONS ONLY |
|---|---|
| | CDC # |

*PLEASE NOTE: State Law requires that this prescription be signed by a professionally trained and registered person.
(Ophthalmologist, Optometrist or Registered Dispenser.)

| PROFESSIONAL SIGNATURE | DATE | PHONE |
|---|---|---|
| _Scheghun_ | 2/27/08 | |

SHIP TO (No PO Box):
SAN QUENTIN STATE PRISON
MEDICAL PROPERTY
ATTN MTA GUILLORY
SAN QUENTIN, CA 94950
415-454-1460

A 42

**PIA**
California
Prison Industry
Authority

(707) 454-3445
FAX (707) 454-3214

00041

(PATIENT'S NAME) LAST _Trayh_ FIRST _A-53900_ MI

SPEC — TYPE OR WRITE LEGIBLY
THIS Rx IS FABRICATED TO MEET THE REQUIREMENTS OF
AMERICAN NATIONAL STANDARD Z.80.1-1972
AMERICAN STANDARD Z.87.1-2003
PLEASE FILL IN ALL SHADED AREAS IF APPLICABLE

Dept. Contact Phone _Y5520_
Contact Person _O. Hanley_

| Control # | Tray # | Account # | Arrival Date |
|---|---|---|---|
| 424600 | | | |

## CHECK APPROPRIATE LENS STYLE AND CIRCLE SEGMENT WIDTH

| SINGLE VISION | BIFOCALS | | TRIFOCALS |
|---|---|---|---|
| ☐ | ☑ Flat Top (28) 35 | ☐ Progressive | ☐ Flat Top 7 X 28 8 X 35 |

|  | SPHERE | CYLINDER | AXIS | DIST | NEAR | PRISM | | | | BASE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIST R | -1.00 | -1.25 | 100 | 60 | 63 | In | Out | Up | Down | | | | |
| DIST L | -1.25 | -2.25 | 60 | | | In | Out | Up | Down | | | | |

|  | ADD | SEG HEIGHT |
|---|---|---|
| NEAR R | +2.25 | 15 |
| NEAR L | +2.25 | 15 |

*"Contact PIA Customer Service*
*for information on any special order requests"*
**Phone (707) 454-3445, or Fax (707) 454-3214**

| CR-39 (PLASTIC) | GLASS | POLYCARBONATE | HIGH INDEX | LENS COLOR | | LENS COATING |
|---|---|---|---|---|---|---|
| CLEAR ☑ | CLEAR ☐ | CLEAR ☐ | CLEAR ☐ | PINK ☐1 ☐2 ☐3 | | UV 400 ☐ |
| TRANSITIONS ☐ | PGX ☐ | TRANSITIONS ☐ | OTHER ☐ | GREY ☐1 ☐2 ☐3 | | SCRATCH COAT ☐ |
| | OTHER ☐ | OTHER ☐ | | GREEN ☐1 ☐2 ☐3 | | ANTI-REFLECT ☐ |
| | | | | OTHER ☐ | | COAT |

| EYE SIZE | BRIDGE SIZE | TEMPLES | FRAME STYLE | FRAME COLOR | FRAME ENCLOSED |
|---|---|---|---|---|---|
| | | | | | ☑ YES ☐ NO |

SPECIAL INSTRUCTIONS: _Frame enclosed_
_need new lens 6-07-14_

| PURCHASE ORDER NUMBER | FOR DEPARTMENT OF CORRECTIONS ONLY |
|---|---|
| 020236 | CDC # _A-53900_ |

*PLEASE NOTE: State Law requires that this prescription be signed by a professionally trained and registered person.
(Ophthalmologist, Optometrist or Registered Dispenser.)

| PROFESSIONAL SIGNATURE | DATE | PHONE |
|---|---|---|
| | 4/20/ | |

SHIP TO (No PO Box):

SAN QUENTIN STATE PRISON
MEDICAL PROPERTY
ATTN MTA GUILLORY
SAN QUENTIN, CA 94964
415-454-1460

A421

**PIA**
California
Prison Industry
Authority
**(707) 454-3445**
**FAX (707) 454-3214**

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                          Date

Consultant's Report

Had cat. surgery ou

Colneas AC non l ou.

iris nonls irregular pupil ou   AC IOL ou    CC   R — 20/100
                                                   L — 20/20

nu nl diss vessels macula ou                        Iop 12
                                                        10

Ipression stahl ou

Flu 6 months

Signature of Consultant    Sd Lly hy          Date  JUN 0 7 2007

Name of Patient            Cath              Number  H 53406

Hospital

**CONSULTANT'S RECORD**

CDC 7243 (Rev. 9/77)

00043

DEPARTMENT OF CORRECTIONS                                      STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                      Date

Consultant's Report

Scratch os, red + epival                      SC    v. A    2.12oo
                                                          2 o/1oo

Corneal nr. l on exposed suture of lg brought corneal      Iop 100u
forcops from offiy and removed suture

Normal discs vessels and macula

Fru 2 months

Signature of Consultant    Schepghm/              Date 4/5/07

Name of Patient    Cash,  Randal                 Number H53400

Hospital

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

20/200
20/200

Signature of Referring Doctor | Date

Consultant's Report

My ~~left~~ left eye no stereo (es)    Acular q3 oy
PredForte qd

V. A  20/200
Sc    20/100

Iop 10 oy

One 10-0 nylon suture remains exposed
9 tried to remove but we do not have time forceps
9 will bring our from office to remove it next week

AC, iris nml ou, irregular pupil ou
refinal vessels, macula, disc nl

exposed suture
DC Acular, pred-Forte
Prn 1 week

| Signature of Consultant | Date |
|---|---|
| Salesh W | 3/29/07 |
| Name of Patient | Number |
| Cash, Randal | H53400 |
| Hospital | |

00045

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                    Date  3-15-07

Consultant's Report

Here to remove sutures

Colned) AC iiiii) pupil smf.

Flu 2weeks

pulled two sutures, one still partially in

Flu 2weeks

V. A  20/200

SC      20/200

Signature of Consultant  Sdteshn                 Date  3/15/07

Name of Patient  Cash                            Number  H 53400

Hospital

DEPARTMENT OF CORRECTIONS                                    STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

---

Signature of Referring Doctor                                    Date

Consultant's Report

pred Forte qd oy
Acular qd oy

Sc V.A 20/15₂
2.18₀

Corneas A(cllis) nerl vy.
I.L good position oy

Jog 12a

Nvl dis vessels and macula
cut 3 stitches oi
Fru / Welch
Cant drops sustame
Jog.

---

Signature of Consultant  sulllhill          Date 3/8/07

Name of Patient  Cash                         Number 1753400

Hospital

00047

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

## EYE CLINIC

**Reason for Consultation**

2/15/07 eye exam done by Dr.
Sadaghi eye drops
ordered. P/u 3weeks

**Signature of Referring Doctor**                                    **Date**

**Consultant's Report**

1 week out if his eye drops. Vision same.

Cornea, AC iris nml
IOL good position nml

c/no.2 macular disis
vessels are normal on

Prad - Forty Tid x1 week
Acular / bid x 1week
qd x1week

Flu 3 weeks
will nc n-pб th
give above correction

Sc v A 20/200
20/100

Jup 150 y

−1·00 −1·25 x 15   2·140
−1·25 −2·25 +60   2·14-2

Add + 2.25

**Signature of Consultant**  Sadeghin          **Date** 2·15·07

**Name of Patient**  Cush                        **Number**

**Hospital**

00048

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

| Signature of Referring Doctor | | Date |
|---|---|---|

Consultant's Report

Run out of his eye drops few weeks ago

Cornea: AC n-ry          He can see better now          Sc V-A    20/100
                                                                  20/100

iris nml  I-L good position ou

IoL good position ou. stitcher os not exposed                    Iop 16 ou

Fundus: Normal disc vessels, CME cy

retina is attached                    -0.75-1.75 +155   20/40

                                      -1.25-2.75 +45   20/30

                                      Add +2.50

give above correction

Acular qid

pred forte qid

F/u 2 weeks

| Signature of Consultant        S. Singh w | Date  01/18/07 |
|---|---|
| Name of Patient  Ash, Randall | Number  H-53400 |
| Hospital | |

CONSULTANT'S RECORD

CDC 7243 (Rev. 9/77)

00049

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

## EYE CLINIC

**Reason for Consultation**

---

**Signature of Referring Doctor**                                    **Date**

**Consultant's Report**

12-21-06       1 week F/U       Acular qid ou          v.A 20/100
                               Pred-Forte 6 times ou            20/400

Corneal nodulou, AC quiet now deposits in the L sonzal     Iop 14 on
Retinal attached ou                                         21 OS

                        Reb   -0.5 -1.50 x 150  20/70
                              +0.75 -5.00x90  20/100

Removed 3 sutures left eye emphasized against Trauma

Cont  Acular qid ou
      Pred-Forte 6 times ou
      Tobradex os tid x 4 days
      F/u 2 weeks

---

**Signature of Consultant**  Saleshw                        **Date**

**Name of Patient**  Cash, R.                       **Number**  H 53400

**Hospital**

ATE OF CALIFORNIA

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

DEPARTMENT OF CORRECTIONS

| PATIENT NAME CASH, RANDALL | CDC NUMBER H53400 | INSTITUTION SQ |
|---|---|---|
| DATE OF BIRTH 12-23-59 | EPRD DATE Lifer | GENDER M |

| PRINCIPLE DIAGNOSIS Sutures in L Eye since 9/11 | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Ophthalmology | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply:* Diagnostic Procedure/Consultation   Outpatient/Inpatient   Initial/Follow-up

Requested Treatment/Service is:   **EMERGENT**   (**URGENT**)   **ROUTINE**

*For the purpose of retrospective review, if emergent or urgent, please justify:* Has Had Sutures in Eye over 2 months

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected disposition (i.e., (outpatient) follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): No Sutures from L Eye Surgery 9/11/06 need removal ?

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 12/4/06 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 12-1-06 | Utilization management tracking #: |

| DATE OF CONSULTATION 12-14-06 | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: Left eye hurts when blinks 9 Sep hour glass shape cornea   SC V.A 20/40.
Corneal provider sutures of papillion log, ovalor   SC   20/100
3 cells ACon +0.5 Kp deposition the IOL on 70s on the post-cap sub on 30s   Sup '14
CME on naked eye vessel on retina attached   vef did not improve vision   15

RECOMMENDATIONS: 1- CME on due to uveitis ODX
   Acular q1d oy   F/u one week
   Pred Fort 92h while awake

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE 12-14-06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | CASH, RANDALL |
| PCP SIGNATURE | DATE | H53400 |
| | | 12-23-59 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN  - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK  - UM
GOLD  - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)   CDC 7243 (Rev. 11/02)

00051

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                    Date

Consultant's Report

SEP 28 2006

Pred-Forte qid oy          Prednison qid oy

Scopolumin bid oy                              V·A C·F 10F oy

Antibiotic qid oy                                20/30 os

SIP   Rd surgery oy, philco os                 Iop 22 oy
                                                     20 os

Corneal AC is normal, pupil irregular oy, AC IoL good position oy

Retina is attached oy, Gas bubble in AC os.

Stable oy                              Gave +2.25 Reading

Dc Antibiotic oy                       Saw j-2 os

Pred-Forte tid oy

Scopolumin qd oy           Hold 90 days

Plu 2 weeks

Signature of Consultant   Sdleghin          Date

Name of Patient   Cash, R.                   Number   H 53400

Hospital

**CONSULTANT'S RECORD**

CDC 7243 (Rev. 9/77)

00052

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

# EYE CLINIC

**Reason for Consultation**

---

**Signature of Referring Doctor** | **Date**

**Consultant's Report**

10-12-06

Stopped eye drops yesterday                    V.A 20/100 os

                                                              20/50 os
Corneal AC: no inf, iris hole inf. os, attached to the cornel wound.   I. o/ 16 os
2+injection os                                                          17 os

Fundus: Normal disc/vessels/macula/ retina is attached os

F  i-pression stable os

   Pred-Forte bid ou          -0.25 -1.25x110  20/40 os

   FML 2week)

---

**Signature of Consultant** _Sd sesh,  mD_      **Date** 10.2.06

**Name of Patient** _Cash, R_                    **Number** H 53400

**Hospital**

---

**CONSULTANT'S RECORD**

CDC 7243 (Rev. 9/77)

00053

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

HEALTH CARE SERVIC.
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Cash, Randall | CDC NUMBER H53400 | INSTITUTION SQ |
|---|---|---|

| DATE OF BIRTH 12-23-59 | EPRD DATE | | GENDER |
|---|---|---|---|

| PRINCIPLE DIAGNOSIS Retinal detachment | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Retinal Surgery | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply:*  Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:  (EMERGENT)    URGENT    ROUTINE  tomorrow

*For the purpose of retrospective review, if emergent or urgent, please justify:* _____

Proposed Provider: Dr Aie or Mc Donald _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* Had cataract surgery dislocated cataract both eye. Had et capsule ring on et the vivred surgery but due to very loose zonule ring fallin the vitreous. Had trauma 2 weeks ago his wound open et. C was prolaps left eye last week, re revived. Capsular ring fold could trmcy

Estimated time for service delivery, recovery, rehabilitation and follow-up: at the time of surgen or

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME Seddeghi | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE Seddeghi | DATE 9.7.06 | Utilization management tracking #: |
|---|---|---|

| DATE OF CONSULTATION 9/8/06 | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS:  ① Retinal detachment right eye
② Retained intraocular foreign body right eye
③ Lattice degeneration at high risk of retinal detachment left eye

RECOMMENDATIONS: Rt) Plan surgical repair
Vitrectomy, removal of IOFB and fluid gas
left - laser retinopexy                              exchange

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE  T.Cooper | DATE 9/8/06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE  A. Roberts Rn | DATE 9/8/06 | CASH, RANDALL |
| PCP SIGNATURE | DATE | H53400 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

12/23/59

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN   - TO UHR PENDING ORIGINAL
CANARY  - CONSULTANT
PINK    - UM
GOLD    - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**    CDC 7243 (Rev. 11/02)

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

*1B40*

PATIENT NAME *Cash, R.*        CDC NUMBER *H 53400*        INSTITUTION *S.Q*

DATE OF BIRTH *12-12-59*        EPRD DATE *Life*        GENDER *M*

PRINCIPLE DIAGNOSIS *prolapsed iris in the wound left eye*     ICD - 9 CODE        CPT CODE(S)

REQUESTED SERVICE(S) *reposition and suture the wound*                   # OF DAYS RECOMMENDED

Please circle all that apply:  Diagnostic Procedure/Consultation        Outpatient/Inpatient        Initial/Follow-up

Requested Treatment/Service is: **EMERGENT**        URGENT        ROUTINE *today (today later or tomorrow)*

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: *Dr. Sadeghi*                        Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): *Had cataract surgery 3 weeks ago he says 3 days ago he got into altercation hit his eyes. Now his wound is opened and has prolapsed iris left eye*

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

REQUESTING PHYSICIAN PRINTED NAME *Sadeghi*        APPROVED / AUTHORIZED / DENIED / DEFERRED BY    DATE

REQUESTING PHYSICIAN SIGNATURE *Sadeghi M*     DATE *8-31-06*     Utilization management tracking #:

DATE OF CONSULTATION _____        PRINTED NAME OF CONSULTANT _____

FINDINGS: _____

*Surgery Completed 9-1-06*

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA  RN  SIGNATURE | DATE | *CASH, Randall* |
| PCP SIGNATURE | DATE | *H 53400* |
|  |  | *12/12/59* |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

00055

DEPARTMENT OF CORRECTIONS                                    STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                              Date 8/31/06

Consultant's Report

8/31/06

3 weeks post cat os          A cular qid os
                             pred-Forte qid os        SC V.A 20/25 -2 os
on sees a bubble when wears the eye.      SC 20/30 os
3 days ago had trauma (Horse play)                    Iop 14 oy
there is echymosis in the conthus d/ed os             21 os
iris is prolapsed in the wound
AC, deep, quiet, IL good position cg
Retina attached, disc, vessels, macula drusen

Cont A cular qid os
     pred-Forte qid os
start Ciloxan qid os
Take him to OR to reposition iris

Signature of Consultant   Sdseyhn              Date 8/31/06

Name of Patient  Osh, Randall              Number A53400

Hospital

CONSULTANT'S RECORD

00056

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                      Date 8/24/06

Consultant's Report

8/24/06

2 weeks s/p Phaco os
Atropine 1% qid os
Acular qid os
prednisone 1% qid os

os Sc V. A 2/140
Iop 20 os

Corneal Ac iris, pupil rnd
mid dilated pupil os
Iol good position
vis vessel macula nml

os  -3.00+3-75×155  20/25

DC Atropine
Cont pred-forte qid
Acular qid
F/u 1 week

Signature of Consultant  Sadeghin            Date 8/24/06

Name of Patient  Cash, Randall              Number  H53400

Hospital

CONSULTANT'S RECORD

DEPARTMENT OF CORRECTIONS                                                                    STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                                 Date 8/17/06

Consultant's Report
8/17/06

1 week S/P phaco OS

No pain or discomfort

Pred-Forte qid
Acular qid          } OS
Ciloxan qid
Atropine 11.9 Tid

VA-Sc 20/100
Iop 15 OD
20 OS

Corneal/AC iris normal, pupil round. Iol good position

Norml disc vessels (and) macula

Stable

DC Ciloxan

Pred-Forte qid OS

Acular qid OS

Atropine qd OS

Flu 1week

Signature of Consultant    Schapin        Date 8/17/06

Name of Patient    Cash, Randall        Number H53400

Hospital

CONSULTANT'S RECORD

00058

DEPARTMENT OF CORRECTIONS                                    STATE OF CALIFORNIA

## EYE CLINIC

**Reason for Consultation**

| Signature of Referring Doctor | Date 8/10/06 |
| --- | --- |

**Consultant's Report**

8/10/06

1 day S/P phaco OS AC IoL
had dislocated IoL

OS V.A 20/100

Cornd 1t edematepal sides, AC deep, quiet, pupil round)
IoL good position ou.

Iop
OS 36

Pred-Forte qid os                    One drop xalatan stat
Acular qid os                         One drop Alphagan stat
Atropin tid os
Ciloxan qid os

F/u / week

J.F

| Signature of Consultant  suresh | Date 8/10/06 |
| --- | --- |
| Name of Patient  Cash, Randall | Number  H53400 |

Hospital

00059

DEPARTMENT OF CORRECTIONS                                    STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                          Date 9/7/06

Consultant's Report

9/7/06    3 days that I can not see good with on.

on V·A·C·F 6F
OS 20/4·

Corneal, Ac iris nml, Iol good positioncy

Tobacco dust in th. vitreous on. Teperl retinal detached cy        Iop 14
Macula off.   OS Nonl disc, Vessels macula.                           12

Impression: Rd on

Plan   Ref. to Retinal surgeon friday

cont Acular qid ob
Pred-Forte qid ob

A cular qid os
pred Forte qid os

Signature of Consultant    Sadeghi M.                Date 9/7/06

Name of Patient    Coohnfanton Scott               Number  H53400

Hospital

CONSULTANT'S RECORD

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME CASH RANDALL | CDC NUMBER H5 3400 | INSTITUTION SQ |
| DATE OF BIRTH 12/23/59 | EPRD DATE | GENDER |

PRINCIPLE DIAGNOSIS  Catetrak c/R Sup (R) ege — 102    ICD-9 CODE | CPT CODE(S)

REQUESTED SERVICE(S)  Ophthal                                    # OF DAYS RECOMMENDED

*Please circle all that apply:* Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    **EMERGENT**    (URGENT)    **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant)*: Per Pt. had stiches removed 7/6/06, was supposed to remove remaining stiches 7/12/06, but not collected.

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work-up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE 3/18/06 |
| REQUESTING PHYSICIAN SIGNATURE  7/14/06 | DATE | Utilization management tracking #: |

DATE OF CONSULTATION  7-20-06              PRINTED NAME OF CONSULTANT

FINDINGS: 7 weeks s/p phaco(o) initiated in
contral A Chris nerve, AC IOL good position oy                    SCV A 2-14-0?
Periph disc, retinal vessels and macula      oy -1.50+0.50+79 20/25    Iop 12

RECOMMENDATIONS: Remove lo=Nylon Suture
oo Photos thu give new glasses

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE  Sdderhiv | DATE 7-20-06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | CASH, RANDALL |
| | | H5 3400 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL  - FILE IN UHR
GREEN     - TO UHR PENDING ORIGINAL
CANARY    - CONSULTANT
PINK      - UM
GOLD      - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**    CDC 7243 (Rev. 11/02)

00061

DEPARTMENT OF CORRECTIONS                                                    STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                          Date  7/06/06

Consultant's Report

Eye sensitive t. light     xalatan HS

Corneal AC normal, pupil picked at 8oclock          on v. HSC 20/352

IoL AC, good position                                           C. Fos

normal disc, vessels → macula                          Ip 200

Fundus: normal disc, vessels and macula normal     on -3.00+2.00x60  20/25

Cut 3 stitches on                                          1805

    Cont xalatan HS on

        Flu 2 weeks

Seen ____ 7/14/06

Signature of Consultant    Sadeghi md          Date  7/6/06

Name of Patient   Cash, Randall              Number  H53400

Hospital   SQ

**CONSULTANT'S RECORD**

CDC 7243 (Rev. 9/77)

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

# EYE CLINIC

Reason for Consultation

---

Signature of Referring Doctor | Date

---

JUN 0 8 2006    Consultant's Report

4 weeks phacoon    xalatan Hs    veq happy c vision

Run out of his other drops                SC V·A 20/25

SC C·F os

Cornea AC iviss, pupil oss pupil slightly irregulaross IoL AC good positn.

Fundus: Nad disc vessels — macula os

cat os 2+ nuclears cortical cat

xalatan Hs on

Flu 3 weeks May d/c phaco os

---

Signature of Consultant    sd-cjhw    Date 6.8.06

Name of Patient    Cash, R.    Number H 53400

Hospital

**CONSULTANT'S RECORD**

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

## EYE CLINIC

Reason for Consultation

Signature of Referring Doctor                                      Date

Consultant's Report

MAY 11 2006

1 week s/p phaco OD - egs is better    g reds two chapters / at bed time
                            Ciloxan qid                    Sc V-A 20/80
                            Acular qid                    on Ion 28
                            pred forte qid
Colnea clears AC deep, formed, quiet  Atropine hs
Iol good position on
Normal disc, vessels and macula are normal ou    on -2.25 +1.50 x 70  20/25

   DC Atropine

      xalatan hs on

      Cont Ciloxan qid
            Acular qid    } on
            pred-forte qid

         Flu 1 week

Signature of Consultant   Schlejhw          Date 5.11.06

Name of Patient   Cash, R.              Number  H 53400

Hospital

**CONSULTANT'S RECORD**

CDC 7243 (Rev. 9/77)

00064

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

## EYE CLINIC

**Reason for Consultation**

**Signature of Referring Doctor**                                          **Date**

**Consultant's Report**

MAY 0 4 2006

1 day s/p phaco + Iol AC on

Had distorted lens on.

SC V.A 20/800x

I+corneal edema i Ac deep iquiet i Iol good position
hazy media i but retina seems fine.

I→p 22

    Acular qid
    Atropin 11-bid
    Ciloxan qid
    pred-Forte qid

    F/U 1 week    call if sudden pain or change in vision

    JS

**Signature of Consultant**                                          **Date**

**Name of Patient**     Cash, S.                                    **Number**     H 53400

**Hospital**

**CONSULTANT'S RECORD**

CDC 7243 (Rev. 9/77)

STATE OF CALIFORNIA

**HEALTH CARE SERVICES
PHYSICIAN REQUEST FOR SERVICES**

DEPARTMENT OF CORRECTIONS

(To be completed by requesting Physician and forwarded to Utilization Management Unit) *R. 1040L*

| PATIENT NAME *Cash, S.* | CDC NUMBER *453400* | INSTITUTION *S.Q -* |
|---|---|---|

| DATE OF BIRTH *12-23-59* | EPRD DATE *Lifer* | GENDER *M* |
|---|---|---|

| PRINCIPLE DIAGNOSIS *cat both eyes* | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) *phaco + IoI op first* | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* **Diagnostic Procedure/Consultation**        **Outpatient/Inpatient**        **Initial/Follow-up**

Requested Treatment/Service is:    **EMERGENT**        **URGENT**        **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: *a. sadeghi,* _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* *cat onrus, psc, dislocated lens ou    A-scan 23.9 < 116.00/up... on*  *45.5 116...f*

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME *Sadeghi* | APPROVED / AUTHORIZED / DENIED / DEFERRED BY *H. mann RN um   Recieved 4-10-06* | DATE |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE *sadeghi* | DATE *3-9-06* | Utilization management tracking #: *05106-11-OP -5324* |
|---|---|---|

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | *Cash Randall Scott* |
| PCP SIGNATURE | DATE | *453400* |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN   - TO UHR PENDING ORIGINAL
CANARY  - CONSULTANT
PINK    - UM
GOLD    - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**        CDC 7243 (Rev. 11/02)

00066

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Cash, D | CDC NUMBER H53400 | INSTITUTION SQ |
|---|---|---|

| DATE OF BIRTH 12/23/59 | EPRD DATE LWOP | | GENDER |
|---|---|---|---|

| PRINCIPLE DIAGNOSIS Cataract OU OS | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) Phaco + IOL OU OS | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply:* ~~Diagnostic Procedure~~ Consultation    Outpatient/Inpatient    (Initial) Follow-up

Requested Treatment/Service is:    EMERGENT    URGENT    (ROUTINE)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: Dr Sedaghi _____ Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* Pt c (B) cataract — Seen by Dr Sedaghi 1/26/06

Recommend surg for correction

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C. David | APPROVED / AUTHORIZED / DENIED / DEFERRED BY H. Mann RN UM | DATE 2/28/06 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 2/27/06 | Utilization management tracking #: 05/06-11-OP-4639 |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS: Cataract, dislocated lens on    IOL power 13.5

Phaco + IOL implant Anterior chamber c capsular ring

RECOMMENDATIONS: Keep eye shield and patch    See me in S-Quentin Specialty
Diamox 500mg HS at 8PM    Clinic tomorrow
Tylenol # 3 q 4 h PRN

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: 1 day

| CONSULTANT SIGNATURE Sedeghiw | DATE 5-3-06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | H53400 |
| PCP SIGNATURE | DATE | CASH |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**    CDC 7243 (Rev. 11/02)

00067

STATE OF CALIFORNIA

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

DEPARTMENT OF CORRECTIONS

| PATIENT NAME *Cash, Randall* | CDC NUMBER *H53400* | INSTITUTION *SQ* |
|---|---|---|

| DATE OF BIRTH *12/23/59* | EPRD DATE *Life term* | GENDER *male* |
|---|---|---|

| PRINCIPLE DIAGNOSIS *Vision Changes - ® eye R/O retinal damage* | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) *ophthalmologist* | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* (Diagnostic Procedure/Consultation)   Outpatient/Inpatient   (Initial)/Follow-up

Requested Treatment/Service is:   EMERGENT   (URGENT)   ROUTINE

*For the purpose of retrospective review,* if emergent or urgent, please justify: *Cloudy vision -*

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): *20/400 vision history. New onset white cloud vision ® eye. Poor peripheral vision. Unable to ID # [finders] @ Snellen eye available. Light perception. Fundoscopic L red reflex only. ↓ vascular vision, cup or macula.*

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): *doing BMP R/O DM*

Comments (diagrams, risk factors, prognosis, alternative management, etc.): *Pt told by opth previously - retinal damage impending. Nothing in chart*

| REQUESTING PHYSICIAN PRINTED NAME *L. Linn - Makua FNP* | APPROVED / AUTHORIZED / DENIED / DEFERRED BY *S. Mann R.N. um* | DATE *12-30-05* |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE *12/29/05* | Utilization management tracking #: *05106-11-OP-3683* |
| DATE OF CONSULTATION *1-26-06* | PRINTED NAME OF CONSULTANT | |

FINDINGS: *Cataract, Artifist pupil's normal og [illegible] OP          CC V. H. 20/200*
*3 + opacity P capsule in 1-5 POS dislocated Iol ou inferiorly     20/80*
*Fundus: Normal disc, vessels, macula, no hemorrhage, w/ttc c no holes     Isp 200u*

RECOMMENDATIONS: *inferior/q          [illegible] R on not possible          A-Slam ou 23.9*
*[circled: S] Ret OS -14.50 +3.50 x 15          Phaco OU 2.4   K on 46.00/41.00*
*[circled: R] IOL ou          OS 45.5 146.30*

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE *S. Delphi* | DATE *1.26.06* | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | *Cash, Randall* |
| PCP SIGNATURE | DATE | *H53400*  *12/23/59* |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)          CDC 7243 (Rev. 11/02)

## CHECK APPROPRIATE LENS STYLE AND CIRCLE SEGMENT WIDTH

| SINGLE VISION | BIFOCALS | | | TRIFOCALS | DOUBLE SEGMENT BIFOCALS Upper and Lower add Rx |
|---|---|---|---|---|---|
| ☐ | ☑ Flat Top 28 35 | ☐ Round Seg. 22 | ☐ Progressive | ☐ Flat Top 7 X 28 8 X 35 | ☐ Flat Top 28 35 |

| | | SPHERE | CYLINDER | AXIS | PD DIST | PD NEAR | PRISM | | | | BASE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIST | R | -14.50 | +2.50 | 090 | 68 | 65 | In | Out | | Up | Down | |
| | L | -12.25 | +2.00 | 147 | | | In | Out | | Up | Down | |

| | | ADD | SEG HEIGHT | HEIGHT O. C. | PRICE | LAB USE ONLY |
|---|---|---|---|---|---|---|
| NEAR | R | +1.50 | 21 | | | |
| | L | +1.50 | 21 | | | |

| CR-39 (PLASTIC) | GLASS | POLYCARBONATE | HIGH INDEX | LENS COLOR | LENS COATING |
|---|---|---|---|---|---|
| CLEAR ☐ | CLEAR ☐ | CLEAR ☐ | CLEAR ☐ | PINK ☐1☐2☐3 GREY ☐1☐2☐3 GREEN ☐1☐2☐3 OTHER ☐ | UV 400 ☐ |
| TRANSITIONS ☑ | PGX ☐ OTHER ☐ | TRANSITIONS ☐ | OTHER ☐ | | SCRATCH COAT ☐ ANTI-REFLECT ☐ COAT |

| EYE SIZE | BRIDGE SIZE | TEMPLES | FRAME STYLE | FRAME COLOR | ENCLOSED |
|---|---|---|---|---|---|
| 52 | 20 | 145 | Apollo | | |

SPECIAL INSTRUCTIONS:
5E80
H53400                    CR-39 - Transitions    DEC 01 2004.
                                                    9004
                                                    D4-451

*PLEASE NOTE:- State Law requires that this prescription be signed by a professionally trained and registered person.
(Ophthalmologist, Optometrist or Registered Dispenser.)

| PROFESSIONAL SIGNATURE | DATE | PHONE |
|---|---|---|
| H.C.O | 9/1/04 | |

| Bill to: | SHIP TO (No PO Boxes): |
|---|---|
| A421 | SAN QUENTIN STATE PRISON MEDICAL DEPT. SAN QUENT N. CA 94964 A421 |

| Dept. Contact Phone | Contact Person | P.O. Number |
|---|---|---|
| | | D4411504 |

## PIA
**California Prison Industry Authority**

(707) 454-3445 • FAX (707) 454-3214    LABORATORY COPY    327215

2104

Eye _ _nic        Date:

Name: CASH, _.    Age: 44    Number: 53__    Cell: 5 FRS_

What is your MAIN reason for coming in today?    H53400

need new glasses        Date of last eye exam: 1998

Do you have trouble seeing clearly. (circle one).  Far away?   Up close?   (Both?)

What prescription medicine are you currently taking?   none

Please list any SIGNIFICANT eye or health history:  extreme myopia + astigmatism

Please list any SIGNIFICANT family eye or health history: same as me

| Rx | | SPHERE | CYLINDER | AXIS | PRISM | ADD | DVA | NVA |
|----|----|--------|----------|------|-------|-----|-----|-----|
| N | R | -14.50 | +2.50 | 010 | | | 20/ 25 | |
| E | | | | | | +1.50 | | |
| W | L | -12.25 | +2.00 | 147 | | | 20/ 20 | |
| O | R | -18.25 | +3.25 | 003 | | | 20/ 50 | |
| L | | | | | | | | |
| D | L | -17.75 | +2.50 | 158 | ∞ only | | 20/ 60 | |

R 20/ 400
L 20/ 400
CT: SP RT LT
XT  ST ALT INT

NPA  —    NPC 4 6 8 10 cm    VER (FULL)    PD 68/65

| S U B J | | 20/ | R E T | | P H O R | XP SP |
|---------|--|-----|-------|--|---------|-------|
| | | 20/ | | | | |

Rel. Accom. thru MVA + 1.50    NRA WNL + 1.00    PRA WNL - 0.50  +150 flips=    SAF

EOMS: (WNL)        (PERRL)

Adn/SLE        n/t    pinq./pterig
        Gr    conj inj
        Gr    cort/N.S./PSC  △'s
        Gr    arc sen

FUND    DISC MARGINS    (SH)    VAG

MAC: CL
PERIL: CL

-3.3

Tx and recommendations: Low  Mod  Hi  (Myopia) (Astigmatism) Hyperopia (Presbyopia) Emmetropia
  (Rx. for Dist.  Near) Concentrated  Tasks.        Healthy eyes
  Eye exercises for SAF  Hi  XP  SP
  (Visual conditions explained- everything else WNL)
  Return:  2 wks.  1 mo.  3 mo.  6 mo. (1 yr.) 2 yrs.

Signed:

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME *CASH* | CDC NUMBER *HS 3480* | INSTITUTION *PB* |
|---|---|---|

| DATE OF BIRTH *12-23-59* | EPRD DATE | GENDER *Male* |
|---|---|---|

| PRINCIPLE DIAGNOSIS *Vision / Glasses broken* | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) *Opt* | # OF DAYS RECOMMENDED |
|---|---|

*Please circle all that apply:* Diagnostic Procedure (Consultation)        (Outpatient/Inpatient)        (Initial/Follow-up)

Requested Treatment/Service is:    EMERGENT        URGENT        (ROUTINE)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _____ ( ? ) _____        Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation, the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): _____

_____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____ < *1 mo* _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME *M. YARI M* | APPROVED / AUTHORIZED / DENIED / DEFERRED BY *[signature]* | DATE *8/12/04* |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE *[signature]* | DATE *8/16/04* | Utilization management tracking #: *04/05-1-PB-05P7* |
|---|---|---|

| DATE OF CONSULTATION *9-1-04* | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: *Eye exam by Dr. Palm. Direct to frames clinic.*
*S. Guillory MD*

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | *CASH* |
| PCP SIGNATURE | DATE | *HS 3480* |
|  |  | *5EB 80* |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

REASON REQUEST (STATEMENT OF CHIEF MED). OFFICER)
DESCRIPTION OF CONDITION SUGGESTING REMOVAL?

MEDICAL PROBLEM

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

OPHTHALMIC CONSULT :

WEDNESDAY NOVEMBER 28, 2007 @ 2:15 PM :
REQUESTING MD: DR. WU
DR. TO BE SEEN: DR. STEWART

NATURE AND IMMEDIACY OF SERVICE:    ☐ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
UCSF 400 PARNASSUS AVE 7 FL.:    POC: RENE 353-2800

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?
SPECIAL TREATMENT NOT AVAILABLE AT S.Q.    PREPS: MEDICAL RECORDS/MED PROFILE.

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    ☒ UNIVERSAL ☐ RESPIRATORY    ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)
2-3 HOURS

SIGNATURE OF CHIEF MEDICAL OFFICER
RENEE KANAN, M.D.    HEALTH CARE MANAGER (A)    DATE SIGNED

CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION ☐ MAXIMUM ☐ MEDIUM ☐ MINIMUM |
|---|---|---|---|
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | ESCAPE RISK |

REMARKS

SIGNATURE OF ASSOCIATE WARDEN    DATE SIGNED

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:    ☐ APPROVED    ☐ DENIED

SPECIAL CONDITIONS:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
CASH, RANDALL H53400 :
DOB: 12/23/1959

WARDEN'S SIGNATURE    DATE SIGNED    FACILITY  SQ

vb

# REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

CDC 7252 (3/93)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

00072

REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL

MEDICAL PROBLEM

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

SURGERY FOLLOW-UP

**SHORT NOTICE**
WEDNESDAY SEPTEMBER 13, 2006 @ 8:30 AM
REQUESTING MD: DR. SADEGHI
DR. TO BE SEEN: DR. JUMPER

NATURE AND IMMEDIACY OF SERVICE:        ☐ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
WEST COAST RETINAL 5 BON AIR RD. STE. 127        POC: ADRIANA 925-6600

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

SPECIAL TREATMENT NOT AVAILABLE AT S.Q.        PREPS:

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    ☒ UNIVERSAL  ☐ RESPIRATORY    ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)
1 HOUR

SIGNATURE OF CHIEF MEDICAL OFFICER  _Burney_  HEALTH CARE MANAGER (A)        DATE SIGNED 9/8/06
KAREN SAYLOR, M.D

**CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)**

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION ☐MAXIMUM ☐ MEDIUM ☐ MINIMUM |
|---|---|---|---|
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | ESCAPE RISK |

REMARKS

SIGNATURE OF ASSOCIATE WARDEN        DATE SIGNED

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:    ☐ APPROVED    ☐ DENIED

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

SPECIAL CONDITIONS:

CASH, RANDALL  H53400
DOB: 12-12-59

| WARDEN'S SIGNATURE | DATE SIGNED | FACILITY SQ |
|---|---|---|

tc

## REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

CDC 7252 (3/93)
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

00073

**REASON ... ...QUEST (STATEMENT OF CHIEF MED... ...L ... ...FICER)**

ESCRIPTION OF CONDITIC ... SUGGESTING REMOVAL

MEDICAL PROBLEM

PARK AT LOADING DOCK BETWEEN 3RD AND 4TH
PLEASE CALL DR. ROE UPON ARRIVAL
(415) 308-5833

ESCRIPTION OF EXAMINA... R CR THERAPY RECOMMENDED

SURGICAL REPAIR EYE

**EMERGENCY**
MONDAY SEPTEMBER 11, 2006 @ 7:30 AM
REQUESTING MD: DR. SADEGHI
DR. TO BE SEEN: DR. JUMPER

NATURE AND IMMEDIACY OF SERVICE:   ☐ MANDATORY   ☑ EMERGENCY   ☐ ELECTIVE

AME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED

ST. MARY'S HOSPITAL   POC: ADRIANA 925-6600

HY CANT THE PROCEDURE BE DONE INTRAMURALLY?

SPECIAL TREATMENT NOT AVAILABLE AT S.Q.   PREPS: H&P / EKG / LABS
NPO AFTER MN

RECAUTION INSTRUCTIONS (DEFINED ON REVERSE):   ☒ UNIVERSAL ☐ RESPIRATORY   ☐ ENTERIC

ESTIMATED TIME AWAY FR... FACILITY (NOT MORE THAN 3 DAYS)

3-4 HOURS

IGNATURE OF CHIEF MEDICAL OFFICER

KAREN SAYLOR, M.D.   HEALTH CARE MANAGER (A)   DATE SIGNED 9/7/06

**CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)**

| FFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION ☐ MAXIMUM ☐ MEDIUM ☐ MINIMUM |
|---|---|---|---|
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | ESCAPE RISK |
| RMARKS | | | |

IGNATURE OF ASSOCIATE WARDEN   DATE SIGNED

NDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN HICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:   ☐ APPROVED   ☐ DENIED

ODC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

PECIAL CONDITIONS:

CASH, RANDALL H53400
DOB: 12-12-59

ARDEN'S SIGNATURE   DATE SIGNED   FACILITY   SQ

tc

**REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT**

DC 7252 (3/93)
TATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

00074

REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)
DESCRIPTION OF CONDITION SUGGESTING REMOVAL

MEDICAL PROBLEM

PARK AT LOADING DOCK BETWEEN 3RD AND 4TH
PLEASE CALL DR. ROE UPON ARRIVAL
(415) 308-5833

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

CONSULT

**EMERGENCY**
FRIDAY SEPTEMBER 8, 2006 @ 7:30 AM
REQUESTING MD:  DR. SADEGHI
DR. TO BE SEEN:  DR. ROE'S

NATURE AND IMMEDIACY OF SERVICE:    ☐ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
WEST COAST RETINA 185 BERRY STREET SAN FRANCISO    POC: ADRIANA 925-6600
WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

SPECIAL TREATMENT NOT AVAILABLE AT S.Q.    PREPS:

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    [X] UNIVERSAL ☐ RESPIRATORY    ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)
3-4 HOURS

SIGNATURE OF CHIEF MEDICAL OFFICER    HEALTH CARE MANAGER (A)    DATE SIGNED
KAREN SAYLOR, M.D                                                          9/1/06

CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION ☐ MAXIMUM  ☐ MEDIUM  ☐ MINIMUM |
|---|---|---|---|
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | ESCAPE RISK |

REMARKS

SIGNATURE OF ASSOCIATE WARDEN    DATE SIGNED

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:    ☐ APPROVED    ☐ DENIED

SPECIAL CONDITIONS:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CASH, RANDALL  H53400
DOB:  12-12-59

WARDEN'S SIGNATURE    DATE SIGNED    FACILITY
SQ

tc

# REQUEST FOR AUTHORIZATION OF TEMPORARY
## REMOVAL FOR MEDICAL TREATMENT

CDC 7252 (3/93)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

00075

REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL

MEDICAL PROBLEM

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

WOUND CLOSURE EYE

**EMERGENCY**
FRIDAY SEPTEMBER 1, 2006 @ 9:00 AM
REQUESTING MD: DR. SADEGHI
DR. TO BE SEEN: DR. SADEGHI

NATURE AND IMMEDIACY OF SERVICE:    ☐ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED

NOVATO COMMUNITY HOSPITAL SDS            POC: MEGAN 209-1550

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

SPECIAL TREATMENT NOT AVAILABLE AT S.Q.    PREPS: NPO AFTER MN
                                                  H&P / LABS

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    [X] UNIVERSAL ☐ RESPIRATORY    ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)
3-4 HOURS

SIGNATURE OF CHIEF MEDICAL OFFICER                                          DATE SIGNED
KAREN SAYLOR, M.D            HEALTH CARE MANAGER (A)

CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION | | |
|---------|------|--------------|------|------|------|
| | | | ☐ MAXIMUM | ☐ MEDIUM | ☐ MINIMUM |

COMMITTED FROM            DATE RECEIVED        CONDUCT DURING INCARCERATION                ESCAPE RISK

REMARKS

SIGNATURE OF ASSOCIATE WARDEN                                              DATE SIGNED

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:    ☐ APPROVED    ☐ DENIED

SPECIAL CONDITIONS:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CASH, RANDALL  H53400
DOB: 12-12-59

WARDEN'S SIGNATURE        DATE SIGNED        FACILITY
                                            SQ

tc

# REQUEST FOR AUTHORIZATION OF TEMPORARY
## REMOVAL FOR MEDICAL TREATMENT

CDC 7252 (3/93)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| REASON I | REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER) |
|---|---|
| DESCRIPTION OF CONDITION SUGGESTING REMOVAL | |

MEDICAL PROBLEM

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

CATARACT EXTRACTION               WEDNESDAY AUGUST 9, 2006 @ 7:30 AM
                                  REQUESTING MD: DR. DAVID
                                  DR. BEING SEEN: DR. SADEGHI

NATURE AND IMMEDIACY OF SERVICE:    ☐ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
NCH SAME DAY SURGERY               POC: MEGAN 209-1550

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

SPECIAL TREATMENT NOT AVAILABLE AT S.Q.     ABT EYE GTTS 2 DAYS PRIOR
                                            H&P LAB EKG
                                            MED PROFILE
                                            NPO AFTER MIDNIGHT

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    ☒ UNIVERSAL  ☐ RESPIRATORY    ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)
3.5 HOURS

SIGNATURE OF CHIEF MEDICAL OFFICER                                        DATE SIGNED
KAREN SAYLOR, M.D          HEALTH CARE MANAGER (A)                         7/18

| CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN) | | | |
|---|---|---|---|
| OFFENSE MURDER FIRST | TERM LIFE WITHOUT | RELEASE DATE N/A | CUSTODIAL CLASSIFICATION ☒MAXIMUM ☐MEDIUM ☐MINIMUM |
| COMMITTED FROM ALAMEDA COUNTY | DATE RECEIVED 10/20/92 | CONDUCT DURING INCARCERATION CONFORMING | ESCAPE RISK High |

REMARKS
Priors:    (92) ATTEMPTED MURDER/USE OF FIREARMS

CDC115s:  NONE NOTED

Notes:    SENTENCED CHANGED FROM DEATH TO LIFE WITHOUT POSSIBLE PAROLE ON NOVEMBER 17, 2005.

SIGNATURE OF ASSOCIATE WARDEN                                             DATE SIGNED
Associate Warden, Unit II (A)                                            7/26/06

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN
WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:    ☒ APPROVED    ☐ DENIED

SPECIAL CONDITIONS:
CLO'S "B", "LWOP"INMATE, TWO OFFICERS, WEAPONS AND
RESTRAINTS REQUIRED. TO BE UNDER CLOSE AND CONSTANT
SUPERVISION AT ALL TIMES.

| CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|
| CASH, RANDALL H53400
DOB: 12/23/1959
05/06-11-OP 4639 |

WARDEN'S SIGNATURE          DATE SIGNED        FACILITY
Chief Deputy Warden         7/28/06            San Quentin

# REQUEST FOR AUTHORIZATION OF TEMPORARY
# REMOVAL FOR MEDICAL TREATMENT

CDC 7252 (3/93)
STATE OF CALIFORNIA                         DEPARTMENT OF CORRECTIONS

1 B40L

REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)
DESCRIPTION OF CONDITION SUGGESTING REMOVAL

MEDICAL PROBLEM

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

SURGERY FOLLOW-UP

**SHORT NOTICE**
MONDAY SEPTEMBER 25, 2006 @ 8:30 AM
REQUESTING MD: DR. SADEGHI
DR. TO BE SEEN: DR. JUMPER

NATURE AND IMMEDIACY OF SERVICE:   ☐ MANDATORY   ☐ EMERGENCY   ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
WEST COAST RETINAL 5 BON AIR RD. STE. 127   POC: ADRIANA 925-6600

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

SPECIAL TREATMENT NOT AVAILABLE AT S.Q.   PREPS:

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):   ☒ UNIVERSAL ☐ RESPIRATORY   ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)
1 HOUR

SIGNATURE OF CHIEF MEDICAL OFFICER
KAREN SAYLOR, M.D   *Church /4*   HEALTH CARE MANAGER (A)   DATE SIGNED 9/21/06

**CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)**

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION | | |
|---|---|---|---|---|---|
| | | | ☐ MAXIMUM | ☐ MEDIUM | ☐ MINIMUM |
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | | | ESCAPE RISK |

REMARKS

SIGNATURE OF ASSOCIATE WARDEN   DATE SIGNED

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:   ☐ APPROVED   ☐ DENIED

SPECIAL CONDITIONS:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CASH, RANDALL  H53400
DOB: 12-12-59

WARDEN'S SIGNATURE   DATE SIGNED   FACILITY   SQ

tc

**REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT**
CDC 7252 (3/93)
STATE OF CALIFORNIA   DEPARTMENT OF CORRECTIONS

00078

DESCRIPTION OF CONDITION SUGGESTING REMOVAL

MEDICAL PROBLEM

PARK AT LOADING DOCK BETWEEN 3RD AND 4TH
PLEASE CALL DR. ROE UPON ARRIVAL
(415) 308-5833

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

CONSULT

**EMERGENCY**
FRIDAY SEPTEMBER 8, 2006 @ 7:30 AM
REQUESTING MD: DR. SADEGHI
DR. TO BE SEEN: DR. ROE'S

NATURE AND IMMEDIACY OF SERVICE:    ☐ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED

WEST COAST RETINA 185 BERRY STREET SAN FRANCISO    POC: ADRIANA 925-6600

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

SPECIAL TREATMENT NOT AVAILABLE AT S.Q.    PREPS:

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    [X] UNIVERSAL ☐ RESPIRATORY    ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)

3-4 HOURS

SIGNATURE OF CHIEF MEDICAL OFFICER    HEALTH CARE MANAGER (A)    DATE SIGNED

KAREN SAYLOR, M.D    9/7/06

**CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)**

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION | | |
|---|---|---|---|---|---|
| | | | ☐ MAXIMUM | ☐ MEDIUM | ☐ MINIMUM |
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | | | ESCAPE RISK |

REMARKS

SIGNATURE OF ASSOCIATE WARDEN    DATE SIGNED

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:    ☐ APPROVED    ☐ DENIED

SPECIAL CONDITIONS:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

CASH, RANDALL H53400
DOB: 12-12-59

| WARDEN'S SIGNATURE | DATE SIGNED | FACILITY |
|---|---|---|
| | | SQ |

tc

## REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

CDC 7252 (3/93)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

1546

# UCSF

**OUTPATIENT OFFICE VISIT OR CONSULT SERVICE**
**DEPARTMENT OF OPHTHALMOLOGY**
**RETINA EXAMINATION**

| NAME | 47850738 NAME: CASH,RANDALL |
|---|---|
| DOB | DOB: 12/23/1959  M  COPAY: 0<br>FSC: 321   PLAN: CALIF ST PRISON-SAN  2MJK<br>ATTG MD: STEWART,JAY M MD 40105 |
| MRN | REF MD: NO,REFERRING 99997<br>AUTH#                  STOR: EYE1 LOC: A71<br>VISIT: 13738440                DOS: 11/28/2007 |
| PCP | |

**Patient Type**  ☒New   ☐ Established ☐ Consult
**Consulting Service**                    **Referring MD**
Patient Completed Survey  ☐ Yes ☐No   Reviewed and Confirmed   ☐ Yes ☐ No
Significant For (noted below)

**HPI:** *(Focused 1-3, Expanded 1-3, Detailed 4+, Comprehensive 4+/ e.g. location, duration, timing, severity, quality, context, modifying factors, assoc. signs/symptoms)*

Problem_____
Location_____ Duration_____ Severity_____
Quality_____ Context_____ Modifying Factors_____
Assoc. signs/symptom_____ Timing_____

47 y.o. O♂

Pt states he has been legally blind since age 3.
He was premature by 1½ months but does
not remember being told he had ROP.
Involved in MVA 9/84 & believes this may
have caused lens dislocations

**Past Ophthalmologic History:**  pseudophakia au for cat. + dislocated

lenses —  OS  2nd procedure for iris to wound

+ dehis.  OD  RD last year 2° to dropped cat

**Review of Systems:** *(Focused 0, Expanded 1 sys. pert. to problem, detailed 2-9, comprehensive 10+ or some systems w/ statement "all others negative"*

| NL | Abnl | | NL | Abnl | | NL | Abnl | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Constitutional | ☐ | ☐ | GI | ☐ | ☐ | Psychiatric |
| ☐ | ☐ | Ears, Nose, Mouth, Throat | ☐ | ☐ | GU | ☐ | ☐ | Endocrine |
| ☐ | ☐ | Cardiovascular | ☐ | ☐ | Musculoskeletal | ☐ | ☐ | Hematologic/Lymphatic |
| ☐ | ☐ | Respiratory | ☐ | ☐ | Integumentary | ☐ | ☐ | Allergic/Immunologic |
| ☐ | ☐ | Neurological | ☐ | ☐ | | | | *All others negative (when 2 or more are documented)* Initial: |

☐ Unobtainable, reason_____
ROS Notes: *(Supporting documentation required for positive findings)*

Phaco /IOL $\wedge$ AC 5/06 OD
Phaco / AC IOL $\wedge$ 8/06 OS
iris repositioning & wound repair 9/06
Retinal detachment 9/06 → "had trouble
OD in eye"

PMH: HTN
Meds: NORVASC   mg

**PFSH:** *(Focused 0, Expanded 1 pert., Comprehensive 2-3)*

| Y | N | Social History | Y | N | Past Medical History | NL | Abnl | Family History |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Smoking | ☐ | ☐ | Illness | ☐ | ☐ | Health status of parents |
| ☐ | ☐ | ETOH | ☐ | ☐ | Surgery | ☐ | ☐ | Herditary Diseases |
| ☐ | ☐ | Drug Use | ☐ | ☐ | Allergies | ☐ | ☐ | |
| ☐ | ☐ | | ☐ | ☐ | Medications | ☐ | ☐ | |

☐ Unobtainable, reason_____
PFSH Notes: *(Supporting documentation required for pertinent positive findings)*

Eye drops
none   mg

Pt most bothered
by "hole in iris" OD
which causes
"ghosting" of images

pred. gtts. x 6 mo ?
cat. SX stopped
6-07

146030 | DMM | 05/06

## UCSF DEPARTMENT OF OPHTHALMOLOGY

47850738 NAME: CASH,RANDALL
DOB: 12/23/1959  M   COPAY: 0
FSC: 321    PLAN: CALIF ST PRISON-SAN  2MJK
ATTG MD: STEWART,JAY M MD 40105
REF MD: NO,REFERRING 99997
AUTH#
VISIT: 13738440       STOR: EYE1 LOC: A71
                      DOS: 11/28/2007

**Mental Status**
- ☐ Alert and Oriented X 3
- ☐ Mood Normal

**Ophthalmic Pain Assessment:** Pain Present ___Yes __No *If yes, complete below*
Description_____
Pain Scale  (1-10)_____
Aggravating factors_____Alleviating Factors_____
Effectiveness of previous pain  treatment modalities_____
Effectiveness/side effects of current treatement modalities_____

J

cc V: $\frac{20/200 \ \bar{c} \ ph \ 20/100+1}{20/200 \ \bar{c} \ ph \ 20/10 \ {}^{-1}_{+3}}$    Pupil *surgical non reactive ou*

W $\frac{-2.50 + 1.25 \times 60 \quad +250}{-3.50 + 2.25 \times 178}$    EOM *intact ou*

M $-2.00 + 0.95 \times 60 \rightarrow 20/80^{-1}$  $\begin{array}{c} 238 \\ T \ 19 \\ 21 \end{array}$

PT6

**CVF**

OD        OS



**Amsler**

OS        OD



148030 | DMM | 05/06

00081

UCSF MEDICATION LIST (STDR)

| COMMENTS |
|---|

UNIT #: 478 5D 73-8          Visit: 13738440
NAME:    CASH, RANDALL
DOB:     12-23-1959  AGE: 47    SEX: M
FINANCIAL CLASS: 321, OTHER AGENCIES-CONTRACT
CLINIC: EYE1              PRVD: Stewart, Jay M., MD (40105)
DATE:    11-28-2007 2:15

## MEDICATION LIST
**×× Dear Patient-Please bring your medication list or bottles to all of your appointments ××**

| Medication | Dose/Strength | New Dose/Strength | Route | Frequency | Last Update |
|---|---|---|---|---|---|
| Norvasc | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Allergy | Reaction | Last Updated | Allergy | Reaction | Last Updated |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I have reviewed the patient's list and have provided a copy to the patient/guardian/parent.

Provider Signature _____  ID# 57429  Date 11/28/07

PINK - PATIENT COPY
YELLOW - CLINIC COPY
ORIGINAL - MEDICAL RECORD COPY
834-001N  0 (Rev. 03/07) WoodmxOne

00082

UCSF VISIT FORM (STOR)

| VITAL SIGNS | | UNIT #: 478 50 73-8          Visit: 13738440 |
|---|---|---|
| HVAD DISTANCE VISUAL ACUITY: OD | HVAD NEAR VISUAL ACUITY: OD | NAME:   CASH, RANDALL |
| HVAS DISTANCE VISUAL ACUITY: OS | HVAS NEAR VISUAL ACUITY: OS | DOB:    12-23-1959  AGE: 47    SEX: M<br>FINANCIAL CLASS: 321, OTHER AGENCIES-CONTRACT |
| IUP INTRAOCULAR PRESSURE: OD/OS | | CLINIC: EYE1                    PRVD: Stewart, Jay M., MD (40105)<br>DATE:   11-28-2007 2:15 |

PROBLEM LIST

| Problem Description | Last Updated | Problem Description | Last Updated |
|---|---|---|---|
| pseudophakia OU | | | |
| s/p RD OD | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PROGRESS NOTE:        (Use additional history sheets as required)

Is the patient having pain? (circle one)  Y / N
Does the patient have an Advance Directive? (circle one)  Y / N

Provider Signature _____        ID# 57429        Date 11/28/07

PINK - PATIENT COPY     YELLOW - CLINIC COPY     ORIGINAL - MEDICAL RECORD COPY     (Rev. 03/07) WondersOne     834-001N

00083

Novato Community Hospital
Novato, CA 94945
(415) 209-1300

SERVICE DATE:                09/01/2006

PREOPERATIVE DIAGNOSIS:  Dehiscence of wound and prolapse of the iris in the wound after cataract surgery

POSTOPERATIVE DIAGNOSIS:  Same

PROCEDURE:  Repositioning of iris and repairing of the wound

ANESTHESIA: General

SURGEON: J. Sadeghi, M.D.

DESCRIPTION OF PROCEDURE:  After prep and drape in the usual fashion and microscope in position _____ was put inside of the eye. Two of the 10-0 nylon sutures that were previously put in were removed. With the iris spatula I tried to put the iris back into the eye. The cornea was sutured with 10-0 nylon. 20 mg of gentamicin was injected subconjunctivally. The wound was dressed with Cyclogel 1% and Maxitrol ointment as well as a patch. He tolerated the procedure well and left the operating room in satisfactory condition.

Pending Electronic Signature by JAHANGIR SADEGHI, MD

D: 09/06/2006 09:06:39
T: 09/07/2006 08:20:03
Job #: 7434026/zp
cc:      Medical Records San Quentin Prison

OPERATIVE REPORTS                    Patient Name: CDCH55400CASH,
                                     RANDALL
                                     MR#: 02-15-73-80
JAHANGER SADEGHI, MD                 Account #: 01002408829

00084

WEST COAST RETINA MEDICAL GROUP INC.

### POST–OP VISIT

*H S340*

Cash+++.Randall
056072-00
09/25/06   09:00AM
Jahangir   Sadeghi        MD
Lic #                AF LF

**Date of Procedure:** _9-11-06_

**Eye:** RE     (LE)

**Type of Procedure:** Laser  – Pneumatic  Scleral Buckle  [Vitrectomy]  *ofx, memb*
                                Retinopexy, IV inj for endophth        Other  *endo*

*#m2'*

**VA:** RE ~~det~~     PH _____    J _____

       LE *20/100*    PH *20/70*   J _18_

**Dilated at:** _8:45_

**IOP:** RE *04*     LE *12*

**BP:** *136/80*

**Exam:**
        AC    FORMED

**Plan:**      IOL

**Meds:**  Polytrim _____
           Pred Forte _____
           Betoptic _____
           Scopolamine _____
           Neptazane _____
           Alphagan _____
           Trusopt _____
           No change _____
           D/C drops _____

*Doing well on*
*S/P VTX, GFX/ ENDOLASER RE*
*Return 10 weeks. to see Dr Sanen*

H. RICHARD MCDONALD, MD
ROBERT N. JOHNSON, MD
EVERETT AI, MD
J. MICHAEL JUMPER, MD
ARTHUR D. FU, MD

185 Berry Street, Lobby 5, Suite 130, San Francisco, CA 94107-1739, (415) 972-4600 • Fax (415) 975-0999
400 - 29th Street, Suite 508, Oakland, CA 94609, (510) 268-8277
101 South San Mateo Drive, Suite 306, San Mateo, CA 94401, (650) 342-7137
1981 North Broadway, Suite 435, Walnut Creek, CA 94596, (925) 295-1727
5 Bon Air Road, Suite 127, Larkspur, CA 94939, (415) 927-6600
1800 Sullivan Avenue, Suite 507, Daly City, CA 94015, (650) 994-9030

Sed _____

OCT 03 2006

00085



**Marin General Hospital**
**Novato Community Hospital**
A Sutter Health Affiliate

| | | | |
|---|---|---|---|
| **Admit Date** | 09/01/2006 | **Patient** | CDCH53400CASH, RANDALL |
| **Dsch Date** | 09/01/2006 | **Med Rec** | 2157380 |
| **Date of Birth** | 12/23/1959 | **Dictating Phys** | SADEGHI, JAHANGIR |
| **Account** | 1002408829 | **Signing Phys** | SADEGHI, JAHANGIR |
| **Service Date** | 09/01/2006 | **Dictated** | 09/06/2006  09:06:39 |
| **Job #** | 7434026 | **Transcribed** | 09/07/2006  08:20:03 |

CC: Medical Records San Quentin Prison

## OPERATIVE REPORTS

PREOPERATIVE DIAGNOSIS:  Dehiscence of wound and prolapse of the iris in the wound after cataract surgery

POSTOPERATIVE DIAGNOSIS:  Same

PROCEDURE:  Repositioning of iris and repairing of the wound

ANESTHESIA: General

SURGEON:  J. Sadeghi, M.D.

DESCRIPTION OF PROCEDURE:  After prep and drape in the usual fashion and microscope in position, lid speculum was put inside of the eye.  Two of the 10-0 nylon sutures that were previously put in were removed.  With the iris spatula, I tried to put the iris back into the eye.  The cornea was sutured with 10-0 nylon. Made sure the wound was water tight sealed.  20 mg of gentamicin was injected subconjunctivally.  The wound was dressed with Cyclogel 1% and Maxitrol ointment as well as a patch. He tolerated the procedure well and left the operating room in satisfactory condition.

Electronically signed by JAHANGIR SADEGHI MD on 09/18/2006 16:39

---

Marin General Hospital / Novato Community Hospital

Nov-06-2007  12:10pm  From-NCH HEALTH INFORMATION MANAGEMENT       +415 209 1451    ·    T-438  P.004/008  F-215



**Marin General Hospital**
**Novato Community Hospital**
A Sutter Health Affiliate

| | | | |
|---|---|---|---|
| Admit Date | 08/09/2006 | Patient | CDCH53400CASH, RANDALL |
| DschDate | 08/09/2006 | Med Rec | 2157380 |
| Date of Birth | 12/23/1959 | Dictating Phys | SADEGHI, JAHANGIR |
| Account | 1002346722 | Signing Phys | SADEGHI, JAHANGIR |
| Service Date | 08/09/2006 | Dictated | 08/09/2006 11:50:58 |
| Job # | 7424571 | Transcribed | 08/10/2006 11:16:18 |

**CC:** Medical Records San Quentin Prison

## OPERATIVE REPORTS

**PREOPERATIVE DIAGNOSIS:**  Cataract and dislocated lens left eye

**POSTOPERATIVE DIAGNOSIS:**  Same

**PROCEDURE:**  Phacoemulsification with intraocular lens implantation anterior chamber left eye

**ANESTHESIA:** General

**DESCRIPTION OF PROCEDURE:**  After preparation in the usual fashion and microscope in position, the lid speculum was put inside the eye.  A side incision with a sharp knife was made inferotemporally. The diamond knife was used to make a 3 mm clear corneal incision.  Healon 5 was injected into the anterior chamber.  The cystotome was used to make a cut on the anterior capsule and with the capsulorrhexis forceps I made a ring anterior capsulotomy.  A Mercer capsular tension ring was put inside of the capsule under the anterior capsule.  Hydrodissection was done by using a 27 gauge cannula.  Phacoemulsification was started by doing a phaco cross section and using the micro finger.  At the time of phacoemulsification, I noticed that the lens was coming completely into the anterior chamber.  Very cautiously I could finish removing the nucleus but the whole lens was dislocated from the anterior chamber and I had to remove the whole lens by phaco.  After completing the removal of the lens, I removed the capsular tension ring which was in the anterior chamber out of the eye.  Miochol was injected into the eye.  Healon was injected into the anterior chamber and deep into the chamber.  The clear corneal incision was extended to 5 mm by diamond knife.  An anterior chamber IOL MTA-4U0 from Alcon Company was inserted into the anterior chamber.  The power was 14 diameters.  Extra Healon was irrigated out.  The cornea was sutured together with scparated 10-0 nylon.  20 mg of gentamicin and 2 mg of Decadron was injected subconjunctivally in the temporal side. The eye was dressed with atropine 1% as well as Maxitrol ointment and a patch.  He tolerated the procedure well and left the operating room in satisfactory condition.

I will see him tomorrow at San Quentin Prison postoperatively.

Electronically signed by JAHANGIR SADEGHI MD on 08/14/2006 09:39

---

**Marin General Hospital / Novato Community Hospital**

00087

Nov-05-2007 12:10pm  From-NCH HEALTH INFORMATION MANAGEMENT    +415 209 1451    T-438  P.005/008  F-215



Marin General Hospital
Novato Community Hospital
A Sutter Health Affiliate

| | | | | |
|---|---|---|---|---|
| Admit Date | 05/03/2006 | | Patient | CDCH53400CASH, RANDALL |
| Dsch Date | 05/03/2006 | | Med Rec | 2157380 |
| Date of Birth | 12/23/1959 | | Dictating Phys | SADEGHI, JAHANGIR |
| Account | 1002080636 | | Signing Phys | SADEGHI, JAHANGIR |
| Service Date | 05/03/2006 | | Dictated | 05/03/2006 13:09:05 |
| Job # | 7391134 | | Transcribed | 05/04/2006 11:55:22 |

CC: Medical Records San Quentin Prison

## OPERATIVE REPORTS

SURGEON: Jahangir Sadeghi, M.D.

PREOPERATIVE DIAGNOSIS: Cataract and dislocated lens right eye

POSTOPERATIVE DIAGNOSIS: Same.

PROCEDURE PERFORMED: Phacoemulsification with intraocular lens implantation in the anterior chamber in the right eye.

ANESTHESIA: Topical, monitored.

DESCRIPTION OF PROCEDURE: The patient was dilated in the preoperative area with 3 sets of Neo-Synephrine 2.5% Cyclogyl 1%, 3 minutes apart, started 30 minutes before surgery. Ocufen 1 drop every 15 minutes was used to his eye for 1 hour. The patient was brought to the operating room. After prep and drape in the usual fashion and microscope in position, a lid speculum was put in the eye. Three drops of Xylocaine 4% were put in the eye. A sharp knife was used to make a side incision at the 11 o'clock position. Viscoelastic solution was injected into the anterior chamber. A diamond knife was used to make a 2.8 mm clear corneal incision in the temporal side. A cystotome was used to do an anterior capsulotomy it was very hard to do cystotomy because the lens was dancing around. Capsulorrhexis forceps was used to do a small circular capsulorrhexis. A capsular ring was inserted in the capsule with the inserter.

Phacoemulsification was started by sculpting the nucleus in a cross shape. It was extremely difficult to do because in the nasal side almost 40% of the circumference of the zonules was gone. I could manage to remove the lens. A piece of cortex fell down into the vitreous. Miochol was injected to the eye to make the pupil small. The clear corneal wound was extended to 5 mm with the diamond knife. An anterior chamber lens from Alcon Company 13.5 diopters was inserted into the anterior chamber. Before putting the lens in, I injected viscoelastic to deepen the anterior chamber. The lens was centered by using a Sinskey hook. A peripheral iridectomy was done in the temporal side. The clear cornea was sutured with three separated 10-0 nylon. 20 mg of gentamicin was injected subconjunctivally inferiorly. The eye was dressed with atropine and Maxitrol ointment. Viscoelastic solution was aspirated at this time. I made sure the wound was watertight. The patient tolerated the procedure well and left the operating room in satisfactory condition.

Nov-05-2007 12:10pm  From-NCH HEALTH INFORMATION MANAGEMENT       +415 209 1451        T-438  P.006/008  F-215

Electronically signed by JAHANGIR SADEGHI MD on 05/08/2006 14:18

**Marin General Hospital / Novato Community Hospital**

Nov-05-2007  12:10pm   From-NCH HEALTH INFORMATION MANAGEMENT        +415 209 1451        T-438  P.002/008  F-215

```
MRRU335                          MIRA - PERSON INDEX                    SACTOHA1
25.40                       Encounter Maintenance - Update              11/05/07
VOGELF                                                                  10:59:40
================================================================================
REF:     700896     CDCH53400CASH, RANDALL            Demographic Confidential: D

Type option, press Enter.
  4=Delete    B=Branch    D=Doctor    N=Notes    S=Service Codes

O Ent   Med Rec #     Account #    Admit Date  Dschg Date  M m  Attn Name      Svc C
_ NOV   02-15-73-80   1002408829   9/01/2006   9/01/2006   O G  SADEGHI, JAHAN AMB D
_ NOV   02-15-73-80   1002346722   8/09/2006   8/09/2006   O G  SADEGHI, JAHAN AMB D
_ NOV   02-15-73-80   1002080636   5/03/2006   5/03/2006   O G  SADEGHI, JAHAN AMB D
_ NOV   02-15-73-80   1001889045   2/21/2006   2/21/2006   E E  THOMPSON, DAVI ERD _
```

```
                                                                        Bottom
F3=Exit    F4=Prompt    F5=Refresh    F6=Add    F8=Show/Hide
F12=Previous    F17=EUC History    F18=Show/Hide Notes
```

00090



*Marin General Hospital*
*Novato Community Hospital*
A Sutter Health Affiliate

| | | | |
|---|---|---|---|
| Admit Date | 02/21/2006 | Patient | CDCH53400CASH, RANDALL |
| Dsch Date | 02/21/2006 | Med Rec | 2157380 |
| Date of Birth | 12/23/1959 | Dictating Phys | THOMPSON, DAVID |
| Account | 1001889045 | Signing Phys | THOMPSON, DAVID |
| Service Date | 02/21/2006 | Dictated | 02/24/2006 01:01:22 |
| Job # | 7368193 | Transcribed | 02/24/2006 10:03:23 |

CC: Medical Records San Quentin Prison

## ED REPORTS

TIME OF EXAMINATION: 2115

CHIEF COMPLAINT: Left-sided rib pain.

HISTORY OF PRESENT ILLNESS: This is a 46-year-old male inmate from San Quentin who is brought in because of pain in his left rib area. He states that he fell off the top bunk and hit the left side of his chest against something as he fell about 3 hours before he arrived in the ER. He was seen at San Quentin medical clinic and they sent him here because they did not have chest x-ray facilities. The patient denies abdominal pain. He denies difficulty breathing although he says it hurts when he takes a deep breath. He denies neck pain or back pain. He denies injuries to his extremities, he denies headache or vomiting.

PAST MEDICAL HISTORY: None.

MEDICATIONS: Motrin.

ALLERGIES: To penicillin.

SOCIAL HISTORY: The patient is an inmate at San Quentin.

PHYSICAL EXAMINATION: Temperature 97.7, pulse 85, respiratory rate 20, blood pressure 153/93, saturating 96% on room air which is normal. In general, this is an alert, cooperative male who appears in no respiratory distress. HEENT atraumatic, PERRL, EOMI and moist mucous membranes. Neck: Supple, full range of motion, nontender. Heart regular, no murmurs. Lungs clear to auscultation bilaterally. Chest wall: There is point tenderness and bruising over the lower lateral left chest wall in the area of the 7th rib. There is no crepitus. There is some bruising which extends down towards the left flank. The bruise appears dark purplish brown and there is some yellow discoloration around the edges of the bruise, suggesting that the bruise is several days old. The bruising over the flank is nontender and it appears that this represents blood that has tracked down from the trauma to the lateral chest wall. Abdomen: Soft, nontender, nondistended, normal bowel sounds. No left upper quadrant tenderness, no guarding, no rebound. Extremities atraumatic. Neurologic: Normal gait. No lateralizing deficits, no facial asymmetry.

COURSE IN THE EMERGENCY ROOM: The patient had a PA and lateral chest x-ray which was read as being normal. No pneumothorax. No displaced rib fractures, no hemothorax, normal cardiac contour. The patient refused to give a urine sample. I was curious to see whether or not there was any

blood in the patient"s urine. The patient would not say why he would not give a urine sample. The patient"s bruising is not consistent with his story. The bruise appears to be several days old, given the yellowish discoloration around the around the edges of the bruising and the dark appearance. The patient has no abdominal tenderness and there is no indication of a solid organ injury. The patient is prescribed Motrin 600 mg #30. I told him to return if he develops belly pain or difficulty breathing. He was told to follow up with the San Quentin medical clinic in the next two to three days for recheck.

IMPRESSION:  Chest wall contusion.

Electronically signed by Dr. DAVID F THOMPSON on 02/24/2006 14:59

---

**Marin General Hospital / Novato Community Hospital**