# EXHIBIT  B
### (part two - pp. 00206-00262)

## to

# DECLARATION OF JAHANGIR SADEGHI, M.D.,

# IN SUPPORT OF

# MOTION FOR SUMMARY JUDGMENT

*Cash v. Sadeghi*
United States District Court
Northern District of California
Case No. C 07-6252-JF (PR)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

Superior Court No. 3H-8485                    Department 11

PEOPLE OF THE STATE OF
CALIFORNIA, Plaintiff            v.          RANDALL CASH - AOM 173
                                             (DOB 12-23-59)                **ENDORSED**
                                                                              **FILED**
          ORDER FOR TEMPORARY REMOVAL OF PRISONER              **ALAMEDA COUNTY**
            AND FOR HIS PRODUCTION AS A DEFENDANT
                                                                         SEP 2 0 2002

STATE OF CALIFORNIA,    )                              CLERK OF THE SUPERIOR COURT
COUNTY OF ALAMEDA       )                                  By J.M. Cabrera, Deputy

TO:   THE SHERIFF OF THE COUNTY OF ALAMEDA, STATE OF CALIFORNIA:

It appearing to this Court from the Affidavit of Andrew Sweet, Deputy District Attorney of the
County of Alameda, State of California, that there is now pending against the above-named
defendant a criminal action in the County of Alameda, to wit: violation of section 187 of the Penal
Code of California in the Alameda County Superior Court, and that the presence of said defendant
hereinafter called the prisoner, is necessary and material for prosecution of said criminal action; that
the said prisoner is presently confined at San Quentin, and that the sentence of said prisoner will
not expire before the trial and hearing of said criminal action;

IT IS HEREBY ORDERED that said prisoner be temporarily removed from the penal institution and
produced as a defendant as follows:

        1.      Place, date and time prisoner is to be produced as defendant:

                Alameda County Superior Court, Department 11, October 15, 2002, 9 a.m.,
                1225 Fallon Street, Oakland, CA  94612

        2.      Prisoner's name: RANDALL CASH   H53400

        3.      Confined at: San Quentin

IT IS FURTHER ORDERED that the Sheriff of the County of Alameda, State of California, proceed
to the penal institution herein above named and temporarily remove said prisoner therefrom and
produce said prisoner as a defendant in said criminal action as aforesaid and safely keep said
prisoner, and when said prisoner no longer shall be required as a defendant as aforesaid, that the
said Sheriff return said prisoner to the above-named penal institution.

DATED:      SEP 2 0 2002
ATTEST:     SEP 2 0 2002                      HARRY R. SHEPPARD
ARTHUR SIMS, Clerk
                                             _____
By: _____                  Judge of the Superior Court of the
        Deputy Clerk                          State of California, in and for the
                                              County of Alameda

SEP-24-2002 TUE 10:52 AM    AMEDA CO    9255516  P. 03

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

THE PEOPLE OF THE STATE OF CALIFORNIA TO:

THE WARDEN OF SAN QUENTIN

An order having been made this day by me, which order is hereinabove set forth and made a part hereof, that the prisoner therein named be produced as a defendant in said criminal action as in said order provided; YOU ARE COMMANDED to deliver him into the custody of the Sheriff of the County of Alameda.

DATED: SEP 2 0 2002

HARRY R. SHEPPARD
Judge of the Superior Court

ATTEST: SEP 2 0 2002
ARTHUR SIMS, Clerk

By: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instrument is a true and correct copy of the original on file in this office
ATTEST: SEP 2 0 2002
CLERK OF THE SUPERIOR COURT
By _____
Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

Superior Court No. H-8485                    Department 11

PEOPLE OF THE STATE OF
CALIFORNIA, Plaintiff            v.         RANDALL CASH – AOM 173
                                            (DOB 12-23-59)                ENDORSED
                                                                           FILED
                ORDER FOR TEMPORARY REMOVAL OF PRISONER    ALAMEDA COUNTY
                AND FOR HIS PRODUCTION AS A DEFENDANT
                                                                       SEP 2 0 2002

STATE OF CALIFORNIA,    )                                    CLERK OF THE SUPERIOR COUR
COUNTY OF ALAMEDA       )                                    By J.M. Cabrera, Deputy

TO:    THE SHERIFF OF THE COUNTY OF ALAMEDA, STATE OF CALIFORNIA:

It appearing to this Court from the Affidavit of Andrew Sweet, Deputy District Attorney of the
County of Alameda, State of California, that there is now pending against the above-named
defendant a criminal action in the County of Alameda, to wit: violation of section 187 of the Penal
Code of California in the Alameda County Superior Court, and that the presence of said defendant
hereinafter called the prisoner, is necessary and material for prosecution of said criminal action; that
the said prisoner is presently confined at San Quentin, and that the sentence of said prisoner will
not expire before the trial and hearing of said criminal action;

IT IS HEREBY ORDERED that said prisoner be temporarily removed from the penal institution and
produced as a defendant as follows:

        1.      Place, date and time prisoner is to be produced as defendant:

                Alameda County Superior Court, Department 11, October 15, 2002, 9 a.m.,
                1225 Fallon Street, Oakland, CA  94612

        2.      Prisoner's name: RANDALL CASH   H53400

        3.      Confined at: San Quentin

IT IS FURTHER ORDERED that the Sheriff of the County of Alameda, State of California, proceed
to the penal institution herein above named and temporarily remove said prisoner therefrom and
produce said prisoner as a defendant in said criminal action as aforesaid and safely keep said
prisoner, and when said prisoner no longer shall be required as a defendant as aforesaid, that the
said Sheriff return said prisoner to the above-named penal institution.

DATED:      SEP 2 0 2002
ATTEST:     SEP 2 0 2002                         HARRY R. SHEPPARD
ARTHUR SIMS, Clerk
                                                Judge of the Superior Court of the
By:  _____                    State of California, in and for the
        Deputy Clerk                            County of Alameda

00208

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

THE PEOPLE OF THE STATE OF CALIFORNIA TO:

THE WARDEN OF SAN QUENTIN

An order having been made this day by me, which order is hereinabove set forth and made a part hereof, that the prisoner therein named be produced as a defendant in said criminal action as in said order provided; YOU ARE COMMANDED to deliver him into the custody of the Sheriff of the County of Alameda.

DATED: _____SEP 2 0 2002_____

HARRY R. SHEPPARD
Judge of the Superior Court

ATTEST:    SEP 2 0 2002
ARTHUR SIMS, Clerk

By: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instrument is a true and correct copy of the original on file in this office

ATTEST:  SEP 2 0 2002

CLERK OF THE SUPERIOR COURT
By _____
Deputy

00209

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGA~          PLACEMENT NOTICE ~ -~ - |
CDC 114-D (Rev 10/98)                                          5-1-1

DEPARTMENT OF CORRECTIONS

| DI. | LN. | CANARY | WARDEN |
| WHITE | CENTRAL FILE | PINK HEALTH | CARE MGR |
| BLUE | INMATE (2ND COPY) | GOLDENROD | INMATE (1ST |
| GREEN | ASU | COPY) | |

| INMATES NAME | CDC NUMBER |
|---|---|
| CASH | H-53400 |

## REASON(S) FOR PLACEMENT (PART A)

☒ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ ENDANGERS INSTITUTION SECURITY    ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON (S) FOR PLACEMENT: On Tuesday, April 10, 2007, you are being placed in Administrative Segregation housing due to self proclaimed safety concerns.

Specifically on this date you approached staff in Badger Section and stated that you were in fear for your safety if you were to remain housed in the San Quentin Extended Term Population. Subsequently, you were interviewed by Sergeant M. Kis and stated that earlier today you were in verbal confrontation with another inmate of different race. See confidential memorandum by Sgt. M. Kis. Based upon this, it is determined your current housing in the San Quentin Reception Extended Term housing unit should be re-evaluated as your presence jeopardizes the safety of staff, other inmates and is deemed a threat to the safety and security of the institution. Therefore you will remain in Administrative Segregation housing pending a review by the Institutional Classification Committee (ICC) who will determine your appropriate Program and Housing needs. Correctional Lieutenant D. HURLEY is ordering this Administrative Segregation Placement. Inmate Cash is/is not a participant in the Mental Health Delivery System.

CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)  ☒ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: 4/10/07

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 04/10/07 | D. HURLEY | | LIEUTENANT |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
| 04/10/07 | 2030 | D. HURLEY  M. FN | | LIEUTENANT SGT |

☐ INMATE REFUSED TO SIGN    X INMATE SIGNATURE  Kendall Cash    CDC NUMBER  X H-53400

## ADMINISTRATIVE REVIEW (PART B)

The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

| STAFF ASSISTANT (SA) | INVESTIGATIVE EMPLOYEE (IE) |
|---|---|
| STAFF ASSISTANT NAME    TITLE | INVESTIGATIVE EMPLOYEE'S NAME    TITLE |
| Assigned ICC | |

### IS THIS INMATE:

| | | | EVIDENCE COLLECTION BY IE UNNECESSARY | ☒ YES | ☐ NO |
| LITERATE? | ☒ YES | ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☒ YES | ☐ NO |
| FLUENT IN ENGLISH? | ☒ YES | ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☒ YES | ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☒ YES | ☐ NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES | ☐ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | ☒ YES | ☐ NO | | | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | ☐ NO | | | |

Vision impairment/problems reading  Any "NO" requires SA assignment    Any "NO" may require IE assignment

☐ NOT ASSIGNED                              ☐ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

☒ NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE  refused to sign    DATE  4-10-07

## WITNESSES REQUESTED FOR HEARING

| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC UMBER |
|---|---|---|---|
| | | | |
| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |
| | | | |

DECISION:  ☐ RELEASE TO UNIT/FACILITY    ☒ RETAIN PENDING ICC REVIEW    ☐ DOUBLE CELL    ☒ SINGLE CELL PENDING ICC

REASON FOR DECISION: Cash ID believes a threat to his safety exists with: L-4 climate the White population. See cumid by Sgt Kis dated 4-10-07

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT )    EMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | | CDC NUMBER |
|---|---|---|
| SQSP. | CASH, RANDALL SCOTT | H-53400 |

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[ ] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT: On December 23, 2005, you arrived from Alameda County via Special Transportation as an Out To Court Return. Institutional records records indicate that prior to your transfer to Alameda County you were housed in Eastblock as a Condemned Inmate. Documentation received from Alameda County this date would indicate your death sentence to have been reconsidered and you were resentenced to life without the possibility of parole. Therefore, you are being placed in Administrative Segregation and you will remain in AD-SEG until you are reviewed by the Institutional Classification Committee (ICC) which will determine your appropriate program and housing needs. It is noted that you are not a member of the Mental Health Service Delivery System at this time.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:    /    /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 12-23-05 | J. CELLO | | Corr. Lieutenant |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
| 12-23-05 | 1550 | NOLLETTE | | Corr. Lieutenant |
| [ ] INMATE REFUSED TO SIGN | | INMATE SIGNATURE  X Randall Cash | | CDC NUMBER  H-53400 |

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

### IS THIS INMATE:

| | | | | |
|---|---|---|---|---|
| LITERATE? | [X] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] YES [ ] NO |
| FLUENT IN ENGLISH? | [X] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [X] YES [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [X] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES [X] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] YES | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [X] YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [X] YES | | |

Any "NO" requires SA assignment          Any "NO" may require IE assignment

[ ] NOT ASSIGNED                [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [X] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[ ] NO WITNESSES REQUESTED BY INMATE    | INMATE SIGNATURE  X Randall Cash | DATE |

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [X] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING

REASON FOR DECISION:

*Retain ADSeg status pending ICC Review*

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|

00211

STATE OF CALIFORNIA                                                                 DEPAR
**CDC 840 (Rev 07/02)**
# CDC RECLASSIFICATION SCORE SHEET

| 4. DATE OF LAST SCORE SHEET | 5. FORM IDENTIFICATION (ENTER X in a, b or c) |
|---|---|

**4. DATE OF LAST SCORE SHEET**
MO  DAY  YR
`1 0` - `2 0` - `9 2` 18

**5. FORM IDENTIFICATION (ENTER X in a, b or c)**
a) NEW  b) CORRECTION  MO  c) DATE CORRECTED  DAY
`X` 24    25

---

**B. ANNUAL / 6 MONTH REVIEW PERIOD DATES**

**1. REVIEW PERIOD BEGINNING DATE**
MO  DAY  YR  3. (Enter X)
`1 0` - `2 0` - `9 2` 33   Annual ☐ 39

**2. REVIEW PERIOD ENDING DATE**
MO  DAY  YR  4. Number of Full Review Periods
`0 5` - `2 6` - `0 6` 40    `2 9`

**E. SCORE ADJUSTMENT**

1. TOTAL CORRECTION/ADJUSTMENT    (+ OR -)

**F. COMPUTATION OF SCOR**

1. PRIOR PRELIMINARY SCORE
(Preliminary Score from 839/New Preliminary Score item 840 or 841)

2. Net Change in Score    (+ or -)
(No. 8 minus C. 4)

3. PRELIMINARY SCORE SUBTOTAL
(Not less than 0)

4. Change in Term Points (T/P) (X 2)    (+ or -)
- Old T/P `59` + New T/P `50`    `Lwop`

5. NEW PRELIMINARY SCORE
(Not less than 0)

---

**C. FAVORABLE BEHAVIOR SINCE LAST REVIEW**

1. Continuous Minimum Custody         x 4 =          46

2. No Serious Disciplinary    `2 9`   x 2 =  `5 8`   48

3. Average or Above Performance in Work, School or Vocational Program   x 2 =          50

4. TOTAL FAVORABLE POINTS =  `5 8`

---

**D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW**

SERIOUS DISCIPLINARIES               Number X(

1. Div. A-1/A-2            x 8 =          52
   Dates:

   Div. B, C & D          x 6 =          54
   Dates:

   Div. E & F             x 4 =          56
   Dates:

2. Battery or Attempted Battery on a Non-Prisoner   x 8 =          58
   Dates:

3. Battery or Attempted Battery on an Inmate   x 4 =          60
   Dates:

4. Distribution of Drugs       x 4 =          62
   Dates:

5. Possession of a Deadly Weapon   x 16 =          64
   Dates:

6. Inciting a Disturbance       x 4 =          66
   Dates:

7. Battery Causing Serious Injury   x 16 =          68

8. TOTAL UNFAVORABLE POINTS = + `0`

**G. PLACEMENT**

MANDATORY MINIMUM SCORE/FACTOR CODES AND SCO

| CODE | SCORE | CODE |
|---|---|---|
| [A] Condemned | 52 | [E] Warrants/ |
| [B] Life Without Possibility of Parole | 52 | [F] Violence Ex |
| [C] CCR 3375.2(a)(7) Life Inmate | 28 | [G] Public Inter |
| [D] History of Escape | 19 | [H] Other Life S |

1. SCORE FACTOR CODE    `B` 85
(Assess Only Highest Factor)

2. MANDATORY MINIMUM SCORE

3. PLACEMENT SCORE
ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER

**H. SPECIAL CASE FACTORS**

1. HOLDS, WANTS and DETAINERS    2. RESTR
(Enter A, P or *)                     CUSTO
Felony  91  USINS  92                (En
                                      R

3. ELIGIBLE FOR RESTITUTION CENTER    4. LEVEL IV DESIGN
(Enter Y or N)  94   a) 180 Status (Y/N)  `N`
                     b) Reason Code

5. CURRENT INSTITUTION AND FACILITY
`S Q` - `I I` 96

6. CASEWORKER'S NAME
`C H A L L O`

---

**I. CLASSIFICATION STAFF REPRESENTATIVE**

1. LAST NAME                                   115

2. DATE OF ACTION
MO  DAY  YR                                    123

3. LEVEL IV DESIGN                4. MINIMUM CUSTODY                5. CCRC ELIG
a) 180 Status  b) Reason          a) Eligibility  b) Reason         (Enter REN,
(Enter Y or *)  129   Code  130   (Enter E, L or P) 132  Code 133   REX or *)

6. DEVELOPMENTAL DISABILITY   7. DISABILITY PLACEMENT PROGRAM (DPP) CODE(S)
PROGRAM (DDP) CODE:           a) (*) Primary (affects placement)  b) (*)      c) (*)      d) (*)
                139                            142          146         150

8. ADMINISTRATIVE DETERMINANT CODE(S)
a) (*)        b) (*)        c) (*)        d) (*)        e) (*)
       158           162           166           170

9. MENTAL HEALTH LEVEL OF CARE    10. INSTITUTION APPROVED                11. REASON FOR ADMINISTRATIVE OR I
(Enter C or E)
CCCMS  EOP  178                        179

---

**A. IDENTIFYING INFORMATION**

1. CDC NUMBER              2. INMATE'S LAST NAME              3. DATE COMPLETED
`H 5 3 4 0 0`  7  `C A S H`                  `0 5` - `2 6`
                                                             MO    DAY

OSP 02 71597

00212

Yellow—OIS
Green—Inmate

CDC FORM 839 (7/88)

# CDC CLASSIFICATION SCORE SHEET

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

## I. IDENTIFYING INFORMATION

| C. RECEPTION CENTER | D. RACE/ETHNIC STATUS | E. YEAR OF BIRTH | F. DATE RECEIVED CDC |
|---|---|---|---|

WHI=White
HIS=Hispanic
BLA=Black
AME=American Indian
ASI=Asian/Pacific
OTH=Other

C. RECEPTION CENTER: `S Q` 15

D. RACE/ETHNIC STATUS: `W H I` 21

E. YEAR OF BIRTH: `5 9` 24

F. DATE RECEIVED CDC: mo `1 0` 26 day `2 0` 28 year `9 2` 30

| G. COUNTY OF COMMITMENT | H. BASE OFFENSE | I. BASE OFFENSE |
|---|---|---|

G. COUNTY OF COMMITMENT: `A L A` 32

H. BASE OFFENSE: Murd 1st

I. BASE OFFENSE: CODE: `P` 37  NUMBER: `1 8 7` 38  `43`

## II. CALCULATION OF SCORE

### A. BACKGROUND FACTORS

1. Current Term of Incarceration
   a) Length of term  ( years ) ( months )
   b) Term in years, minus 1 ( ) ( ) × 3 = ( )      years      fractions      = 44
   c) Enter total term points (not to exceed 59)

2. Stability
   a) Under 26 years at reception      + 2 = 46
   b) Never married, or marriage/common law not intact for 12 months prior to reception      + 2 = 47
   c) Not high school graduate or GED      + 2 = 48
   d) Not more than 6 months with one employer, and not primary role maintaining household.      + 2 = 49
   e) No military service or not honorable discharge      + 2 = 50

3. Prior Escapes
   a) Number of walkaways/minimum custody escapes      × 4 = 51
      dates:
   b) Number of breached perimeter/medium custody escapes      × 8 = 53
      dates:
   c) Number of escapes with force      × 16 = 55
      dates:

4. TOTAL BACKGROUND FACTORS SCORE      +
   IF NO PRIOR INCARCERATION OF 31 DAYS OR MORE, SKIP THE ITEMS BELOW; ENTER TOTAL BACKGROUND FACTORS SCORE IN BOX FOR TOTAL SCORE (Sec. III, Item A.8).

### B. PRIOR INCARCERATION BEHAVIOR

1. Unfavorable Prior Behavior
   a) Number of serious disciplinaries last incarcerated year      × 4 = 57
      dates:
   b) Number of escapes in last incarceration or escape is commitment offense      × 8 = 59
      dates:
   c) Number of physical assaults on staff      × 8 = 61
      dates:
   d) Number of physical assaults on inmates      × 4 = 63
      dates:
   e) Number of smuggling/trafficking drugs      × 4 = 65
      dates:
   f) Number of deadly weapon possessions (Double-weight if within last 5 years)      × 4 = 67
      dates:
   g) Number of inciting disturbance      × 4 = 69
      dates:
   h) Number of assaults that caused serious injury      × 10 = 71
      dates:

2. TOTAL UNFAVORABLE POINTS      +

3. Favorable Prior Behavior
   a) No serious disciplinaries in last 12 months of incarceration(s)      – 4 = 73
   b) Successfully completed at least 12 months of minimum custody in last incarceration(s)      – 8 = 74
      OR:
      Successfully completed at least 4 months of minimum custody, or 4 months of dormitory living during last incarceration(s)      – 4 =
   c) Average or above performance in work, school, or vocational program for last incarcerated year      – 4 = 75

4. TOTAL FAVORABLE CREDITS      –
   IF POINTS ASSESSED IN ITEMS B.1–4 ABOVE SKIP ITEM B.5

5. Undocumented Prior Incarceration Behavior
   c) Records of incarceration behavior inadequate to assess unfavorable or favorable points (limit to 3 priors)      × 4 = 76

## III. PLACEMENT

### A. SPECIAL CASE FACTORS

1. Medical Restriction
   (If not camp eligible enter: F U L L duty but not camp; R E S T ricted or light duty; or U N A S signed medically)      77

2. Holds, Detainers, AND Warrants
   (enter A for Active or P for Potential)
   a) Felony Hold      81
   b) Immigration and Naturalization Hold      82

3. Restricted Custody Suffix Required (enter R)      83

4. Category or Special Housing Recommendation (enter appropriate letter)      84

5. Other Placement Concerns
   a) `D E A` 85   b) 88   c) 91

6. Work Skills      94

7. Caseworkers
   a) Counselor      101
      Last name      FI
   b) Supervisor   `T A M B E L L I` `J` 110
      Last name      FI

8. TOTAL CLASSIFICATION SCORE
   (Combine from Section II, A.4 Total Background Factors Score and B.6 Total Prior Incarceration Behavior Score)      `5 9` 119

### B. CLASSIFICATION STAFF REPRESENTATIVE ACTION

1. Classification Staff Representative      122
   Last name

2. Date of CSR Action      mo – day – year      130

3. Administrative Determinants
   a) PRIMARY      136   b) 139   c) 142

4. Category/Special Housing   5. Institution Approved      145   –   146

6. Reason for Administrative or Irregular Placement      153

A CDC NUMBER      B. INMATE'S LAST NAME

00213

STATE OF CALIFORNIA
**NOTICE OF CRITICAL CASE INFORMATION - SAFETY OF PERSONS**        DEPARTMENT OF CORRECTIONS
CDC 812 (4/89)

This non-confidential form is used to document inmates/parolees or potential inmates who should be kept separate and inmates/parolees suspected of affiliation with a prison gang or disruptive group. If an inmate/parolee is identified with a prison gang, a Notice of Critical Information - Prison Gang Identification (Form CDC 812-A) shall also be completed. A form CDC 812-B shall be completed on Disruptive Group Affiliates. Indicate "NONE" under CDC number and/or group section if there are no enemies and/or gang concerns.

| NONCONFIDENTIAL ENEMIES | | | DATE | DATE | DATE 4/11/07 | DATE |
|---|---|---|---|---|---|---|
| CDC NUMBER | PRINT NAME | PRIMARY SUPPORTING DOCUMENTATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION |
| NONE | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| DELETION OF PRIOR ENEMIES | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

COMMENTS

| SUSPECTED GANG AFFILIATION | | | |
|---|---|---|---|
| GANG | TYPE OF AFFILIATION (MEMBER/ASSOCIATE/DROPOUT) | PRIMARY SUPPORTING DOCUMENTATION | DATE |
| DISRUPTIVE GROUP NONE | | | |
| PRISON GANG | | | |

COMMENT

| STAFF COMPLETING UPDATE | | | |
|---|---|---|---|
| PRINT NAME AND WRITE INITIALS | TITLE | INSTITUTION/REGION | DATE |
| C Grant       va | CCI | SQ | 5-18-04 |
| C Grant       vo | CCI | SQ | 12-27-05 |
| B McBride    BM | CCT | SQ | 4/17/06 |
| R VANCAD     RV | CCIII | SQ | 6/13/07 |

| CDC NUMBER | INMATE/PAROLEE'S NAME | | |
|---|---|---|---|
| H53400 | CASH | PAGE 1 OF 1 | |

00214

STATE OF CALIFORNIA
**NOTICE OF CRITICAL CASE INFORMATION - SAFETY OF PERSONS**                    DEPARTMENT OF CORRECTIONS
CDC 812 (4/89)

This non-confidential form is used to document inmates/parolees or potential inmates who should be kept separate and inmates/parolees suspected of affiliation with a prison gang or disruptive group. If an inmate/parolee is identified with a prison gang, a Notice of Critical Information - Prison Gang Identification (Form CDC 812-A) shall also be completed. A form CDC 812-B shall be completed on Disruptive Group Affiliates. Indicate "NONE" under CDC number and/or group section if there are no enemies and/or gang concerns.

| NONCONFIDENTIAL ENEMIES | | | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|
| CDC NUMBER | PRINT NAME | PRIMARY SUPPORTING DOCUMENTATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION | CURRENT LOCATION |
| *none* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| DELETION OF PRIOR ENEMIES |
|---|
| |

COMMENTS

| SUSPECTED GANG AFFILIATION | | | |
|---|---|---|---|
| GANG | TYPE OF AFFILIATION (MEMBER/ASSOCIATE/DROPOUT) | PRIMARY SUPPORTING DOCUMENTATION | DATE |
| DISRUPTIVE GROUP *none* | | | |
| PRISON GANG | | | |

COMMENT

| STAFF COMPLETING UPDATE | | | |
|---|---|---|---|
| PRINT NAME AND WRITE INITIALS | TITLE | INSTITUTION/REGION | DATE |
| B. JENSEN   BJ | CCI | SQ | 11-20-97 |
| T. LLYCR   SLL | CCI | SQ | 6/10/98 |
| J. JESSUP   JJ | CCI | SQ | 7/7/99 |
| L. CARRILLO   W | CCI | SQ | 11-19-02 |

| CDC NUMBER | INMATE/PAROLEE'S NAME | | |
|---|---|---|---|
| H53400 | CASH | | PAGE 1 OF 1 |

STATE OF CALIFORNIA
CDC 262 (12/87)

DEPARTMENT OF CORRECTIONS

## CUSTODY CLASSIFICATION - ASSIGNMENTS

| DATE | TYPE OF COMMITTEE | CUSTODY | CLASS SCORE | ASSIGNMENT | WORK GROUP | PRIV. LEVEL | COMMITTEE ACTION |
|---|---|---|---|---|---|---|---|
| 1-20-05 | UCC | MAX - | 59 | GRADE A | D2 | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 5-12-05 | UCC | Max | 59 | GR A | D2 | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 9-8-05 | UCC | Max | 59 | GR A | D2 | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 12-29-05 | ICC S9 | MAX | 59 TBD | Grade UNASS | U | U | Release to R.C. Refer to Unit for DRB u/u evaluate for DDU and appropriate housing AW O.P. WDNAY |
| 4-18-07 | SQ-R/C ASU ICC | UNCLASS | TBD | SQ R/C SPECIAL PROGRAM | D1 | D | UNIT. 4L CLEAR NO ASU ISSUES NOTED RELEASE TO SQ R/C SPECIAL PROGRAM PENDING DRB ACTION FOR FINAL PLACEMENT. T-LAWSON FAC CAPT |

| COMMENTS | | | RAP SHEET PLACED IN FILE | |
|---|---|---|---|---|
| | | | ☐ CII | ☐ FBI |
| CDC NUMBER H-33400 | INMATE'S NAME CASH | | BY: DATE: | BY: DATE: |

00216

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
262 (12/87)

## CUSTODY CLASSIFICATION — ASSIGNMENTS

| DATE | TYPE OF COMMITTEE | CUSTODY | CLASS SCORE | ASSIGNMENT | WORK GROUP | PRIV. LEVEL | COMMITTEE ACTION |
|------|------|------|------|------|------|------|------|
| -18-01 | UCC | MAX A | 59 | GR A | D₃ | 9 | UCC, 120 DAY REVIEW, IN ABSENTIA, C.P.P.  Y-1 |
| 4-26-01 | UCC | MAX A | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, IN ABSENTIA, C.P.P. |
| 8-23-01 | UCC | MAX A | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 12-20-01 | UCC | MAX A | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 4-18-02 | UCC | MAX | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 8-15-02 | UCC | MAX | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 11/21/02 | SQ ICC | MAX A | 59 | Grade A | D₃ | D | RETURN FROM OTC ReAssign Unit # 1 Full Contact Visits. |
| 3-13-03 | UCC | MAX | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. in Y-1 |
| 7-3-03 | UCC | MAX | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 10-23-03 | UCC | MAX | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |
| 2-19-04 | UCC | MAX | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. REVIEW FOR VISITING Restriction W/MINORS, C/EATE |
| 5-27-04 | SQ ICC | MAX | 59 | 3rd. A | D₂ | D | Prog. Review— CPP. Lattimore, CDW A |
| 9-23-04 | UCC | MAX | 59 | GR A | D₂ | D | UCC, 120 DAY REVIEW, INABSENTIA, C.P.P. |

| COMMENTS | | RAP SHEET PLACED IN FILE | |
|------|------|------|------|
|  |  | ☐ CII | ☐ FBI |
| CDC NUMBER | INMATE'S NAME | BY: | BY: |
|  | DAR... | DATE: | DATE |

00217

STATE OF CALIFORNIA
CDC 262 (12/87)

DEPARTMENT OF CORRECTIONS

## CUSTODY CLASSIFICATION — ASSIGNMENTS

| DATE | TYPE OF COMMITTEE | CUSTODY | CLASS SCORE | ASSIGNMENT | WORK GROUP | PRIV. LEVEL | COMMITTEE ACTION |
|---|---|---|---|---|---|---|---|
| 10/15/97 | UCC | MAX A | 59 | GRD A | D2 | D | 120 Day - CPP |
| 2-11-98 | UCC | MAX A | 59 | GRD A | D2 | D | 120 Day - CPP |
| 2-10-98 | UCC | MAX A | 59 | Grd A | D2 | D | UCC, 120 DAY REVIEW, IN ABSENTIA, C.P.P. |
| 0/7/98 | UCC | Max A | 59 | Grd A | D2 | D | UCC, 120 DAY REVIEW, IN ABSENTIA, C.P.P. |
| 2/3/99 | UCC | MAX A | 55 | Gr A | D2 | D | UCC 120 Day, Abs. CPP 120 day Rev ABS CPP |
| C-8-99 | UCC | MAX A | 59 | Gr A | D2 | D | UCC, 120 DAY REVIEW, IN ABSENTIA, C.P.P. |
| 9-30-99 | UCC | Max A | 59 | Gr A | D2 | D | |
| 1·27·00 | UCC | MAX A | 59 | GR·A | D2 | D | UCC, 120 DAY REVIEW, IN ABSENTIA, C.P.P. |
| 5·25·00 | UCC | MAX A | 59 | GR·A | D2 | D | UCC, 120 DAY REVIEW, IN ABSENTIA, C.P.P. |
| 8/30/00 | SO ICC | MAX A | 59 | Gr A | D2 | D | Full Contact Visits CPP YARD # 1 |
| 9·21·00 | ICC SO | MAX A | 59 | GR·A | D2 | D | UCC, 120 DAY REVIEW, IN ABSENTIA, C.P.P. |

| COMMENTS | | RAP SHEET PLACED IN FILE | |
|---|---|---|---|
| | | ☐ CII | ☐ FBI |
| CDC NUMBER  H53402    INMATE'S NAME  CASH H | | BY: | BY: |
| | | DATE: | DATE |

00218

STATE OF CALIFORNIA
CDC 282 (12/87)

DEPARTMENT OF CORRECTIONS

## CUSTODY CLASSIFICATION — ASSIGNMENTS

| DATE | TYPE OF COMMITTEE | CUSTODY | CLASS SCORE | ASSIGNMENT | WORK GROUP | PRIV. LEVEL | COMMITTEE ACTION |
|---|---|---|---|---|---|---|---|
| 2-24-93 | UCC | MAXA | 59 | GRA | D2 | D | 120 Day Review - CPP abstain please |
| 6-23-93 | UCC 120 Day Rev. | MAX A | 59 | Grade A | D2 | D | 2n absentia - CPP (Gr A) CPP Minimum CCII |
| 10/27/93 | UCC | MAXA | 59 | GRDA | D2 | D | 120 Day Review CPP abstain please |
| 2/23/94 | UCC | MAXA | 59 | GRDA | D2 | D | CPP 120 Day Review (abstain) please |
| 6/29/94 | UCC | MAXA | 59 | GRDA | D2 | D | CPP abstain - please |
| 9/26/94 | UCC | MAXA | 59 | GRDA | D2 | D | CPP abstain - Gr |
| 2/22/95 | UCC | MAXA | 59 | GRDA | D2 | D | CPP abstain - please |
| 6/1/95 | UCC | MAXA | 59 | GRDA | D2 | D | CPP abstain please |
| 9/18/95 | UCC | MAXA | 59 | GRDA | D2 | D | 120 Day Review - CPP please |
| 1/4/96 | UCC | MAXA | 59 | CRDA | D2 | D | 120 Day Review - CPP - please |
| 4/2/96 | UCC | MAXA | 59 | GRDA | D2 | D | 120 Day Review - CPP - please |
| 10/23/96 | UCC | MAXA | 59 | GRDA | D2 | D | 120 Day Review - CPP please |
| 2/19/97 | UCC | MAXA | 59 | GRDA | D2 | D | 120 Day Review - CPP please |
| 6/18/97 | UCC | MAXA | 59 | GRDA | D2 | D | 120 Day - CPP please |

| COMMENTS | | | RAP SHEET PLACED IN FILE | |
|---|---|---|---|---|
| | | | ☐ CII | ☐ FBI |
| CDC NUMBER | INMATE'S NAME | | BY: | BY: |
| | | | DATE: | DATE: |

00219

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 128-B1 (3-88)

## NOTICE OF CLASSIFICATION HEARING

| INMATE NAME | | NUMBER | | DATE |
|---|---|---|---|---|
| CASH | | H-53400 | | April 10, 2007 |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON _____ WITHIN 10 DAYS _____ FOR
CONSIDERATION OF A MAJOR PROGRAM CHANGE AS FOLLOWS:

☐ TRANSFER            ☒ INCREASE IN CUSTODY            ☒ ASSIGNMENT TO SECURITY HOUSING

☒ REMOVAL FROM PROGRAM      ☐ OTHER _____

REASON

RX: CASH  H-53400
TO: 3
FROM: 1-B-16
REASON: CDC 114-D dated: 4/10/07, by D. HURLEY, Correctional Lieutenant

| STAFF NAME | TITLE | INSTITUTION |
|---|---|---|
| D. HURLEY | Correctional Lieutenant | CSP-San Quentin |

ROUTING INSTRUCTIONS: ORIGINAL CLASSIFICATION COMMITTEE    COPY TO INMATE

CDC 128-B-1 (Rev. 4/74)

NAME: CASH          NUMBER: H53400          CELL 1-AC-059S

### Institutional Classification Committee Program Review Notice

You will be scheduled to appear before the Institutional Classification Committee hearing for a Program Review within 10 working days. This appearance may be included as your 90 day progam review. Should you decline to appear at this review, your case will be reviewed by ICC in absentia. The committee will consider your option not to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in compliance with CCR Title 15, section 3375 (e).

WAIVE 72 hours    *Randall Cash*

L. CARRILLO, CCI

cc: Inmate
C-File

12/27/05          CLASSIFICATION HEARING NOTICE          San Quentin State Prison

---

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
                                                            CDC 128-B1 (3-88)

## NOTICE OF CLASSIFICATION HEARING

| INMATE NAME CASH, RANDALL SCOTT | NUMBER H-53400 | DATE 12-23-05 |
|---|---|---|

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON <u>10 DAYS FROM CURRENT DATE</u> FOR CONSIDERATION OF A MAJOR PROGRAM CHANGE AS FOLLOWS:

☐ TRANSFER          ☐ INCREASE IN CUSTODY          X ☐ ASSIGNMENT TO SECURITY HOUSING

☐ REMOVAL FROM PROGRAM     ☐ OTHER _____

REASON:

        FROM: Receiving and Release
          TO:
        REASON: See CDC-114D by J. CELLO          . Correctional Lieutenant dated 12-23-05.
        REFER TO: ICC REVIEW

| STAFF NAME J. CELLO | TITLE Correctional Lieutenant | INSTITUTION San Quentin |
|---|---|---|

ROUTING INSTRUCTIONS: ORIGINAL CLASSIFICATION COMMITTEE    COPY TO INMATE

00221

NAME: CASH                NUMBER: H53400          CELL  5-EB-080S      CDC 128-B-1 (Rev. 4/74)

### UCC 120 DAY REVIEW NOTICE

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days. If you decline to appear at your 120 day review, your case will be reviewed in absentia. The committee will consider your decline to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____

Inmate Signature

                                                                            Inmate declined to appear
                                                                            and refused to sign

I decline to appear at the 120 day review _____

Inmate Signature

                                                                            Staff Signature

*09/06/05*          NOTICE OF CLASSIFICATION HEARING        San Quentin State Prison

---

NAME: CASH                NUMBER: H53400          CELL  5-EB-080S      CDC 128-B-1 (Rev. 4/74)

### UCC 120 DAY REVIEW NOTICE

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days. If you decline to appear at your 120 day review, your case will be reviewed in absentia. The committee will consider your decline to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____

Inmate Signature

                                                                            Inmate declined to appear
                                                                            and refused to sign.

I decline to appear at the 120 day review _____

Inmate Signature

                                                                            Staff Signature

*05/06/05*          NOTICE OF CLASSIFICATION HEARING        San Quentin State Prison

NAME:  CASH          NUMBER:  H53400          CELL  5-EB-080S     CDC 128-B-1 (Rev. 4/74)

### UCC 120 DAY REVIEW NOTICE

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days.  If you decline to appear at your 120 day review, your case will be reviewed  in absentia.  The committee  will consider your  decline to  participate in committee as an  indication  that  you have no concerns regarding  your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____

**Inmate Signature**

I decline to appear at the 120 day review _____

**Inmate Signature**

Inmate declined to appear
and refused to sign.

_____
**Staff Signature**

*01/14/05*          NOTICE OF CLASSIFICATION HEARING          San Quentin State Prison

---

NAME:  CASH          NUMBER:  H53400          CELL  5-EB-080S     CDC 128-B-1 (Rev. 4/74)

### UCC 120 DAY REVIEW NOTICE

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days.  If you decline to appear at your 120 day review, your case will be reviewed  in absentia.  The committee  will consider your  decline to  participate in committee as an  indication  that  you have no concerns regarding  your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____

**Inmate Signature**

I decline to appear at the 120 day review _____

**Inmate Signature**

Inmate declined to appear
and refused to sign.

_____
**Staff Signature**

CDC 128-B-1 (Rev. 4/74)

**NAME:** CASH            **NUMBER:** H53400            CELL  5-EB-080S

### Institutional Classification Committee Program Review Notice

You will be scheduled to appear before the Institutional Classification Committee hearing for a Program Review within 10 working days. This appearance may be included as your 120 day progam review. Should you decline to appear at this review, your case will be reviewed by ICC in absentia. The committee will consider your option not to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in compliance with CCR Title 15, section 3375 (e).

**Mandatory ICC on 05/27/04.**

L. CARRILLO, CCI

cc: Inmate
    C-File

05/24/04            **CLASSIFICATION HEARING NOTICE**            San Quentin State Prison

---

CDC 128-B-1 (Rev. 4/74)

**NAME:** CASH            **NUMBER:** H53400            CELL  5-EB-080S

### *UCC 120 DAY REVIEW NOTICE*

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days. If you decline to appear at your 120 day review, your case will be reviewed in absentia. The committee will consider your decline to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____
                                            Inmate Signature

I decline to appear at the 120 day review _____
                                            Inmate Signature

Inmate declined to appear and refused to sign.

Staff Signature

02/11/04            **NOTICE OF CLASSIFICATION HEARING**            San Quentin State Prison

NAME:  CASH                    NUMBER:  H53400              CELL  5-EB-080S        CDC 128-B-1 (Rev. 4/74)

## UCC 120 DAY REVIEW NOTICE

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days.  If you decline to appear at your 120 day review, your case will be reviewed in absentia.  The committee will consider your decline to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____
                                                    Inmate Signature

I decline to appear at the 120 day review _____
                                                    Inmate Signature

Inmate declined to appear
and refused to sign.
_____
Staff Signature

10/20/03                NOTICE OF CLASSIFICATION HEARING          San Quentin State Prison

---

NAME:  CASH                    NUMBER:  H53400              CELL  5-EB-080S        CDC 128-B-1 (Rev. 4/74)

## UCC 120 DAY REVIEW NOTICE

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days.  If you decline to appear at your 120 day review, your case will be reviewed in absentia.  The committee will consider your decline to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____
                                                    Inmate Signature

I decline to appear at the 120 day review _____
                                                    Inmate Signature

Inmate declined to appear
and refused to sign.
_____
Staff Signature

06/25/03                NOTICE OF CLASSIFICATION HEARING          San Quentin State Prison

00225

CDC 128-B-I (Rev. 4/74)

**NAME:** CASH       **NUMBER:** H53400       CELL  5-EY-041S

### Institutional Classification Committee Program Review Notice

You will be scheduled to appear before the Institutional Classification Committee hearing for a Program Review within 10 working days. This appearance may be included as your 120 day progam review. Should you decline to appear at this review, your case will be reviewed by ICC in absentia. The committee will consider your option not to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in compliance with CCR Title 15, section 3375 (e).


   **L. CARRILLO CCI**

cc: Inmate
    C-File

*11/18/02*                    **GENERAL CHRONO**                    **San Quentin State Prison**

---

**NAME:** CASH       **NUMBER:** H53400       CELL  5-EY-080S       CDC 128-B-I (Rev. 4/74)

### *UCC 120 DAY REVIEW NOTICE*

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days. If you decline to appear at your 120 day review, your case will be reviewed in absentia. The committee will consider your decline to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review  _____
                                   **Inmate Signature**

                                                     Inmate declined to appear
                                                     and refused to sign.

I decline to appear at the 120 day review  _____
                                   **Inmate Signature**                    **Staff Signature**

*03/10/03*               **NOTICE OF CLASSIFICATION HEARING**        **San Quentin State Prison**

CDC 128-B-1 (Rev. 4/74)

NAME:  CASH                    NUMBER:  H53400              CELL  5-EB-098L

### Unit Classification Committee Program Review Notice

You will be scheduled to appear before the Unit Classification Committee hearing for a Program Review within 10 working days. This appearance will be included as your 120 day progam review. Should you decline to appear at this review, your case will be reviewed by UCC in absentia. The committee will consider your option not to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in compliance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____
                                    **Inmate Signature**

                                                    Inmate declined to appear
                                                    and refused to sign.

I decline to appear at the 120 day review _____
                                    **Inmate Signature**                         **Staff Signature**

*04/15/02*            CLASSIFICATION HEARING NOTICE            San Quentin State Prison

---

NAME:  CASH                    NUMBER:  H53400              CELL  5-EB-098S      CDC 128-B-1 (Rev. 4/74)

### *UCC 120 DAY REVIEW NOTICE*

You will be scheduled to appear for your 120 day Unit Classification Committee / Program Review hearing within 10 working days. If you decline to appear at your 120 day review, your case will be reviewed in absentia. The committee will consider your decline to participate in committee as an indication that you have no concerns regarding your current program placement or any issues you request to discuss. This notification is in accordance with CCR Title 15, section 3375 (e).

I request to appear at the 120 day review _____
                                    **Inmate Signature**

                                                    Inmate declined to appear
                                                    and refused to sign.

I decline to appear at the 120 day review _____
                                    **Inmate Signature**                         **Staff Signature**

*08/12/02*            NOTICE OF CLASSIFICATION HEARING            San Quentin State Prison

00227

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 128 A (8-87)

**NAME AND NUMBER** CASH                    H-53400            5-EB-80

On Sunday, September 12, 2004, while working Position #656, East Block  Bayside S&E, I was conducting showers when I removed  Inmate CASH, H-53400, housed in 5EB80 enroute to his cell I stopped to talk to the next person to shower when I heard a loud boom. I turned to see Inmate CASH on his rear end.  I then helped him up and walked him to his cell without incident.  I then asked if he were ok, and attempted to take him over to the Neumillar Infirmary, but he refused. He stated, "I'm a little embarassed but I'm ok.  It's just my right knee cap I fell on."  I could visually see the swelling.  Inmate CASH is aware of this report.

)riginal:   Central File
    cc:    Inmate
           Writer

E. Thompson
Correctional Officer / Second Watch
East Block Condemned Row II/Ad-Seg

September 12, 2004                CSP-SQ

**DATE**

**CUSTODIAL COUNSELING**

00228

STATE OF CALIFORNIA
DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)
CDC 1845 (Rev. 01/04)

DEPARTMENT OF
CHECK ALL APPLIC.

**THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B**

| INMATE NAME: CASH, Scott | CDC NUMBER: H53400 | INSTITUTION: SQ | HOUSING ASSIGNMENT: A5-434 | DATE FORM INITIAT. 6/5/08 |
|---|---|---|---|---|

*Sections A – B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| ☐ Inmate self-identifies to staff    ☐ Third party evaluation request | ☐ Blind/Vision Impaired    ☐ Speech Impaired |
| ☐ Observation by staff    ☐ Medical documentation or Central File information | ☐ Deaf/Hearing Impaired    ☐ Mobility Impaired |

*Sections C - G to be completed by a physician only.*

**SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT**

1. ☐ **FULL TIME WHEELCHAIR USER - DPW**
   Requires wheelchair accessible housing and path of travel.

2. ☐ **INTERMITTENT WHEELCHAIR USER - DPO**
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.

3. ☐ **MOBILITY IMPAIRMENT - With or Without Assistive Device** (Wheelchairs shall not be prescribed) - **DPM**
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.

4. ☐ **DEAF/HEARING IMPAIRMENT - DPH**
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.

5. ☐ **BLIND/VISION IMPAIRMENT - DPV**
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).

6. ☐ **SPEECH IMPAIRMENT - DPS**
   Does not communicate effectively speaking or in writing.

**SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT**

1. NO CORRESPONDING CATEGORY

2. NO CORRESPONDING CATEGORY

3. ☐ **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**
   Walks 100 yards without pause with or without assistive devices.
   ☐ No Housing Restrictions    ☐ See HOUSING RESTRICTIONS in Section E
   ☐ Requires relatively level terrain and no obstructions in path of travel.
   **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____)

4. ☐ **HEARING IMPAIRMENT - DNH**
   With residual hearing at a functional level with hearing aid(s).

5. NO CORRESPONDING CATEGORY

6. ☐ **SPEECH IMPAIRMENT - DNS**
   Does not communicate effectively speaking, but does when writing.

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

**CSR ALERT:**
☐ Requires relatively level terrain and no obstructions in path of travel
☐ Complex medical needs affecting placement    ☐ CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
☐ Cane  ☐ Crutch  ☐ Walker  ☐ Leg/Arm prosthesis  ☐ Vest
☐ Other: _____    ☐ CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
☐ Feeding or Eating  ☐ Bathing  ☐ Grooming  ☐ W/C transferring
☐ Toileting  ☐ Other: _____    ☐ CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
☐ NONE

| CODE | DATED | CODE | DATED |
|---|---|---|---|

**HOUSING RESTRICTIONS:** ☐ Lower bunk  ☐ No stairs  ☐ No triple bunk. CDC 128-C(s) dated: _____

**SECTION F: EXCLUSIONS**

☐ **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability.
(Explain in Comments Section and CDC 128-C dated _____).

☐ **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)

☑ **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): DPM _____. (Explain in Comments Section and CDC 128-C dated: _____.)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

☐ Uses Sign Language Interpreter (SLI)    ☐ Reads Braille    ☐ Communicates with written notes    ☐ Requires large print or magnifier
☐ Reads lips    ☐ NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*
pt has low back pain, sciatica but no known history of functional deficit. neg pt equal in past c̄ no mention functional deficit.

| PHYSICIAN'S NAME (Print) PACHYNSKI | PHYSICIAN'S SIGNATURE | DATE SIGNED 6/5/08 |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) Bratt | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED 6.11.10 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

DISTRIBUTION: Original - Top General Chrono Section of C-File;    Green - Chrono Section, Unit Health Record    Canary - C&PR/

00229

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

None

1. Barrier Free/Wheelchair Access  P / T _____
2. Ground Floor Cell  P / T _____
3. Continuous Powered Generator  P / T _____

4. Bottom Bunk  P / T _____
5. Single Cell (See 128-C date: _____ )  P / T _____
6. Permanent OHU / CTC (circle one)  P / T _____
7. Other  *medical hold*  P / T *3 months*

## B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis  P / T _____
9. Brace  P / T _____
10. Crutches  P / T _____
11. Cane: (type) _____  P / T _____
12. Walker  P / T _____
13. Dressing/Catheter/Colostomy Supplies  P / T _____
14. Shoe: (specify) _____  P / T _____
15. Dialysis Peritoneal  P / T _____

16. Wheelchair: (type) _____  P / T _____
17. Contact Lens(es) & Supplies  P / T _____
18. Hearing Aid  P / T _____
19. Special Garment:
    (specify) _____  P / T _____
20. Rx. Glasses:  P / T _____
21. Cotton Bedding  P / T _____
22. Extra Mattress  P / T _____
23. Other _____  P / T _____

## C. OTHER

None

24. Attendant to assist with meal access  P / T _____
    and other movement inside the institution.

Attendant will not feed or lift the inmate/patient
or perform elements of personal hygiene.

25. Wheelchair Accessible Table  P / T _____

26. Therapeutic Diet: (specify) _____  P / T _____
27. Communication Assistance  P / T _____
28. Transport Vehicle with Lift  P / T _____
29. Short Beard  P / T _____
30. Other _____  P / T _____

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☑ Yes  ☐ No

If yes, specify: _____ *light duty* _____

| INSTITUTION  SQ | COMPLETED BY (PRINT NAME)  *Davy Wu* | TITLE  *MD* |
|---|---|---|
| SIGNATURE  *Davy Wu* | DATE  *3-2-7* | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH: |
| HCM/CMO SIGNATURE | DATE  *3/7/07* | *HS3400* |
| APPROVED (list the number of items approved) | | *Cash, Randall* |
| DENIED (list the number of items denied) | | |

COMPREHENSIVE ACCOMMODATION
CHRONO

CDC 7410 (08/04)

*11-23-59  1B9U*  *badger*

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

00230

Inmate copy not legible

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

INSTRUCTIONS: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

None

1. Barrier Free/Wheelchair Access P / T ______
2. Ground Floor Cell P / T ______
3. Continuous Powered Generator P / T ______
4. Bottom Bunk P / T ______
5. Single Cell (See 128-C date: ______ ) P / T ______
6. Permanent OHU / CTC (circle one) P / T ______
7. Other ______ P / T ______

## B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis P / T ______
9. Brace P / T ______
10. Crutches P / T ______
11. Cane: (type) ______ P / T ______
12. Walker P / T ______
13. Dressing/Catheter/Colostomy Supplies P / T ______
14. Shoe: (specify) ______ P / T ______
15. Dialysis Peritoneal P / T ______
16. Wheelchair: (type) ______ P / T ______
17. Contact Lens(es) & Supplies P / T ______
18. Hearing Aid P / T ______
19. Special Garment: (specify) ______ P / T ______
20. Rx. Glasses: ______ P / T ______
21. Cotton Bedding P / T ______
22. Extra Mattress P / T ______
23. Other ______ P / T ______

## C. OTHER

None

24. Attendant to assist with meal access and other movement inside the institution. P / T ______

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

25. Wheelchair Accessible Table P / T ______
26. Therapeutic Diet: (specify) ______ P / T ______
27. Communication Assistance P / T ______
28. Transport Vehicle with Lift P / T ______
29. Short Beard P / T ______
30. Other ______ P / T ______

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☐ Yes ☐ No

If yes, specify: 90 day medical hold

| INSTITUTION: S.Q. | COMPLETED BY (PRINT NAME): Dr. Sadeghi | TITLE: [illegible] |
|---|---|---|
| SIGNATURE: [signature] | DATE: 12-14-06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH: Cash, R. H53400 1B-40L |
| HCM/CMO SIGNATURE: [signature] | DATE: 12/19/06 | |
| APPROVED (list the number of items approved) | | |
| DENIED (list the number of items denied) | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record Canary - Ce

00231

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

| | | |
|---|---|---|
| 1. Barrier Free/Wheelchair Access P / T _____ | 4. Bottom Bunk | P / T _____ |
| 2. Ground Floor Cell  P / T _____ | 5. Single Cell (See 128-C date: _____ ) | P / T _____ |
| 3. Continuous Powered Generator P / T _____ | 6. Permanent OHU / CTC (circle one) | P / T _____ |
| | 7. Other _____ | P / T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | | |
|---|---|---|---|
| 8. Limb Prosthesis | P / T _____ | 16. Wheelchair: (type) _____ | P / T _____ |
| 9. Brace | P / T _____ | 17. Contact Lens(es) & Supplies | P / T _____ |
| 10. Crutches | P / T _____ | 18. Hearing Aid | P / T _____ |
| 11. Cane: (type) _____ | P / T _____ | 19. Special Garment: | |
| 12. Walker | P / T _____ | (specify) _____ | P / T _____ |
| 13. Dressing/Catheter/Colostomy Supplies | P / T _____ | 20. Rx. Glasses: _____ | P / T _____ |
| 14. Shoe: (specify) _____ | P / T _____ | 21. Cotton Bedding | P / T _____ |
| 15. Dialysis Peritoneal | P / T _____ | 22. Extra Mattress | P / T _____ |
| | | 23. Other _____ | P / T _____ |

### C. OTHER

None

24. Attendant to assist with meal access    P / T _____
and other movement inside the institution.

Attendant will not feed or lift the inmate/patient
or perform elements of personal hygiene.

25. Wheelchair Accessible Table    P / T _____

| | |
|---|---|
| 26. Therapeutic Diet: (specify) _____ | P / T _____ |
| 27. Communication Assistance | P / T _____ |
| 28. Transport Vehicle with Lift | P / T _____ |
| 29. Short Beard | P / T _____ |
| 30. Other _____ | P / T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☐ Yes  ☐ No

If yes, specify: _90 day medical hold_____

| INSTITUTION  S.Q. | COMPLETED BY (PRINT NAME) Dr. sqdrghi | TITLE MD |
|---|---|---|
| SIGNATURE  sqdrghi(M) | DATE 9·28·06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE 9/29/06 | Randall |
| APPROVED (list the number of items approved) | | Cash, H 53 400 |
| DENIED (list the number of items denied) | | |
| COMPREHENSIVE ACCOMMODATION CHRONO | | B1-40L |
| CDC 7410 (08/04) | Distribution: Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate | |

00232

STATE OF CALIFORNIA

SQ RU

DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

1. Barrier Free/Wheelchair Access   P / T _____
2. Ground Floor Cell   P / T _____
3. Continuous Powered Generator   P / T _____
4. Bottom Bunk   P / T _____
5. Single Cell (See 128-C date: _____ )   P / T _____
6. Permanent OHU / CTC (circle one)   P / T _____
7. Other _____   P / T _____

### B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis   P / T _____
9. Brace   P / T _____
10. Crutches   P / T _____
11. Cane: (type) _____   P / T _____
12. Walker   P / T _____
13. Dressing/Catheter/Colostomy Supplies   P / T _____
14. Shoe: (specify) _____   P / T _____
15. Dialysis Peritoneal   P / T _____

16. Wheelchair: (type) _____   P / T _____
17. Contact Lens(es) & Supplies   P / T _____
18. Hearing Aid   P / T _____
19. Special Garment: *Impaired* (specify) *Vision* *vest*   P / T *30dy*
20. Rx. Glasses: _____   P / T _____
21. Cotton Bedding   P / T _____
22. Extra Mattress   P / T _____
23. Other _____   P / T _____

### C. OTHER

None

24. Attendant to assist with meal access and other movement inside the institution.   P / T _____
   Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.
25. Wheelchair Accessible Table   P / T _____

26. Therapeutic Diet: (specify) _____   P / T _____
27. Communication Assistance   P / T _____
28. Transport Vehicle with Lift   P / T _____
29. Short Beard   P / T _____
30. Other _____   P / T _____

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☐ Yes   ☐ No
If yes, specify: _____ S/P Retinal detachment _____

| INSTITUTION CSP – SQ | COMPLETED BY (PRINT NAME) Deprevx | TITLE PA-C |
|---|---|---|
| SIGNATURE | DATE 9-25-06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE *M. E. Williams* | DATE 9/29/06 | CASH, R. |
| APPROVED (list the number of items approved) | | H 53400 |
| | | 1 B 40 |
| DENIED (list the number of items denied) | | 12.12.59 |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

| | | |
|---|---|---|
| 1. Barrier Free/Wheelchair Access | P / T _____ | 4. Bottom Bunk    P / T _____ |
| 2. Ground Floor Cell | P / T _____ | 5. Single Cell (See 128-C date: _____ )    P / T _____ |
| 3. Continuous Powered Generator | P / T _____ | 6. Permanent OHU / CTC (circle one)    P / T _____ |
| | | 7. Other    P / T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | |
|---|---|---|
| 8. Limb Prosthesis | P / T _____ | 16. Wheelchair: (type) _____    P / T _____ |
| 9. Brace | P / T _____ | 17. Contact Lens(es) & Supplies    P / T _____ |
| 10. Crutches | P / T _____ | 18. Hearing Aid    P / T _____ |
| 11. Cane: (type) _____ | P / T _____ | 19. Special Garment: |
| 12. Walker | P / T _____ | (specify) _____    P / T _____ |
| 13. Dressing/Catheter/Colostomy Supplies | P / T _____ | 20. Rx. Glasses: _____    P / T _____ |
| 14. Shoe: (specify) _____ | P / T _____ | 21. Cotton Bedding    P / T _____ |
| 15. Dialysis Peritoneal | P / T _____ | 22. Extra Mattress    P / T _____ |
| | | 23. Other    P / T _____ |

### C. OTHER

None

| | | |
|---|---|---|
| 24. Attendant to assist with meal access and other movement inside the institution. | P / T _____ | 26. Therapeutic Diet: (specify) _____    P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | 27. Communication Assistance    P / T _____ |
| | | 28. Transport Vehicle with Lift    P / T _____ |
| | | 29. Short Beard    P / T _____ |
| 25. Wheelchair Accessible Table | P / T _____ | 30. Other    P / T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?    ☑ Yes    ☐ No

If yes, specify: _____ 30 day medical hold _____

| INSTITUTION S.Q. | COMPLETED BY (PRINT NAME) SADEGHI | TITLE MD |
|---|---|---|
| SIGNATURE _[signature]_ | DATE 8·24·06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE _[signature]_ | DATE 9·14·06 | Cash, R. |
| **APPROVED** (list the number of items approved) | | H53400 |
| **DENIED** (list the number of items denied) | | B1-40L |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record    Canary - Cent. File    Pink - Correctional Counselor    Gold - Inmate

00234

STATE OF CALIFORNIA



DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

| | | | | |
|---|---|---|---|---|
| 1. Barrier Free/Wheelchair Access | P / T _____ | 4. Bottom Bunk | P / T _____ |
| 2. Ground Floor Cell | P / T _____ | 5. Single Cell (See 128-C date: _____ ) | P / T _____ |
| 3. Continuous Powered Generator | P / T _____ | 6. Permanent OHU / CTC (circle one) | P / T _____ |
| | | 7. Other _90 days Medical hold_ | |

### B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | | |
|---|---|---|---|
| 8. Limb Prosthesis | P / T _____ | 16. Wheelchair: (type) _____ | P / T _____ |
| 9. Brace | P / T _____ | 17. Contact Lens(es) & Supplies | P / T _____ |
| 10. Crutches | P / T _____ | 18. Hearing Aid | P / T _____ |
| 11. Cane: (type) _____ | P / T _____ | 19. Special Garment: (specify) _____ | P / T _____ |
| 12. Walker | P / T _____ | 20. Rx. Glasses: _____ | P / T _____ |
| 13. Dressing/Catheter/Colostomy Supplies | P / T _____ | 21. Cotton Bedding | P / T _____ |
| 14. Shoe: (specify) _____ | P / T _____ | 22. Extra Mattress | P / T _____ |
| 15. Dialysis Peritoneal | P / T _____ | 23. Other _____ | P / T _____ |

### C. OTHER

None

| | | | |
|---|---|---|---|
| 24. Attendant to assist with meal access and other movement inside the institution. | P / T _____ | 26. Therapeutic Diet: (specify) _____ | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | 27. Communication Assistance | P / T _____ |
| | | 28. Transport Vehicle with Lift | P / T _____ |
| 25. Wheelchair Accessible Table | P / T _____ | 29. Short Beard | P / T _____ |
| | | 30. Other _90 day hold_ | P / T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☐ Yes  ☐ No

If yes, specify: _____

| INSTITUTION SQ | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE _W. B. Williams_ | DATE 6/12/06 | Cash , R<br>H 53400<br>B1-40L |
| APPROVED (list the number of items approved) | | |
| DENIED (list the number of items denied) | | |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record      Canary - Central File      Pink - Correctional Counselor      Gold - Inmate

STATE OF CALIFORNIA

*RU*  *NCNF*  *8-29-06*

DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

1. Barrier Free/Wheelchair Access  P / T _____
2. Ground Floor Cell  P / T _____
3. Continuous Powered Generator  P / T _____
4. Bottom Bunk  P / T _____
5. Single Cell (See 128-C date: _____ )  P / T _____
6. Permanent OHU / CTC (circle one)  P / T _____
7. Other  P / T _____

### B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis  P / T _____
9. Brace  P / T _____
10. Crutches  P / T _____
11. Cane: (type) _____  P / T _____
12. Walker  P / T _____
13. Dressing/Catheter/Colostomy Supplies  P / T _____
14. Shoe: (specify) _____  P / T _____
15. Dialysis Peritoneal  P / T _____
16. Wheelchair: (type) _____  P / T _____
17. Contact Lens(es) & Supplies  P / T _____
18. Hearing Aid  P / T _____
19. Special Garment: (specify) _____  P / T _____
20. Rx. Glasses: _____  P / T _____
21. Cotton Bedding  P / T _____
22. Extra Mattress  P / T _____
23. Other _____  P / T _____

### C. OTHER

None

24. Attendant to assist with meal access  P / T _____
and other movement inside the institution.

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

25. Wheelchair Accessible Table  P / T _____

26. Therapeutic Diet: (specify) _____  P / T _____
27. Communication Assistance  P / T _____
28. Transport Vehicle with Lift  P / T _____
29. Short Beard  P / T _____
30. Other  *Medical Hold*  P / (T)  *9/8/06*

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☐ Yes  ☒ No

If yes, specify: _____

| INSTITUTION  *SQSP* | COMPLETED BY (PRINT NAME)  *C. Bravel* | TITLE  *P&S* |
|---|---|---|
| SIGNATURE  *(signature)* | DATE  *6/8/06* | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH  *Cash, Randall*  *H53400*  *B1-40L*  *12/23/59* |
| HCM/CMO SIGNATURE  *M. C. Williams* | DATE  *6/12/06* | |
| (APPROVED) (list the number of items approved) | | |
| DENIED (list the number of items denied) | | |

## COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record     Canary - Central File     Pink - Correctional Counselor     Gold - Inmate

00236

*nc n f  4/25/06*
*nc n  5/1/06*

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO *nen 5/13/06*

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

| | | |
|---|---|---|
| 1. Barrier Free/Wheelchair Access P/T _____ | 4. Bottom Bunk | P/T _____ |
| 2. Ground Floor Cell P/T _____ | 5. Single Cell (See 128-C date: _____ ) | P/T _____ |
| 3. Continuous Powered Generator P/T _____ | 6. Permanent OHU / CTC (circle one) | P/T _____ |
| | 7. Other _____ | P/T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | |
|---|---|---|
| 8. Limb Prosthesis P/T _____ | 16. Wheelchair: (type) _____ | P/T _____ |
| 9. Brace P/T _____ | 17. Contact Lens(es) & Supplies | P/T _____ |
| 10. Crutches P/T _____ | 18. Hearing Aid | P/T _____ |
| 11. Cane: (type) _____ P/T _____ | 19. Special Garment: (specify) _____ | P/T _____ |
| 12. Walker P/T _____ | 20. Rx. Glasses: _____ | P/T _____ |
| 13. Dressing/Catheter/Colostomy Supplies P/T _____ | 21. Cotton Bedding | P/T _____ |
| 14. Shoe: (specify) _____ P/T _____ | 22. Extra Mattress | P/T _____ |
| 15. Dialysis Peritoneal P/T _____ | 23. Other | P/T _____ |

### C. OTHER

None

| | | |
|---|---|---|
| 24. Attendant to assist with meal access P/T _____ and other movement inside the institution. | 26. Therapeutic Diet: (specify) _____ | P/T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | 27. Communication Assistance | P/T _____ |
| | 28. Transport Vehicle with Lift | P/T _____ |
| 25. Wheelchair Accessible Table P/T _____ | 29. Short Beard | P/T _____ |
| | 30. Other *Medical Hold* | P/(T) 6/30/06 |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☐ Yes  ☐ No

If yes, specify: _____

| INSTITUTION SQ | COMPLETED BY (PRINT NAME) C. Brown | TITLE MD |
|---|---|---|
| SIGNATURE *(signature)* | DATE 3/29/06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE *(signature)* | DATE 3/30/06 | Cash, Scott  H53400  12/23/59  B1-L01 |
| APPROVED (list the number of items approved) | | |
| DENIED (list the number of items denied) | | |

COMPREHENSIVE ACCOMMODATION
CHRONO

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

00237

STATE OF CALIFORNIA

*mc mf 3/8/06*
*mc mf 5/12/07*
*mf 1/13/08*

DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

| INSTRUCTIONS: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions. |
|---|

### A. HOUSING

None

1. Barrier Free/Wheelchair Access  P/T _____
2. Ground Floor Cell  P/T _____
3. Continuous Powered Generator  P/T _____

4. Bottom Bunk  P/T _____
5. Single Cell (See 128-C date: _____ )  P/T _____
6. Permanent OHU / CTC (circle one)  P/T _____
7. Other *90 day medical hold*  P/T _____

### B. MEDICAL EQUIPMENT/SUPPLIES

None

8. Limb Prosthesis  P/T _____
9. Brace  P/T _____
10. Crutches  P/T _____
11. Cane: (type) _____  P/T _____
12. Walker  P/T _____
13. Dressing/Catheter/Colostomy Supplies  P/T _____
14. Shoe: (specify) _____  P/T _____
15. Dialysis Peritoneal  P/T _____

16. Wheelchair: (type) _____  P/T _____
17. Contact Lens(es) & Supplies  P/T _____
18. Hearing Aid  P/T _____
19. Special Garment: (specify) _____  P/T _____
20. Rx. Glasses: _____  P/T _____
21. Cotton Bedding  P/T _____
22. Extra Mattress  P/T _____
23. Other *90 day medical hold*  P/T _____

### C. OTHER

None

24. Attendant to assist with meal access  P/T _____
and other movement inside the institution.

Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene.

25. Wheelchair Accessible Table  P/T _____

26. Therapeutic Diet: (specify) _____  P/T _____
27. Communication Assistance  P/T _____
28. Transport Vehicle with Lift  P/T _____
29. Short Beard  P/T _____
30. Other *90 day medical hold*  P/T _____

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☐ Yes   ☐ No

If yes, specify: _____

| INSTITUTION | COMPLETED BY (PRINT NAME) *SANFGHI* | TITLE *MD* |
|---|---|---|
| SIGNATURE *Sandighian* | DATE *1-26-06* | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE *2-15-06* | *Cash, R.* |
| APPROVED (list the number of items approved) | | *H 53400* |
| DENIED (list the number of items denied) | | *12-23-59*     *B1-12L* |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record    Canary - Ce

00238

CDC 128C-2 (11/7/01)

*PROVISIONAL*

## RECOMMENDATION FOR ADAPTIVE SUPPORT

Inmate Name __Cash._____ CDC# H5340 Institution _SQ_ Housing _RLe_

### Excluded from Developmental Disability Program (DDP):

**NCF** ☑ Received passing score on cognitive test. No further evaluation needed without referral.

**DD0** ☐ Inmate did not pass or did not take a cognitive test, no adaptive support needs, provisional.
Reevaluate within 120-210 days.

**NDD** ☐ Inmate did not pass or did not take a cognitive test, no adaptive support needs.
No reevaluation needed without referral.

### *Included in DDP:* *Inmate must always have a Staff Assistant in disciplinary hearings, classification committee hearings, and in all contacts involving the use of a CDC Form 114-D (administrative segregation reviews and hearings). In addition:*

**DD1** ☐ Does not usually require prompts to initiate/complete self-care and activities of daily living.
Inmate may need adaptive supports when under unusual stress or in new situations.

**D1A\*** ☐ Same functional ability as DD1.

**DD2\*** ☐ Requires occasional prompts to initiate/complete self-care and activities of daily living.

**DD3\*** ☐ Requires frequent prompts to initiate/complete self-care and activities of daily living.

**\*** *Victimization Concerns: requires housing in a designated DDP building/unit/wing, consistent with other case factors.*

### Justification of DD0 and NDD / Adaptive Support Needs of DD1, D1A, DD2, and DD3:

_____

_____

_____

_____

_____

_____

_____

_____

Check one:  ☐ **Regional Center Consumer**
☐ **May be eligible for Regional Center referral** *(possible onset before age 18)*
☐ **Not eligible for Regional Center referral** *(no developmental disability before age 18)*

| | | | |
|---|---|---|---|
| Mental Health Clinician: _[signature]_ | J. FRIEDMAN, Ph.D. | | 1/20/06 |
| | CLINICAL PSYCHOLOGIST | | |
| Signature | SAN QUENTIN STATE PRISON | Title | Date |
| | Print or stamp name | | |
| (If the above is unlicensed) | | | |
| Licensed Clinician: _____ | _____ | _____ | _____ |
| Signature | Print or stamp name | Title | Date |

| DISTRIBUTION: | ORIGINAL: | Central File | | | | |
|---|---|---|---|---|---|---|
| | COPIES: | Unit Health Record | Assigned CC-I | Housing Unit | I/M Assignment Office | Inmate |
| | | DDP Counselor | C&PR or CC-III | Education File | Work Supervisor | |

**DDP**

00239

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### A. HOUSING

None

| | | | |
|---|---|---|---|
| 1. Barrier Free/Wheelchair Access | P/T _____ | 4. Bottom Bunk | P/T _____ |
| 2. Ground Floor Cell | P/T _____ | 5. Single Cell (See 128-C date: _____ ) | P/T _____ |
| 3. Continuous Powered Generator | P/T _____ | 6. Permanent OHU / CTC (circle one) | P/T _____ |
| | | 7. Other | P/T _____ |

### B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | | |
|---|---|---|---|
| 8. Limb Prosthesis | P/T _____ | 16. Wheelchair: (type) _____ | P/T _____ |
| 9. Brace | P/T _____ | 17. Contact Lens(es) & Supplies | P/T _____ |
| 10. Crutches | P/T _____ | 18. Hearing Aid | P/T _____ |
| 11. Cane: (type) _____ | P/T _____ | 19. Special Garment: | |
| 12. Walker | P/T _____ | (specify) _Vision impaired_ | P/T _permanent_ |
| 13. Dressing/Catheter/Colostomy Supplies | P/T _____ | 20. Rx. Glasses: _vent 1_ | P/T _____ |
| 14. Shoe: (specify) _____ | P/T _____ | 21. Cotton Bedding | P/T _____ |
| 15. Dialysis Peritoneal | P/T _____ | 22. Extra Mattress | P/T _____ |
| | | 23. Other | P/T _____ |

### C. OTHER

None

| | | | |
|---|---|---|---|
| 24. Attendant to assist with meal access and other movement inside the institution. | P/T _____ | 26. Therapeutic Diet: (specify) _____ | P/T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | 27. Communication Assistance | P/T _____ |
| | | 28. Transport Vehicle with Lift | P/T _____ |
| 25. Wheelchair Accessible Table | P/T _____ | 29. Short Beard | P/T _____ |
| | | 30. Other | P/T _____ |

### D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☐ Yes  ☐ No

If yes, specify: _____

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| SA | _Luann Itokua FNP_ | FNP |

| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| _Itokua FNP_ | _12/28/05_ | Cash, Randall |
| HCM/CMO SIGNATURE | DATE | H53400 |
| | | 12/23/59 |
| **APPROVED** (list the number of items approved) | | |
| | | B1 12L |
| **DENIED** (list the number of items denied) | | |

### COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (08/04)

Distribution:
Original - Unit Health Record    Canary - Central File    Pink - Correctional Counselor    Gold - Inmate

00240



INMATE: CASH, RANDALL          CDC NUMBER: H53400          HOUSING: A5 043U

DOB: 12/23/1959

THIS INMATE HAS A CURRENT TB CODE OF **22**

DENNIS DEBIASE RN

RENILLO GULLEM, LVN

CC: C-FILE (ORIGINAL)
MEDICAL FILE

ARRIVAL DATE: 11/28/2007

DATE: 5/1/08          SQ ANNUAL TB CHRONO          CDC-128-C

STATE OF CALIFORNIA        ...NT OF CORRECTIONS

**RECEPTION CENTER MEDICAL CL**      CDC 128 C1 (8/91)

| CDC NUMBER | NAME |
|---|---|
| H53400 | CASH |

**MEDICAL ELIGIBILITY:**

- ☐ FULL DUTY
- ☐ CAMP
- ☐ CCF
- ☒ RESTRICTED (LIGHT DUTY)
- ☐ MEDICALLY UNASSIGNED
  - ☐ LONG TERM
  - ☐ SHORT TERM
- ☐ WELL HANDICAPPED PROGRAM ELIGIBLE
- ☒ FOOD HANDLING
  - ☒ CLEARED
  - ☐ NOT CLEARED

**MEDICAL RESTRICTIONS:**

- ☐ SEIZURE DISORDER
  - DATE OF LAST SEIZURE

OTHER RESTRICTIONS

---

- ☐ CHRONIC INFECTIOUS DISEASE, GROUP I, II, III, IV
- ☐ COMMUNICABLE DISEASE (i.e., TB, HEPATITIS, SYPHILIS)
  - ☐ ROUTINE FOLLOW UP NEEDED
  - ☐ URGENT FOLLOW UP NEEDED
- ☐ HEARING IMPAIRED
  - ☐ HAS HEARING AID    ☐ NEEDS H AID
- ☐ BLIND    ☐ SERIOUS VISION PROBLEM
- MEDICATION ALLERGIES:    ☐ NO    ☐ YES

- ☐ DIABETIC    ☐ ORAL    ☐ INJECTION
- ☐ RESPIRATORY (i.e., ASTHMA)
  - ☐ MEDICATION REQUIRED
- ☒ HEART DISEASE / HYPERTENSION
  - ☐ MEDICATION REQUIRED
- ☐ ORTHOPEDIC PROBLEM, DEBILITATING
  - ☐ LOWER BUNK NEEDED
  - ☐ LOWER TIER NEEDED

---

- ☐ MOBILITY IMPAIRED:
  - ☐ PARAPLEGIC    ☐ QUADRAPLEGIC
  - ☐ WHEELCHAIR    ☐ WALKER
  - ☐ CANE
  - ☐ AMPUTEE
    - ☐ LEGS    L    R
    - ☐ ARMS    L    R
  - ☐ PROSTHESIS
    - ☐ FULL    ☐ PARTIAL

- ☐ PSYCHIATRIC CONDITION
  - ☒ CLEARED    ☒ NEEDS EVAL
  - ☐ PSYCHIATRIC MEDICATION NEEDED
    - ☐ YES    ☐ NO

- ☒ DENTAL CLASS: 1 2 ③ 4 5
  - DPC
  - ☐ FOLLOW UP NEEDED: 5-17-07
    - ☒ ROUTINE    ☐ URGENT

- ☐ PREGNANT    TRIMESTER: 1 2 3

---

DISTRIBUTION:
ORIG - C-FILE    COPY - CDC HEALTH RECORD
COPY - CC I    COPY - INMATE

| INSTITUTION | PHYSICIAN'S SIGNATURE AND TITLE | DATE |
|---|---|---|
| SQ | Daughlin MD | 5-22-7 |

Reception Center _____ C8 _____

~~ON INFORMATION CHRO~~     12     DEPARTME~~
NCNF 06/25/07

MENTAL HEALTH SCREENING

NAME: _Cash_     CDC #: _H53400_     HOUSING _5D1_

☑ This inmate has completed a routine mental health screening and is:
☐ Cleared for general population (no restrictions).  ☑ Referred for further evaluation.  ☐ Referred for crisis care.
☐ Able, but unwilling to participate in clinical assessment.

☐ This inmate was interviewed after ☐ staff ☐ self  referral on ___/___/___, and the following action was taken:
☐ Cleared for continued programming.  ☑ Referred for further evaluation.
☐ Other: _____

☐ This inmate is non English speaking. Primary language: _____

_Cunningham_ _5577_     _C___ _84107_
Clinician's Name        Phone / Extension          Clinician's Signature          Date

Q3280

---

ANNUAL TB TESTING CHRONO          California Department of Corrections and Rehabilitation

CDCR #: H53400          Housing: 1  B  009

CASH

INMATE ALERT CODE  **22**

                                              _____
                                              Signature

EALTH RECORD
MATE
L

8/12/07     CALIFORNIA STATE PRISON, SAN QUENTIN          MEDICAL

00243

_a_s_h         NUMBER  _H 53 400_  HOUSING    SQ    Level
                                                    1V         CDC 128-C

TB TESTING CHRONO                                   13/2

E ALERT CODE

Health Record                                       P.H.N.
Inmate

San Quentin                              MEDICAL

---

tion Center  S. Q.                 MENTAL HEALTH SCREENING
e: _Lb3A_                   CDC # _H 53400_         HOUSING:

is inmate has completed a routine mental health screening and is:
☑ Cleared for general population (no restrictions).   ☐ Referred for further evaluation.   ☐ Referred for crisis care.
☐ Able, but unwilling to participate in clinical assessment.

is inmate was interviewed after ☐ staff ☐ self referral on _____ and the following action was taken:
☐ Cleared for continued programming.   ☐ Referred for further evaluation.
☐ Other: _____

inmate is non English speaking. Primary language: _____

_v, cdmun_                                           1 -26
's Name              Phone / Extension          Clinician's Signature          Date

00244

(41)

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. SQSP
2. _____

Log No 08-01262
1. SQ-07-03367
2. _____

Category B

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: RANDALL S. CASH    NUMBER: H53400    ASSIGNMENT: RECEPTION    UNIT/ROOM NUMBER: 5A43U

A. Describe Problem: TEN DAYS AGO I PUT IN A MTA SLIP TO RENEW MY HIGH BLOOD PRESSURE MEDICATION, NORVASC 10MG AND MY PAIN MANAGEMENT MEDS- NAPROXEN 500MG BID AND TYLENOL III 30mg/300/mg BID. I MUST TAKE MY NORVASC FOR HIGH BLOOD PRESSURE AND I AM ON CHRONIC CARE- PAIN MANAGEMENT FOR BACK PAIN - 4 HERNIATED DISCS AND SCIATICA. IT HAS BEEN SINCE DECEMBER SINCE I WAS SEEN BY DR PACHYNSKY I AM SUPPOSED TO BE CHECKED MONTHLY. I HAVE A 602 AT DIRECTORS' LEVEL ON PAIN MANAGE- MENT MEDICATION - TYLENOL III IS NOT STRONG ENOUGH FOR NERVE DAMAGE PAIN

If you need more space, attach one additional sheet.

B. Action Requested: RENEW MY NORVASC 10MG FOR HIGH BLOOD PRESSURE ASAP! ALSO RENEW MY PAIN MANAGEMENT MEDS- TYLENOL III + NAPROXEN AT LEAST UNTIL THE DIRECTORS' LEVEL 602 COMES BACK FROM SACRAMENTO THANK YOU

Inmate/Parolee Signature: Randall S. Cash H53400    APR 15 REC'D    Date Submitted: 4-09-08

C. INFORMAL LEVEL (Date Received:    HEALTH CARE    )

Staff Response:    APR 16 2008    I reviewed your above con- cerns & it was granted. Based on your chart, Dr. Pachynski renewed your Norvasc 10mg P.O. daily & Naprosyn 500mg P.O. ex Rx day ex 4-11-08. In the meantime, I would suggest to add you on the list to check B.P. weekly.

Staff Signature: B. Macariola, RN    4-24-08    Date Returned to Inmate: APR 28 2008

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

The Norvasc & Naproxen were refilled finally after a month. However the pain manage- ment Medication - Tylenol III 30/300 BID has not yet been refilled, & have not yet been seen by Dr. Pachynski even after 3 MTA requests. I effectively am not receiving any pain management medication for 4 herniated discs & sciatica, & am in extreme pain

Signature: Randall S. Cash H53400    Date Submitted: 4/30/08

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

SQ-07-03367
MAY 05 REC'D

00245

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ ___

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **MAY 0 5 2008**   Due Date: **JUN 1 7 2008**

Interviewed by: _____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Returned
Division Head Approved: _____
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date:    November 19, 2007

To:    **CASH, H53400**

From:    San Quentin State Prison (SQ)

Subject:    SECOND LEVEL APPEAL RESPONSE
LOG NO. CSQ-4-07-03367

### ISSUE:

You state that you had an MRI on September 7, 2006. You have been on pain management for chronic pain due to herniated discs, bone spurs causing severe sciatica in the right hip and leg. You have started on corticosteroid treatments at UCSF. You were receiving Methadone 10 mg twice a day from January, 2007 to July 20, 2007. You were cut off Methadone without any warning or tapering. You were given Tylenol #3 which is ineffective.

You request to receive Methadone as prescribed by Dr. Wu and UCSF.

<u>INTERVIEWED BY:</u>  B. Hansen on September 27, 2007

Your Unit Health Record (UHR) and all submitted documentation and supporting information has been considered, including the interview at the First Level of Review (FLR).

Your appeal was partially granted at the FLR and the response at the FLR is as follows: *"We talked about the medication Methadone being non-formulary and the Tylenol #3, three tabs twice a day being the maximum due to liver damage. You also voiced your concern being that your condition is chronic and the medication not helping enough. You talked about other pain management ways, physical therapy and steroid shots. You are encouraged to discuss this with your doctor at your next visit."*

In requesting a Second Level Review, you state: *"I have now had 2 corto-steroid [sic] treatments at UCSF 5/07 and 10/05/07. I have been thru physical therapy here at SQ. Neither has relieved the pain I am constantly in. Even the doctors who treated me at UCSF told me that codeine 3 x 3 is not an appropriate medication. I need something as ordered by UCSF."*

<u>**SECOND LEVEL RESPONSE:**</u> Upon review of your Unit Health Record it was noted that on April 23, 2007, you were seen by Dr. Wu for persistent low back pain that occasionally radiates to your right knee. He ordered Methadone 10 mg twice a day for pain.

00247

San Quentin State Prison
Appeal CSQ- 4-07-03367
Cash, H53400
Page 2

On May 4, 2007, an epidural injection was performed at UCSF. Dr. M. Henry recommended Methadone 20 mg twice a day, Cymbalta 500 mg daily and to continue Tramadol, Naprosyn and Flexeril. The plan was for you to return to UCSF in three months. On May 15, 2007 and May 22, 2007, you were seen by Dr. Wu for a follow up. He acknowledged the UCSF consultant's recommendation; however, he did not think that you need all these medications. He renewed Methadone 10 mg twice a day and added Cymbalta 30 mg daily.

On June 22, 2007, you informed Dr. Wu that the symptoms were unchanged. On July 23, 2007, you informed him that Cymbalta was making your stomach upset. At that time, he discontinued the Cymbalta. You were prescribed Tylenol #3 two tablets a day and you were referred to UCSF for a second injection. Methadone was not renewed. On August 9, 2007, you reported that Tylenol #3 gives you slight relief. He increased the Tylenol #3 to three tablets twice a day. You were seen on November 9, 2007 by Dr. Wu. You reported some improvement after the second epidural injection. Dr. Wu reduced the Tylenol #3 to one tablet twice a day.

On December 4, 2007, you were seen by Dr. Pachynski at which time she added Naprosyn 500 mg twice a day for pain. She also referred you for a right hip x-ray. You were referred to the pain management specialist and are scheduled within a few weeks.

**DECISION:** For the reasons cited above, your appeal is **partially granted** in that you were evaluated by your primary care provider. Your physician has considered your medical condition and prescribed the appropriate treatment.

You are encouraged to use the sick call process by completing a Request for Health Services (CDC 7362) to request an appointment with a clinician to address your concerns. These forms are available from medical staff and are also in the housing units. If you are not satisfied with the medical care you are provided at California State Prison – San Quentin, you are encouraged to utilize the inmate appeals process, which is described in the California Code of Regulations, Title 15. This process is an integral part of the administrative remedies available for the inmates to resolve issues concerning any departmental decision, action, condition, or policy that they can demonstrate has had an adverse effect upon their welfare.

You are advised that this issue may be submitted for a Director's Level of Review if desired.

R. KANAN, MD
Chief Medical Officer (A)
San Quentin State Prison

RK: co

cc: Appeal File
    Central File

00248

San Quentin State Prison
Appeal CSQ- 4-07-03367
Cash, H53400
Page 3

<u>REGULATIONS:</u>  The rules governing this issue are:

**California Code of Regulations, Title 15, Section (CCR) 3350. Provision of Medical Care and Definitions.**

(a) The department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. Treatments for conditions which might otherwise be excluded may be allowed pursuant to section 3350.1(d).

(b) For the purposes of this article, the following definitions apply:

(1) Medically Necessary means health care services that are determined by the attending physician to be reasonable and necessary to protect life, prevent significant illness or disability, or alleviate severe pain, and are supported by health outcome data as being effective medical care.

**CCR 3354.  Health Care Responsibilities and Limitations.**

(a) Authorized Staff. Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted, within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates. No other personnel or inmates may do so.

00249

CHIEF MEDICAL OFFICER
7/30/07

Co

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region              Log No.                    Category
1.  SAN QUENTIN          1.  07-03367                        8

2. _____              2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken.

NAME  RANDALL S. CASH    NUMBER  H53400   ASSIGNMENT  UN-ASSIGNED   UNIT/ROOM NUMBER  5A43U

A. Describe Problem: I have been in the Reception Center for 19 months now awaiting endorsement. Since an MRI was done here at San Quentin on 9-07-06 I have been on pain management for chronic pain due to herniated discs, bone spurs causing severe sciatica in right hip and leg. I have also started corto-steroid treatments at UCSF. The only medication I have been given that even remotely relieves this caliber of pain I am constantly in is Methadone. I have taken Methadone 10mg BID from January 3,07 - July 20,07 only to be cut off with no warning and tapering off, and replaced by ineffectual Tylenol 3

If you need more space, attach one additional sheet.

B. Action Requested: Just because the in house pharmacy no longer inventories a drug doesn't mean it can not be special ordered when prescribed. My medication Duloxetine is special ordered from an outside pharmacy. So can my prescribed Methadone. Restore my Methadone as prescribed by Dr. Wu and UCSF

Inmate/Parolee Signature: Randall S. Cash   H53400    Date Submitted: 7/30/07

RECD JUL 31 2007

C. INFORMAL LEVEL (Date Received:                  )

Staff Response: At this time your request is being denied due to the recent changes in pharmacy. Methadone is no longer a formulary drug so therefore will no longer will be prescribed/provided at San Quentin. Although it is understood that you need another medication prescribed that is formulary to treat your medical condition, therefore you will be scheduled to see Dr. Wu on to address this problem.

Staff Signature: S. Williams, RN              Date Returned to Inmate: 8-3-07

D. FORMAL LEVEL

AUG 08 2007

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

On Thursday 8-09-07 I saw Dr. Wu about my medication. The only medication he had to offer is Codeine III x3 BID. Though I do realize the policy change in medication I should not be forced too be in constant pain of this caliber all the time Codeine III does not replace Methadone

Signature: Randall S. Cash   H53400         Date Submitted: 8-13-07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

AUG 15 REC'D

First Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____    **SEP 27 2007**

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **AUG 15 2007** _____ Due Date: _____

Interviewed by: B. Hansen RN on 9-27-07. We talked about the medication Methadone being a Non formulary and that the tyl #3 iii tabs twice a day being the maximum due to potential liver damage. You also voiced your concern being that your condition is chronic and the medication not helping enough. You talked about other pain management ways helping enough. You talked about other pain management ways physical therapy cord steroid shots. You are encourage to discuss this with your docter as your next month visit. Appeal partially granted.

Staff Signature: B Hansen RN    Title: Registered Nurse    Date Completed: OCT 8 2007 / Returned OCT 02 REC'D

Division Head Approved: [signature]    Title: Don 10/1/07    Date to Inmates: _____

Signature: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I have now had 2 cortio-steroid treatments at UCSF. 5/07 and 10/05/07 I have been thru Physical Therapy here at SQ. Neither have relieved the pain. I am constantly in. Even the doctor who treated me at UCSF told me that Codiene 3 x 3 BID is not an appropriate medication. I need something

Signature: [signature] Frank Pack #T53800    Date Submitted: OCT 15 2007 OCT 1 8 REC'D

Second Level  ☐ Granted  ☒ P. Granted  ☒ Denied  ☒ **OCT 12 2007**    Due Date: **NOV 0 9 2007**

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **OCT 12 2007**
☒ See Attached Letter

Signature: [signature] RN 11/19/07    Date Completed: _____

Warden/Superintendent Signature: [signature] 12/27/07    Date Returned to Inmate: 0 3 REC'D

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter    Date: _____
CDC 602 (12/87)

REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL

MEDICAL PROBLEM

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

PAIN MANAGEMENT :

FRIDAY OCTOBER 5, 2007 @ 8:00 AM: .
REQUESTING MD:DR. WU
DR. TO BE SEEN:DR. LEE

NATURE AND IMMEDIACY OF SERVICE:    ☐ MANDATORY    ☐ EMERGENCY    ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED
UCSF 2255 POST. SF.    POC:LOUISE 885-7246

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?
SPECIAL TREATMENT NOT AVAILABLE AT S.Q.    PREPS:NPO MIDNIGHT DAY PRIOR TO
PROCEDURE MAY TAKE MEDS WITH
SIP OF WATER.

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):    ☒ UNIVERSAL ☐ RESPIRATORY    ☐ ENTER

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 5 DAYS)
2.2 HOURS

SIGNATURE OF CHIEF MEDICAL OFFICER                                DATE SIGNED
RENEE KANAN, M.D.    HEALTH CARE MANAGER (A)

CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)

| OFFENSE | TERM | RELEASE DATE. | CUSTODIAL CLASSIFICATION |
|---|---|---|---|
| MURDER FIRST | LIFE WITHOUT | N/A. | ☐ MAXIMUM  ☐ MEDIUM |
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | |
| ALAMEDA COUNTY | 10/20/92 | CONFORMING | High |

REMARKS
Priors: (92) ATTEMPTED MURDER/USE OF FIREARMS

CDC115s: NONE NOTED

Notes:    SENTENCED CHANGED FROM DEATH TO LIFE WITHOUT POSSIBLE PAROLE ON NOVEMBER 17,2005.

SIGNATURE OF ASSOCIATE WARDEN
Associate Warden, Unit II    DATE SIGNED  10-3-07

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:    ☐ APPROVED    ☐ DENIED    CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

SPECIAL CONDITIONS:
I.O'S "B", "LWOP"INMATE, TWO OFFICERS, WEAPONS AND    CASH, RANDALL  H53400:
RESTRAINTS REQUIRED. TO BE UNDER CLOSE AND CONSTANT    DOB:12/23/1959
SUPERVISION AT ALL TIMES.

WARDENS SIGNATURE                    DATE SIGNED        FACILITY
Chief Deputy Warden    10/3/07    San Quentin

## REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

CDC 7252 (3/93)
STATE OF CALIFORNIA                                DEPARTMENT OF CORRECTIONS

vb

STATE OF CALIFORNIA

**REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT**

CDC 7252 (3/93)

DEPARTMENT OF CORRECTIONS

## PRECAUTION INSTRUCTION DEFINITIONS

**UNIVERSAL PRECAUTIONS:**

Precautions that should be adhered to at all times. Universal precautions were developed to protect individuals from exposure to non-intact skin and other mucous membranes (e.g., mouth, eyes) from body fluids known to harbor infectious agents, such as HIV or Hepatitis.

*Procedure:*   Wear protective barriers such as gloves, gowns, masks or face shields when blood and other body fluids are present. Examples of body fluids considered to be infectious include blood, bloody body secretions, semen, vaginal secretions, tissue, spinal fluid, and joint fluid.

*Example:*   Wear gloves when assisting a patient with a bleeding finger.

**RESPIRATORY PRECAUTIONS:**

Precautions that should be adhered to when patients with air borne illnesses are being transported. Persons acquire air borne illnesses by breathing air that has been contaminated with an infectious germ, such as Tuberculosis, Measles, Chicken Pox, etc.

*Procedure:*   Respiratory precautions include placement of patients in respiratory isolation room with special ventilation characteristics. When the patient must leave the room, other precautions must be followed. The patient and all others in the same room must wear Particulate Respirator (PR) masks. PR masks are specifically designed to filter out small particles. PR masks must fit tightly around the face for a proper seal.

*Example:*   A patient with Tuberculosis may require transportation to an outside hospital. The transport team and the patient must all wear PR masks.

**ENTERIC PRECAUTIONS:**

Enteric precautions are indicated when patients are infected with germs transmitted into the stool.

*Procedure:*   Gloves and gowns must be worn when in contact with stool material from a person on enteric precautions.

**FOR ANY QUESTIONS CONCERNING ABOVE PRECAUTIONS, CONTACT THE MEDICAL DEPARTMENT.**

00253

REASON REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL

MEDICAL PROBLEM

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

OPHTHALMIC CONSULT :

WEDNESDAY NOVEMBER 28, 2007 @ 2:15 PM :
REQUESTING MD: DR. WU
DR. TO BE SEEN: DR. STEWART

NATURE AND IMMEDIACY OF SERVICE :   ☐ MANDATORY   ☐ EMERGENCY   ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED

UCSF 400 PARNASSUS AVE 7 FL.     POC: RENE 353-2800

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

SPECIAL TREATMENT NOT AVAILABLE AT S.Q.     PREPS: MEDICAL RECORDS/MED PROFILE.

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):   [X] UNIVERSAL ☐ RESPIRATORY   ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 8 DAYS)
2-3 HOURS

SIGNATURE OF CHIEF MEDICAL OFFICER   *Check Day*   HEALTH CARE MANAGER (A)   DATE SIGNED
RENEE KANAN, M.D.

CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)

| OFFENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION | | |
|---|---|---|---|---|---|
| MURDER FIRST | LIFE WITHOUT | N/A | ☐ MAXIMUM *unclassified* ☑ MEDIUM | | ☐ MINIMUM |
| COMMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | | | ESCAPE RISK |
| ALAMEDA COUNTY | 10/20/92 | CONFORMING | | | High |

REMARKS
Priors:     (92) ATTEMPTED MURDER/USE OF FIREARMS

CDC115s:  NONE NOTED

Notes:     SENTENCED CHANGED FROM DEATH TO LIFE WITHOUT POSSIBLE PAROLE ON NOVEMBER 17,2005.

SIGNATURE OF ASSOCIATE WARDEN   DATE SIGNED
Associate Warden, Unit II                              11/6/2007

UNDER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN
WHICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

REQUEST:   [✓] APPROVED   ☐ DENIED

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
CASH, RANDALL H53400 :
DOB: 12/23/1959

SPECIAL CONDITIONS:
CLO'S "B", "LWOP" INMATE, TWO OFFICERS, WEAPONS AND
RESTRAINTS REQUIRED. TO BE UNDER CLOSE AND CONSTANT
SUPERVISION AT ALL TIMES.

*SA 9 S*

WARDEN'S SIGNATURE   DATE SIGNED   FACILITY   SQ
Chief Deputy Warden   11/19/07   San Quentin

vb

**REQUEST FOR AUTHORIZATION OF TEMPORARY
REMOVAL FOR MEDICAL TREATMENT**

CDC 7252 (3/93)
STATE OF CALIFORNIA                              DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:   AUG 2 4 2007

In re: Randall Cash, H53400
California State Prison, San Quentin
San Quentin, CA 94964

IAB Case No.:        Local Log No.: SQ-07-00992
0701195

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner A. F. Caton, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I  APPELLANT'S ARGUMENT:**    It is the appellant's position that an ophthalmologist at San Quentin State Prison (SQ) performed cataract surgery and lens implant on his eyes and he cannot see very well and his visual acuity is degrading. He states that the vision in his right eye is distorted and he has no depth of perception and that there is blood blocking his vision. The appellant requests another surgery by another ophthalmologist to correct errors from the previous surgery

**II  SECOND LEVEL'S DECISION:** The reviewer found that Ophthalmologist Dr. Sadighi performed surgery on May 3, 2006, and the appellant developed retinal detachment about four months later. The appellant was referred to a retinal specialist who operated on it successfully. On August 9, 2006, Dr. Sadighi performed cataract surgery on the appellant's left eye; the post operation course was fine and the appellant's vision was 20/40 in the left eye. On August 31, 2006, Dr. Sadighi performed additional surgery because the appellant's iris was prolapsed through the corneal incision, his pupil was irregular, and he had hemorrhage on the lid of his right eye. According to Dr. Sadighi, the appellant claimed to have injured his left eye horse playing sometime before August 31, 2006. Dr. Sadighi evaluated the appellant on April 5, 2007, and his condition was stable. Health care providers informed the appellant that pursuant to California Code of Regulations, Title 15, Section (CCR) 3354(c), he has the option of selecting a private consultant to treat his condition at his own expense.

**III DIRECTOR'S LEVEL DECISION:** Appeal is denied.

RANDALL CASH, H53400
CASE NO. 0701195
PAGE 2

**A. FINDINGS:**    In elevating the appeal to the Director's Level, the appellant states that Dr. Sadighi dropped a ring from the laser tool into his eye during the May 3, 2006, surgery and the laser burned a hole into the iris.   The appellant also attributes the retinal detachment to the accident with the laser tool.   According to the appellant, the outside specialist who performed the retina surgery removed the ring from the laser instrument from his eye and was critical of Dr. Sadighi for using the technique he used and for leaving the ring in his eye.

During a phone call SQ Health Care Appeals Coordinator (HCAC) Oliver reported that the appellant received eyeglasses and still complained of double vision in his right eye and blurry vision in his left eye.   On August 22, 2007, HCAC Oliver reported that Health Care Manager (HCM) Dr. Kanan will instruct the appellant's primary care physician to schedule him for consultation with another ophthalmologist.

This review finds that the HCM's decision provides relief to the appellant's concern; therefore, there is no need for relief at the Director's Level of Review.

**B. BASIS FOR THE DECISION:**
CCR: 3350, 3350.1, 3354

**C. ORDER:**  No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:   Warden, SQ
      Health Care Manager, SQ
      Appeals Coordinator, SQ
      Medical Appeals Analyst, SQ

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SAN QUENTIN | 07-00992 | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

5-A-43
Hou

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| RANDALL S. CASH | H53400 | | | 1B-09L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: VISION IMPAIRED - LEGALLY BLIND

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY? MEDICAL FILE - HAD 5 EYE SURGERIES (BOTH EYES) SINCE MAY '06.

DESCRIBE THE PROBLEM: IN GOOD FAITH I ALLOWED DR. SADEGHI (S.Q. OPTHAMOLOGIST) TO PERFORM CATARACT AND LENS IMPLANT SURGERY ON BOTH OF MY EYES WITH THE IMPRESSION I WOULD BE ABLE TO SEE AFTER SURGERY. I CAN NOT SEE NOW AND MY VISION IS DEGRADING NOT IMPROVING. MY RIGHT EYE MORE SO I HAVE DISTORTION (HORIZONTAL COMPRESSION) AND NO DEPTH PERCEPTION. MY MEDICAL HOLD RUNS OUT ON 3-19-07 AND DR. SADEGHI IS NOT DOING ANY FURTHER TREATMENT

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? I WANT ANOTHER EYE SURGEON/OPTHALMOLOGIST TO TREAT ME AND HOPEFULLY FIX WHAT DR. SADEGHI HAS DONE TO MY EYES. I HAVE A HOLE IN MY RIGHT IRIS NOW AND THERE IS A BLOOD BLOCKING MY VISION IN THAT EYE AS WELL, LEFT EYE IS MARGINAL. I AM A LWOP RAISING GOING TO A 180-LEVEL 4 AND I CAN'T SEE TO PROTECT MYSELF OR SEE WHERE I AM GOING.

*Randall S. Cash*

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED 3-08-07 |
|---|---|

MAR 1 2 REC'D

00257

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No    Category
1. _SAN QUENTIN_    1. _CSQ-4-07-00992_    _18. ADA_
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME _RANDALL S. CASH_    NUMBER _H53400_    ASSIGNMENT _RECEPTION_    UNIT/ROOM NUMBER _1 BADGER 16_

A. Describe Problem: _SEE (E₁)_

If you need more space, attach one additional sheet.

B. Action Requested:

Inmate/Parolee Signature: _____    Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____)

Staff Response:

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED JUL 27 2007 INMATE APPEALS BRANCH

RECEIVED JUN 29 2007 INMATE APPEALS BRANCH

00258

Job CHIEF MEDICAL OFFICER
5/30/07                                                    Cb

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**        Location: Institution/Parole Region    Log No.        Category  C
**APPEAL FORM**           1. SAN QUENTIN      1. 07-03367
CDC 602 (12/87)           2. _____      2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| RANDALL S. CASH | H53400 | UN-ASSIGNED | 5A43L |

A. Describe Problem: I have been in the Reception Center for 19 months now awaiting endorsement. Since an MRI was done here at San Quentin on 9-07-06 I have been on pain management for chronic pain due to herniated discs bone spurs causing severe sciatica in right hip and leg. I have also started cortico-steroid treatments at UCSF. The only medication I have been given that even remotely relieves this caliber of pain I am constantly in is Methadone. I have taken Methadone 10mg BID from January 3,07 - July 20,07 only to be cut off with no warning no tapering off, and replaced by ineffective Tylenol?

If you need more space, attach one additional sheet.

B. Action Requested: Just because the in house pharmacy no longer inventories a drug doesn't mean it can not be special ordered when prescribed. My medication Duloxetine is special ordered from an outside pharmacy. So can my prescribed Methadone. Restore my Methadone as prescribed by Dr. Wu and UCSF

Inmate/Parolee Signature: Randall S Cash  H53400    Date Submitted: 7/20/07

RECD JUL 31 2007

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: At this time your request is being denied due to the recent changes in pharmacy. Methadone is no longer a formulary drug so therefore will no longer will be prescribed/provided at San Quentin. Although it is understood that you need another medication prescribed that is formulary to treat your medical condition, therefore you will be scheduled to see Dr. Wu on to address this problem.

Staff Signature: S. Williams, RN    Date Returned to inmate: 8-3-07

AUG 08 2007

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

On Thursday 8-09-07 I saw Dr Wu about my medication. The only medication he had to offer is Codeine III x3 BID. Though I do realize the policy change in medicine I should not be forced to be in constant pain of this caliber all the time. Codeine III does not replace Methadone

Signature: Randall S Cash  H53400    Date Submitted: 8-13-07

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

AUG 15 REC'D

00259

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days). Date assigned: **AUG 1 5 2007**    Due Date: **SEP 2 7 2007**

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____    Returned _____

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☑ Granted    ☐ P. Granted    ☐ Denied    ☑ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days). Date assigned: _____    Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter    Date: _____

CDC 602 (12/87)

00260

WITH MEDICAL OFFICER
5/30/07

STATE OF CALIFORNIA

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region
1. San Quentin    2. _____

Log No.
1. 07-03367    2. _____

Category _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: RANDALL S. CASH    NUMBER: H53400    ASSIGNMENT: UN-ASSIGNED    UNIT/ROOM NUMBER: 5AH3L

A. Describe Problem: I have been in the Reception Center for 19 months now awaiting endorsement. Since an MRI was done here at San Quentin on 9-07-06 I have been on pain management for chronic pain due to herniated discs bone spurs causing severe sciatica in right hip and leg. I have also started corto-steroy treatments at UCSF. The only medication I have been given that even remotely relieves this caliber of pain I am constantly in is Methadone. I have taken Methadone 10mg BID from January 3, 07 - July 20, 07 only to be cut off with no warning and tapering off, and replaced by ineffective Tylenol 3

If you need more space, attach one additional sheet.

B. Action Requested: Just because the in house pharmacy no longer inventories a drug doesn't mean it can not be special ordered when prescribed. My medication Dilore this is special ordered from an outside pharmacy. So can my prescribed Methadone. Restore my Methadone as prescribed by Dr Wu and UCSF

Inmate/Parolee Signature: Randall S. Cash  H53400    Date Submitted: 7/20/07

RECD JUL 3 1 2007

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: At this time your request is being denied due to the recent changes in pharmacy. Methadone is no longer a formulary drug so therefore will no longer will be prescribed/provided at San Quentin. Although it is understood that you need another medication prescribed that is formulary to treat your medical condition. Therefore you will be scheduled to see Dr. Wu on to address this problem.

Staff Signature: S. Williams, RN    Date Returned to Inmate: 8-3-07

AUG 08 2007

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

On Thursday 8-09-07 I saw Dr Wu about my medication. The only medication he had to offer is Codeine III x3 BID. Though I do realize the policy change in medication I should not be forced to be in constant pain this caliber all the time. Codeine III does not replace Methadone

Signature: Randall S. Cash  H53400    Date Submitted: 8-13-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

AUG 1 5 REC'D

00261

First Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **AUG 1 5 2007**   Due Date: **SEP 2 7 2007**

Interviewed by: _B Hansen RN_ on _9-27-07._ We talked about the medication Methadone being a Non formulary and the tyl #3, III tabs twice a day being the maximum due to potential liver damage. You also voiced your concern being that your condition is chronic and the medication has help you enough. You talked about other pain management ways physical therapy and steroid shots. You are encourage to discuss this with your doctor at your next month visit. Appeal partially granted.

Staff Signature: _B Hansen RN_   Title: _Registered Nurse_   Date Completed: **OCT 2 ? 2007**

Division Head Approved: _Chuch_   Title: _Dw 10/1/0_   Returned **OCT 0-2** RECD

Signature: _____   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I have now had 2 corto-steroid treatments at UCSF - 5/07 and 10/05/07. I have been thru Physical Therapy here at PBQ. Neither has relieved the pain I am constantly in. Even the doctor who treated me at UCSF told me that Tylenine 3 x 3 BID is not an appropriate medication. I need something

Signature: _Jim Still I Cash H53400_   **OCT 1 8 RECD**   Date Submitted: _10/10/07_

Second Level   ☒ Granted   ☐ P. Granted   ☒ Denied   **OCT 1 2 2007**   Due Date: **NOV 0 9 2007**

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned:

☐ See Attached Letter

Signature: _____   Date Completed: _____

Warden/Superintendent Signature: _____   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter   Date: _____

CDC 602 (12/87)