1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:    (415) 703-5382
    Facsimile:    (415) 703-5480
6   Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendant Jahangir Sadeghi, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDALL SCOTT CASH,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**DR. JAHANGIR SADEGHI,**<br><br>                              Defendant. | Case No. C 07-6252-JF(PR)<br><br>**CERTIFICATE OF SERVICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:<br>No Hearing By Order Of The Court<br>The Honorable Jeremy Fogel |

18       I, C. Deuel, declare:

19       1.   I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

23       2.   On August 6, 2008, I served the following documents:

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; MEMORANDUM OF POINTS AND AUTHORITIES;**

**DECLARATION OF JENNIFER C. ADDAMS, with exhibits;**

**DECLARATION OF JAHANGIR SADEGHI, M.D., with exhibits;**

---

Cert. of Service of Motion for Summary Judgment            *CASH, Randall Scott v. Dr. Jahangir Sadeghi*
                                                                                               C 07-6252-JF(PR)

1

1 | by placing a true copy of each document thereof enclosed in a sealed envelope with postage
2 | thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as
3 | follows:
4 |     Randall Scott Cash
    H-53400
5 |     California State Prison, San Quentin
    San Quentin, CA 94964
6 |
7 |     I declare under penalty of perjury under the laws of the State of California that the
8 | foregoing is true and correct and that this declaration was executed on August 6, 2008, at San
9 | Francisco, California.
10 |
11 |                                       */s/ C. Deuel*
12 |                                       C. Deuel

19 | 40270907.wpd
SF2008401885

Cert. of Service of Motion for Summary Judgment         *CASH, Randall Scott v. Dr. Jahangir Sadeghi*
        C 07-6252-JF(PR)