RANDALL SCOTT CASH HE24190
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94974
IN PROPER

FILED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

08 AUG 19 PM 12:45

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No. CV076252 JF (PR)

1
2
3
4
5 IN RE
6    RANDALL SCOTT CASH
7        PLAINTIFF
8         VS.
9 DR. JAHANGIR SADEGHI
10        DEFENDANT

PROOF OF SERVICE

THE HONORABLE JEREMY FOGEL

11   I, RANDALL SCOTT CASH, DECLARE THAT I AM PLAINTIFF TO THE
12 ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN
13 PRISON.
14 THAT ON August 17, 2008 _____ I SERVED A TRUE AND CORRECT
15 COPY(IES) OF THE ATTACHED, BY PLACING SAID COPY(IES) IN A POST-
16 AGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED
17 BY DEPOSITING SAID ENVELOPE(S) IN THE U.S. MAIL.

18   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
19 TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON
20   8/17/18                          x Randall Scott Cash
21            witness                 x
22 RICHARD W. WIEKING            JENNIFER C. ADDAMS
23 CLERK, U.S. DISTRICT COURT    DEPUTY ATTORNEY GENERAL
24 NORTHERN DISTRICT OF CALIFORNIA   455 GOLDEN GATE AVE.
25    450 GOLDEN GATE AVE.           SUITE 11000
26       BOX 36060              SAN FRANCISCO, CA. 94102-7004
27 SAN FRANCISCO, CA. 94102
28

RE: MOTIONS IN OPPOSITION TO:
DEFENDANTS REQUEST
FOR SUMMARY JUDGEMENT, J. SADEGHIS DECLARATION
w/ STATEMENT OF FACTS   J. ADDAMS DECLARATION
SUPPORTING OPPOSITION TO
DEFENDANTS REQUEST FOR SUMMARY JUDGEMENT EXHIBITS (PARTS 1, 2, AND 3