RANDALL SCOTT CASH H53400
SAN QUENTIN PRISON
SAN QUENTIN CA [illegible]


IN PRO PER

FILED
08 AUG 20 PM 3:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br>RANDALL SCOTT CASH<br>PLAINTIFF<br>V<br>JAHANGIR SADEGHI M.D.<br>DEFENDANT | No. CV076252 JF (PR)<br>NOTICE OF<br>MOTION TO REQUEST<br>APPOINTMENT OF COUNSEL<br>OR LEGAL AID,<br>TRUSTEE/GUARDIAN AD LITEM<br>THE HONORABLE JEREMY FOGEL |

NOTICE IS HEREBY GIVEN THAT PLAINTIFF RANDALL SCOTT CASH HEREBY MOVES THE ABOVE ENTITLED COURT TO ENTER JUDGEMENT IN HIS FAVOR IN HIS REQUESTING APPOINTMENT OF COUNSEL OR LEGAL AID ON THE GROUNDS OF CASE LAW CITED AND REASONABLE ACCESS TO THE COURT.

WHEREFORE, PLAINTIFF PRAYS THAT THE MOTION REQUESTING APPOINTMENT OF COUNSEL OR LEGAL AID BE GRANTED.

DATED AUGUST 17, 2008

RESPECTIVELY SUBMITTED
Randall Scott Cash

CASH V. SADEGHI CV 07 6252 JF (PR)

TABLE OF CONTENTS


| | |
|---|---|
| NOTICE OF MOTION TO REQUEST APPOINTMENT OF COUNSEL OR LEGAL AID, TRUSTEE/GUARDIAN AD LITEM | i |
| TABLE OF CONTENTS | ii |
| TABLE OF AUTHORITIES | iii |
| MOTION TO REQUEST APPOINTMENT OF COUNSEL OR LEGAL AID, TRUSTEE/GUARDIAN AD LITEM | PAGES 1-2 |
| PROOF OF SERVICE | iv |

CASH V. SADEGHI CV076252 JF(PR)

TABLE OF AUTHORITIES

ABDUL-AKBAR V WATSON 775 F. SUPP AT 735, 748 (D. DEL 1991) VACATED AND REMANDED ON OTHER GROUNDS 4 F. 3d AT 195 (4TH CIR 1993)

BERDELLA V. PENDER 821 S.W. 2d AT 846, 850-51 (M 1992)

BOUNDS V SMITH

CAFIELD V. ALAMEDA PUBLIC SERVICE COMMISSION 936 F. 2d AT 512, 517 (11TH CIR 1990)

CONTRA SHANGO V. JURICH 965 F. 2d AT 289, 292 (7TH CIR 1992)

GARCIA V. WILHOLM 461 N.W. 2d AT 166, 169-70 (IOWA 1990)

GILMORE V. LYNCH 319 F. SUPP. AT 105, 111 (ND 1970)

GRIFFIN V. COUGHLIN 743 F. SUPP AT 1006, 1022 n15 (NDNY 1990)

KNOP V. JOHNSON 977 F. 2d AT 996, 1000 (6TH CIR 1992)

YOUNGER V GILMORE 404 U.S. AT 15 (1971)

RANDALL SCOTT CASH H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA. 94974

IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br>RANDALL SCOTT CASH<br>PLAINTIFF<br>V.<br>JAHANGIR SADEGHI M.D.<br>DEFENDANT | No. CV 07 6252 JF (PR)<br>MOTION TO REQUEST APPOINTMENT OF COUNSEL OR LEGAL AID, TRUSTEE/GUARDIAN AD LITEM<br><br>THE HONORABLE JEREMY FOGEL |

I, RANDALL SCOTT CASH, DECLARE THAT I AM PETITIONER/PLAINTIFF TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON.

THAT I PRAY TO THE COURT TO APPOINT COUNSEL OR LEGAL AID, AS PROVIDED IN: GARCIA v WILHOLM 461 N.W. 2d AT 166, 169-70 (IOWA 1990) BERDELLA V. PENDER 821 S.W. 2d AT 846, 850-51 (M-1992)

THAT AS WELL, BECAUSE THIS PLAINTIFF, PRO SE, ONLY HAS ACCESS TO THE PRISON LAW LIBRARY ONE HOUR A WEEK TO DO RESEARCH ON HIS CASE TO PREPARE DOCUMENTS AND MAKE COPIES, THIS IS A MATTER OF NOT HAVING REASONABLE ACCESS TO THE COURT, THIS PLAINTIFF HAS NO WAY AT ALL TO DEPOSE HIS EXPERT WITNESS WHO IS CRUCIAL TO HIS CASE. AGAIN, THIS IS A MATTER OF NOT HAVING REASONABLE ACCESS TO THE COURT AS PROVIDED UNDER: BOUNDS V. SMITH; CAFIELD V. ALABAMA PUBLIC SERVICE COMMISION 936 F. 2d AT 512, 517 (11th CIR 1991); GILMORE V. LYNCH 319 F. SUPP. AT 105, 111 (ND 1970); YOUNGER V. GILMORE 404 U.S. AT 15 (1971); KNOP V. JOHNSON 977 F. 2d AT 996, 1000 (6TH CIR 1992); ABDUL-AKBAR V. WATSON 775 F. SUPP AT 735, 748 (D. DEL 1991) VACATED AND REMANDED

ON OTHER GROUNDS 4F.3d AT 195 (4TH CIR 1993) GRIFFIN V. COUGHLIN 743 F. SUPP AT 1006, 1022 n15 (NDNY 1990) CONTRA SHANGO v JURICH 965 F. 2d AT 289, 292 (7TH CIR 1992)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED AT SAN QUENTIN CALIFORNIA ON AUGUST 17, 2008

x Randall Scott Cash

witness x [signature]

CASH v. SADEGHI CV076252JF(PR)

# PROOF OF SERVICE BY MAIL

I, RANDALL SCOTT CASH, HEREBY DECLARE THAT I AM PLAINTIFF TO THE ABOVE REFERENCED MATTER AND THAT I AM INCARCERATED AS SAN QUENTIN PRISON. THAT ON AUGUST 17, 2008 I SERVED A TRUE AND CORRECT COPY OF THE ATTACHED BY PLACING SAID COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON HEREINAFTER LISTED BY DEPOSITING SAID ENVELOPE IN THE U.S. MAIL.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED AT SAN QUENTIN, CALIFORNIA ON AUGUST 17, 2008.

x Randall Scott Cash

Witness x [signature]

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
BOX 36060
SAN FRANCISCO, CA. 94102


RANDALL SCOTT CASH
H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA. 94974
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004248283
MAILED FROM ZIP CODE 94964
AUG19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
BOX 36060
SAN FRANCISCO, CA.
94102
SAN QUENTIN STATE PRISON
NSF
IN PRO PER
re: CV076252
mailed on - 08-17-08
Legal Mail
9410283432 C004

Legal mail