NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL S. CASH, | No. C 07-06252 JF (PR) |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| DR. JAHANGIR SADEGHI, | |
| Defendant. | (Docket No. 16) |

Plaintiff has filed a fourth motion for appointment of counsel. (Docket No. 16.) The motion is DENIED for the same reasons that his initial and subsequent motions for appointment of counsel were denied. (See Docket Nos. 4 & 10.)

IT IS SO ORDERED.

DATED: 8/26/08

JEREMY FOGEL
United States District Judge

Order Denying Motion for Appointment of Counsel
P:\PRO-SE\SJ.JF\CR.07\Cash252.denatty-4th.wpd