NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL S. CASH, | No. C 07-6252 JF (PR) |
| Plaintiff, | ORDER GRANTING MOTIONS |
| v. | |
| DR. JAHANGIR SADEGHI, | (Docket Nos. 21, 22, 23) |
| Defendant. | |

Good cause appearing, Plaintiff's motions to augment the record and delete one of his exhibits are GRANTED.

This order terminates Docket Nos. 21, 22, 23.

IT IS SO ORDERED.

DATED: __11/14/08__

_____
JEREMY FOGEL
United States District Judge

G:\PRO-SE\SJ.JF\CR.07\Cash252misc.wpd